# Exhibit 1

# BLOCK & LEVITON LLP

*Source:* *Block & Leviton LLP*

*November 15, 2023 17:30 ET*

# NuScale Power Corporation Sued By Block & Leviton LLP for Securities Law Violations

BOSTON, Nov. 15, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP ([www.blockleviton.com](www.blockleviton.com)), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against NuScale Power Corporation (NYSE: SMR) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the District of Oregon and is captioned *Sigman v. NuScale Power Corporation., et al.,* No. 3:23-cv-01689 (D. Or.) and is brought on behalf of investors that incurred damages on their purchases in NuScale Power Corporation securities between March 15, 2023 and October 19, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased NuScale Power Corporation shares between March 15, 2023 and October 19, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at [cases@blockleviton.com](cases@blockleviton.com), or to visit our [website](website) for information on the case.

The deadline to seek appointment as lead plaintiff is January 16, 2024.

**What is this all about?**

On the morning of October 19, 2023, Iceberg Research issued a research report that contradicted NuScale's claims that it would be able to fulfill two large contracts: (1) a contract with the Utah Associated Municipal Power Systems ("UAMPS") for its Carbon Free Power Project ("CFPP"), and (2) a contract with Standard Power, a company providing data center services for businesses focusing on blockchain mining and high performance computing applications.

On October 19, 2023, the Company's share price fell $0.61 per share, or 12.0%, to close at $4.46 per share, on unusually high trading volume.

Then on November 8, 2023, NuScale and UAMPS announced that they had mutually agreed to terminate the CFPP contract because they had failed to engage enough subscribers.

On this news, the Company's share price fell $1.02 per share, or 32.9%, to close at $2.08 per share on November 9, 2023, on unusually high trading volume.

The complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, it is alleged that Defendants misled investors by failing to disclose that (1) due to the impact of inflationary pressures on the cost of construction and power, the Company and UAMPS would be unable to sign up enough subscribers to fulfill the CFPP; (2) Standard Power did not have the financial ability to support its agreement with NuScale; and (3) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or acquired NuScale Power Corporation shares between March 15, 2023 and October 19, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at [cases@blockleviton.com](cases@blockleviton.com), or visit our [website](website). The deadline to seek appointment as lead plaintiff is January 16, 2024.

Block & Leviton is widely regarded as one of the leading securities class action firms in the country. We have obtained, and are dedicated to obtaining significant recoveries on behalf of defrauded investors through active litigation in the federal courts across the country. Many of the nation's top institutional investors hire us to represent their interests. You can learn more about us at our website, www.blockleviton.com, or call (617) 398-5600 or email cases@blockleviton.com with any questions.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP
www.blockleviton.com