# Exhibit 3

**NuScale Power Corporation Loss Chart**
**between March 15, 2023 and November 8, 2023**

**Lookback Price** 2.86

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Lo | 10/9/2023 | 5,000 | ($5.3800) | ($26,900.00) | 10/20/2023 | 50,000 | $4.24 | $212,000.00 | | | | |
| | 10/9/2023 | 45,000 | ($5.6300) | ($253,350.00) | | | | | | | | |
| | | 50,000 | | ($280,250.00) | | 50,000 | | $212,000.00 | 0 | $0.00 | ($68,250.00) | |