# EXHIBIT C

Financial Interest Analysis

| | |
|---|---|
| **Company Name:** | NuScale Power Corporation |
| **Ticker:** | SMR |
| **Class Period:** | March 15, 2023 to November 8, 2023 |
| **Name:** | Rick Klettke |

**Account 1**

**Opening position** 500

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/15/2023 | 100 | $9.3700 | -$937.0000 | | $0.0000 | -$937.00 |
| 5/18/2023 | 150 | $8.1100 | -$1,216.5000 | | $0.0000 | -$1,216.50 |
| 6/20/2023 | 250 | $7.7500 | -$1,937.5000 | | $0.0000 | -$1,937.50 |
| 6/26/2023 | 200 | $7.1528 | -$1,430.5600 | | $0.0000 | -$1,430.56 |
| 7/27/2023 | 300 | $7.4400 | -$2,232.0000 | | $0.0000 | -$2,232.00 |
| 8/18/2023 | 200 | $6.6000 | -$1,320.0000 | | $0.0000 | -$1,320.00 |
| 10/11/2023 | 300 | $5.8100 | -$1,743.0000 | | $0.0000 | -$1,743.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,500** | | | | **Subtotal:** | **-$10,816.56** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $4,322.05 |
| | | | $2.8814 | 1,500 | Account 1 Total: | -$6,494.51 |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/10/2023 | 500 | $8.0400 | -$4,020.0000 | | $0.0000 | -$4,020.00 |
| 6/27/2023 | 200 | $6.7500 | -$1,350.0000 | | $0.0000 | -$1,350.00 |
| 7/28/2023 | 300 | $7.0200 | -$2,106.0000 | | $0.0000 | -$2,106.00 |
| 9/6/2023 | -300 | | $0.0000 | $6.1600 | $1,848.0000 | $1,848.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **700** | | | | **Subtotal:** | **-$5,628.00** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $2,016.95 |
| | | | $2.8814 | 700 | Account 2 Total: | -$3,611.05 |

**Account 3**

**Opening position** 300

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/4/2023 | 50 | $9.0000 | -$450.0000 | | $0.0000 | -$450.00 |
| 4/14/2023 | 50 | $8.9300 | -$446.5000 | | $0.0000 | -$446.50 |
| 8/10/2023 | -100 | | $0.0000 | $7.1950 | $719.5000 | $719.50 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 8/24/2023* | -50 | | $0.0000 | $6.0600 | $0.0000 | $0.00 |

| | | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|---|

**Shares Retained:** 0          **Subtotal:** -$177.00

**90-Day Average Price**    **Shares Retained**    **90-Day Average:** $0.00

$2.8814      0      **Account 3 Total:** -$177.00

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 9, 2023 and January 12, 2024.

*Sale matched to pre Class-Period holdings

| Rick Klettke Financial Interest Summary | |
|---|---|
| Account 1: | -$6,494.51 |
| Account 2: | -$3,611.05 |
| Account 3: | -$177.00 |
| **Total:** | **-$10,282.56** |