**RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP**
Jeffrey S. Ratliff'
5441 S. Macadam Avenue, Suite 301
Portland, OR 97239
Telephone: (503) 226-3664

*Liaison Counsel for Movant Rick Klettke
and Proposed Liaison Counsel for the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| SCOTT SIGMAN, | Case No. 3:23-cv-01689-MO |
| Plaintiff, | **DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT OF THE MOTION OF RICK KLETTKE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISON COUNSEL** |
| v. | |
| NUSCALE POWER CORPORATION, JOHN L. HOPKINS, CHRIS COLBERT, ROBERT R. HAMADY, and CLAYTON SCOTT, | |
| Defendants. | |

| | |
|---|---|
| JÉRÔME RYCKEWAÈRT, Individually and on behalf of all others similarly situated, | Case No. 3:23-cv-01956-IM |
| Plaintiff, | |
| v. | |
| NUSCALE POWER CORPORATION, JOHN L. HOPKINS, CHRIS COLBERT, ROBERT R. HAMADY, and CLAYTON SCOTT, | |
| Defendants | |

Page 1 – DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT

I, Jeffrey S. Ratliff, hereby declare as follows:

1.    I am an attorney with the law firm Ransom, Gilbertson, Martin & Ratliff, LLP, counsel for Lead Plaintiff Movant Rick Klettke ("Klettke") and proposed Liaison Counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Rick Klettke for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead and Liaison Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published November 15, 2023 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certification Klettke;

Exhibit C:    Analysis of Klettke's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING FACTS ARE TRUE AND CORRECT.**

DATED this 16th day of January 2024.

RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP

By:    s/Jeffrey S. Ratliff
Jeffrey S. Ratliff
5441 S. Macadam Avenue, Suite 301
Portland, OR 97239
Telephone: (503) 226-3664

Page 2 – DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT

*Liaison Counsel for Movant Rick Klettke and Proposed Liaison Counsel for the Class*

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movant Rick Klettke and Proposed Lead Counsel for the Class*

THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties in the record of the subject case via CM/ECF system transmission.

DATED this 16th day of January 2024.

RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP


By: _____s/Jeffrey S. Ratliff_____
Jeffrey S. Ratliff
OSB No. 882680
(503) 224-5560

*Liaison Counsel for Movant Rick Klettke and Proposed Liaison Counsel for the Class*

Page 1 – Certificate of Service