Jennifer S. Wagner, OSB No. 024470
Keil M. Mueller, OSB No. 085535
Yoona Park, OSB No. 077095
**KELLER ROHRBACK L.L.P.**
601 SW Second Avenue, Suite 1900
Portland, OR 97204
jwagner@kellerrohrback.com
kmueller@kellerrohrback.com
ypark@kellerrohrback.com
Telephone: (971) 253-4600

*Attorneys for Movants*
[Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT SIGMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, CHRIS COLBERT, ROBERT R. HAMADY, and CLAYTON SCOTT,<br><br>    Defendants. | Case No. 3:23-cv-01689-MO<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT ADRIAN LATCHMAN, GILLIAN LYNCH-LATCHMAN, AND BRADON NOTTER AS LEAD PLAINTIFF, AND APPROVE THEIR SELECTION OF LEAD COUNSEL** |
| JÉRÔME RYCKEWAERT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, CHRIS COLBERT, ROBERT R. HAMADY, and CLAYTON SCOTT,<br><br>    Defendants. | Case No. 3:23-cv-01956-IM |

DECL. ISO MOT. TO CONSOL. REL. CASES. APPOINT LEAD PL. AND APPROVE LEAD COUNSEL - 1

I, Lucas E. Gilmore, declare as follows:

1.      I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class members Adrian Latchman, Gillian Lynch-Latchman, and Bradon Notter ("Movants"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movants' Motion to Consolidate Related Actions, Appoint Movants as Lead Plaintiff and Approve Movants' Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Movants' sworn Certification;

Exhibit B:      Chart of Movants' estimated losses;

Exhibit C:      Notice of pendency of class action published in *Globe Newswire*, a national business-oriented wire service, on November 15, 2023;

Exhibit D:      Hagens Berman's firm résumé;

Exhibit E:      Movants' Declaration; and

Exhibit F:      Keller Rohrback's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of January 2024, at San Diego, California.

_/s/ Lucas E. Gilmore_
LUCAS E. GILMORE

DECL. ISO MOT. TO CONSOL. REL. CASES. APPOINT LEAD PL. AND APPROVE LEAD COUNSEL - 2

011218-11/2431755 V1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Jennifer S. Wagner*
Jennifer S. Wagner