# Exhibit B

**Loss Analysis for Adrian Latchman and Gillian Lynch-Latchman and Bradon Notter - NuScale Power Corporation (SMR)**
**Class Period 03/15/23 - 11/08/23**

| | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Adrian Latchman & Gillian Lynch-Latchman | $16,559.82 | $16,559.82 |
| Bradon Notter | $25,032.18 | $25,032.18 |
| | $41,592.01 | $41,592.01 |

**Loss Analysis for Adrian Latchman and Gillian Lynch-Latchman - NuScale Power Corporation (SMR)**
**Class Period 03/15/23 - 11/08/23**



| | Date | Shares | **PURCHASES** Share Price | Amount Paid | | Date | Shares | **SALES** Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | |
| Class Period | 04/24/23 | 5 | $8.7400 | $43.70 | | | | | | |
| Purchases | 04/24/23 | 1,145 | $8.7267 | $9,992.02 | | | | | | |
| | 05/30/23 | 1,000 | $7.6300 | $7,630.00 | | | | | | |
| | 08/28/23 | 859 | $5.9829 | $5,139.27 | | | | | | |
| | 08/29/23 | 141 | $5.9200 | $834.72 | | | | | | |
| | 10/24/23 | 1,000 | $3.7450 | $3,745.00 | | | | | | |
| | 11/01/23 | 5,850 | $3.0750 | $17,988.75 | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 10,000 | Total Amt. Paid in CP | $45,373.46 | |
| Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 | |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP   10,000  (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $45,373.46 | |
| Net Amount Paid in CP Minus Sold to Current Date | $45,373.46 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 10,000 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 10,000 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP   $2.88

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $28,813.64 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $28,813.64 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $16,559.82 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $16,559.82 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $16,559.82 | ALTERNATIVE |

**Loss Analysis for Bradon Notter - NuScale Power Corporation (SMR)**
**Class Period 03/15/23 - 11/08/23**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 04/25/23 | 20,000 | $1.5307 SMRWS | $30,614.00 | | | | | |
| Purchases | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 20,000 | Total Amt. Paid in CP | $30,614.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Sold in CP: 0
Total Amt. Sold in CP: $0.00
Post CP Shares Sold: 0
Post CP Amount Sold: $0.00
Total Shares Sold to Current: 0
Total Amt. Sold to Current: $0.00 **ALTERNATIVE**

Actual Net Shares Acquired in CP: 20,000 (CP Retained Shares)

Net Amount Paid in CP: $30,614.00
Net Amount Paid in CP Minus Sold to Current Date: $30,614.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 20,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 20,000 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $0.28

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $5,581.82
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $5,581.82 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $25,032.18 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $25,032.18
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $25,032.18 **ALTERNATIVE**