**Nicholas A. Kampars, OSB No. 063870**
nick.kampars@wildwoodlaw.com
**Wildwood Law Group LLC**
3519 NE 15th Avenue, Suite 362
Portland, Oregon 97212
Phone: (503) 564-3049

*Attorneys for Movant NuScale Investor Group
and Proposed Co-Lead Counsel*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT SIGMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NUSCALE POWER CORPORATION, JOHN L. HOPKINS, CHRIS COLBERT, ROBERT R. HAMADY, and CLAYTON SCOTT, <br><br> Defendants. | Case No. 3:23-cv-01689-MO <br><br> **CLASS ACTION** <br><br> **DECLARATION OF NICHOLAS KAMPARS IN SUPPORT OF THE MOTION OF NUSCALE INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| JEROME RYCKEWAERT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. | Case No. 3:23-cv-01956-IM |

NUSCALE POWER CORPORATION,
JOHN L. HOPKINS, CHRIS COLBERT,
ROBERT R. HAMADY, and CLAYTON
SCOTT,

Defendants.

I, Nicholas A. Kampars, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Oregon and am admitted to practice before this Court. I am a partner at the law firm of Wildwood Law Group LLC. I make this declaration in support of the Motion filed by NuScale Investor Group (and its members, David Bader and William Whitton) for an order (i) consolidating the related actions; (ii) appointing NuScale Investor Group as Lead Plaintiff; and (iii) approving its selection of Block & Leviton LLP and Holzer & Holzer LLC as Co-Lead Counsel and Wildwood Law Group LLC as Liaison Counsel for the Class.

2. Attached as Exhibits A through J are true and correct copies of the following:

EXHIBIT A: The November 15, 2023 press release issued by Block & Leviton LLP announcing the filing of the above-captioned class action against the above-referenced defendants, announcing a class period of March 15, 2023 to November 8, 2023, and noticing that the filing date for appointment as Lead Plaintiff is January 16, 2024;

EXHIBIT B: The December 27, 2023 press release issued by Pomerantz LLP announcing the filing of the above-captioned class action against the above-referenced defendants, announcing a class period of March 15, 2023 to November 8, 2023, and noticing that the filing date for appointment as Lead Plaintiff is January 16, 2024;

EXHIBIT C: Messrs. Bader and Whitton's Joint Declaration;

EXHIBIT D: Mr. Bader's PSLRA Certification;

EXHIBIT E: Mr. Whitton's PSLRA Certification;

2

EXHIBIT F: Mr. Bader's Loss Chart;

EXHIBIT G: Mr. Whitton's Loss Chart;

EXHIBIT H: Block & Leviton LLP's Firm Resumé;

EXHIBIT I: Holzer & Holzer LLC's Firm Resumé;

EXHIBIT J: Nicholas Kampars, Partner at Wildwood Law Group LLC,  Resumé.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 16th day of January, 2024 at Portland, Oregon.


*/s/ Nicholas A. Kampars*
Nicholas A. Kampars

# EXHIBIT A

# NuScale Power Corporation Sued By Block & Leviton LLP for Securities Law Violations

November 15, 2023 17:30 ET| Source: **Block & Leviton LLP**

BOSTON, Nov. 15, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP ([www.blockleviton.com](http://www.blockleviton.com)), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against NuScale Power Corporation (NYSE: SMR) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the District of Oregon and is captioned *Sigman v. NuScale Power Corporation.*, *et al.*, No. 3:23-cv-01689 (D. Or.) and is brought on behalf of investors that incurred damages on their purchases in NuScale Power Corporation securities between March 15, 2023 and October 19, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased NuScale Power Corporation shares between March 15, 2023 and October 19, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at [cases@blockleviton.com](mailto:cases@blockleviton.com), or to visit our [website](#) for information on the case.

The deadline to seek appointment as lead plaintiff is January 16, 2024.

**What is this all about?**

On the morning of October 19, 2023, Iceberg Research issued a research report that contradicted NuScale's claims that it would be able to fulfill two large contracts: (1) a contract with the Utah Associated Municipal Power Systems ("UAMPS") for its Carbon Free Power Project ("CFPP"), and (2) a contract with Standard Power, a company providing data center services for businesses focusing on blockchain mining and high performance computing applications.

On October 19, 2023, the Company's share price fell $0.61 per share, or 12.0%, to close at $4.46 per share, on unusually high trading volume.

Then on November 8, 2023, NuScale and UAMPS announced that they had mutually agreed to terminate the CFPP contract because they had failed to engage enough subscribers.

On this news, the Company's share price fell $1.02 per share, or 32.9%, to close at $2.08 per share on November 9, 2023, on unusually high trading volume.

The complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, it is alleged that Defendants misled investors by failing to disclose that (1) due to the impact of inflationary pressures on the cost of construction and power, the Company and UAMPS would be unable to sign up enough subscribers to fulfill the CFPP; (2) Standard Power did not have the financial ability to support its agreement with NuScale; and (3) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or acquired NuScale Power Corporation shares between March 15, 2023 and October 19, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is January 16, 2024.

Block & Leviton is widely regarded as one of the leading securities class action firms in the country. We have obtained, and are dedicated to obtaining significant recoveries on behalf of defrauded investors through active litigation in the federal courts across the country. Many of the nation's top institutional investors hire us to represent their interests. You can learn more about us at our website, www.blockleviton.com, or call (617) 398-5600 or email cases@blockleviton.com with any questions.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP
www.blockleviton.com

# EXHIBIT B

# Pomerantz Law Firm Announces the Filing of a Class Action Against NuScale Power Corporation – SMR

Wednesday, 27 December 2023 15:45

**Pomerantz LLP**

Class Action

**NEW YORK, NY / ACCESSWIRE / December 27, 2023 /** Pomerantz LLP announces that a class action lawsuit has been filed against NuScale Power Corporation ("NuScale" or the "Company") (NYSE:SMR). The class action, filed in the United States District Court for the District of Oregon, and docketed under 23-cv- 01956, is on behalf of the class of all persons and entities ("Class") that purchased or otherwise acquired NuScale securities between March 15, 2023 and November 8, 2023 ("Class Period").

If you are a shareholder who purchased or otherwise acquired NuScale securities during the Class Period, you have until January 16, 2024, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

NuScale is a nuclear power company that develops small modular reactor ("SMR") technology. It claims that its SMRs will "deliver safe, scalable, cost-effective and reliable carbon-free power." NuScale has not yet commercialized any SMRs.

On the morning of October 19, 2023, Iceberg Research issued a research report that contradicted NuScale's claims that it could fulfill two large contracts: (1) a contract with the Utah Associated Municipal Power Systems ("UAMPS") for its Carbon Free Power Project ("CFPP"), and (2) a contract with Standard Power, a company providing data center services for businesses focusing on blockchain mining and high-performance computing applications.

On October 19, 2023, the Company's share price fell $0.58 per share, or 11.5%, to close at $4.46 per share, on unusually high trading volume.

On October 20, 2023, the Company's share price continued to fall another $0.66 per share, or 14.9%, to close at $3.80 per share, on unusually high trading volume.

On November 8, 2023, after the market closed, NuScale and UAMPS announced that they had mutually agreed to terminate the CFPP contract because they had failed to engage enough subscribers.

On this news, the Company's share price fell $1.02 per share, or 32.9%, to close at $2.08 per share on November 9, 2023, on unusually high trading volume.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misled investors by failing to disclose that (1) because of the effect of inflationary pressures on the cost of construction and power, the Company and UAMPS would be unable to sign up enough subscribers to fulfill the CFPP; (2) Standard Power did not have the financial ability to support its agreement with NuScale; and (3) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

# EXHIBIT C

## JOINT DECLARATION

The undersigned, under penalty of perjury under the laws of the United States of America, declare as follows:

1.    We respectfully submit this Joint Declaration in support of our motion for appointment as Lead Plaintiffs in the above-referenced action and approval of our selection of Lead Co-Counsel ("the Motion"). We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.    I, William Whitton, am a resident of San Augustine, Texas. My certification and loss chart attached to the Motion detail my transactions in NuScale Power Corporation ("NuScale") securities.

3.    I, David Bader, am a resident of Key Largo, Florida. My certification and loss chart attached to the Motion detail my transactions in NuScale Power Corporation ("NuScale") securities.

4.    The Certifications we submitted with the Motion accurately reflect our transactions in NuScale securities during the Class Period.

5.    After a thorough consultation with counsel, and after considering the merits of the action against NuScale, we retained Block & Leviton LLP and Holzer & Holzer, LLC to act as our attorneys and to seek lead plaintiff status in this lawsuit on behalf of ourselves.

6.    We believe that the Court should appoint us as Lead Plaintiffs because we are experienced investors with a significant interest in the outcome of the litigation and we have the capability and competency to oversee this litigation to a successful conclusion. We are capable of actively participating in this litigation and are committed to doing so, in part by working with our Lead Counsel to obtain the best possible recovery for the Class in an efficient manner.

Doc ID: 46fc96eeb2f6dce1878e104acaf04b81b319f193

7.      We understand that one of our primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

8.      We understand that we could have chosen to take no action and remained absent class members. However, due to our financial losses and our desire to actively oversee this litigation, we affirmatively decided that it would benefit both us and the Class we seek to represent if we sought appointment as Lead Plaintiffs.

9.      We are committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, at necessary. We understand that if appointed as Lead Plaintiffs, we owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

10.     We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision making and to work together if appointed in this action to fairly and adequately protect the interests of the Class. We will also have at least quarterly calls with counsel to discuss the status of the litigation and ensure its proper prosecution. We will have additional calls as events and circumstances in the litigation may warrant.

11.     We will attempt to reach decisions via consensus in a collectively and collaborative manner, but if we are unable to reach consensus, we agree that Mr. Whitton will be the final decisionmaker because he holds a larger financial interest in this action.

Doc ID: 46fc96eeb2f6dce1878e104acaf04b81b319f193

12.     We understand that, as Lead Plaintiffs in this action, we are subject to the jurisdiction of the Court and will be bound by rulings of the Court, including rulings regarding any judgments.

13.     As Lead Plaintiffs, we shall be responsible for directing the activities of our counsel for the duration of the litigation, who shall:

   a. Determine and present the position of Lead Plaintiffs on all matters that may arise during litigation of the action;

   b. Coordinate the initiation of and conduct discovery on behalf of Lead Plaintiffs, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

   c. Conduct settlement negotiations on behalf of Lead Plaintiffs;

   d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

   e. Retain expert consultants and witnesses;

   f. Prepare and distribute periodic status reports to the Lead Plaintiffs;

   g. Maintain adequate time and disbursement records covering services as Lead Counsel; and

   h. Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Doc ID: 46fc96eeb2f6dce1878e104acaf04b81b319f193

William Whitton

*William King Whitton*

Dated:    01 / 15 / 2024

4

Doc ID: 46fc96eeb2f6dce1878e104acaf04b81b319f193

David Bader

*David Bader*
_____

Dated: ___01 / 16 / 2024___

5

Doc ID: 46fc96eeb2f6dce1878e104acaf04b81b319f193

# EXHIBIT D

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, <u>David Bader</u>                                      , make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against NuScale Power Corporation ("NuScale" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire NuScale securities at the direction of counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired NuScale securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in NuScale securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed ___1/8/2024_____
               **(Date)**

_____

**(Signature)**

_____
           David Bader

**(Type or Print Name)**

## SUMMARY OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 05/10/2023 | Purchase | 2070 | $7.71 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# EXHIBIT E

**Certification Pursuant to Federal Securities Laws**

1.  I, William King Whitton, have reviewed the complaints on file in *Sigman v. NuScale Power Corporation, et al.,* No. 3:23-cv-01689 (D. Or.), and *Ryckewaert v. NuScale Power Corporation, et al.,* No. 3:23-cv-01956, and have authorized the filing of this motion on my behalf.

2.  I did not transact in NuScale Power Corporation securities that are the subject of the complaints on file at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

3.  I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.  Attached hereto as Exhibit 1 is a list of all of my transactions in NuScale Power Corporation securities during the Class Period, as specified in the Complaints.

5.  During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

6.  I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        01 / 12 / 2024
            _____

                                    *William King Whitton*
                                    _____
                                     William King Whitton

# Exhibit 1

Doc ID: 24539d7479c7ec0fe359354ea06b0c0aa2335701

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 3/16/23 | Bought | 500 | $ 8.63 |
| 3/17/23 | Bought | 500 | $ 8.57 |
| 3/21/23 | Sold | -500 | $ 8.93 |
| 3/23/23 | Bought | 500 | $ 8.47 |
| 3/27/23 | Bought | 500 | $ 8.40 |
| 3/27/23 | Bought | 500 | $ 8.19 |
| 3/29/23 | Sold | -1,500 | $ 8.53 |
| 3/31/23 | Sold | -500 | $ 9.08 |
| 4/4/23 | Bought | 500 | $ 8.68 |
| 4/4/23 | Bought | 500 | $ 8.58 |
| 4/10/23 | Bought | 500 | $ 8.58 |
| 4/11/23 | Sold | -1,500 | $ 8.89 |
| 4/20/23 | Bought | 500 | $ 8.72 |
| 4/28/23 | Bought | 500 | $ 8.49 |
| 4/28/23 | Sold | -500 | $ 8.83 |
| 5/2/23 | Bought | 1,000 | $ 8.06 |
| 5/2/23 | Bought | 500 | $ 8.55 |
| 5/5/23 | Bought | 500 | $ 7.88 |
| 5/5/23 | Sold | -500 | $ 8.06 |
| 5/9/23 | Bought | 1,000 | $ 7.87 |
| 5/9/23 | Sold | -1,000 | $ 8.06 |
| 5/9/23 | Sold | -1,500 | $ 8.10 |
| 5/12/23 | Bought | 500 | $ 8.41 |
| 5/12/23 | Bought | 500 | $ 8.33 |
| 5/15/23 | Bought | 1,000 | $ 8.15 |
| 5/17/23 | Sold | -6,500 | $ 8.16 |
| 6/5/23 | Bought | 1,000 | $ 7.73 |
| 6/6/23 | Bought | 1,000 | $ 8.00 |
| 6/8/23 | Bought | 1,000 | $ 8.08 |
| 6/9/23 | Bought | 1,000 | $ 7.87 |
| 6/12/23 | Bought | 1,000 | $ 8.20 |
| 6/13/23 | Bought | 500 | $ 8.41 |
| 6/14/23 | Bought | 1,000 | $ 8.20 |
| 6/20/23 | Bought | 1,000 | $ 8.08 |
| 6/20/23 | Bought | 1,000 | $ 7.97 |
| 6/20/23 | Bought | 1,000 | $ 7.84 |
| 7/13/23 | Sold | -1,000 | $ 7.85 |
| 7/19/23 | Bought | 500 | $ 7.74 |
| 7/19/23 | Bought | 500 | $ 7.71 |
| 7/20/23 | Bought | 500 | $ 7.47 |

| 7/20/23 | Bought | 500 | $ 7.48 |
|---|---|---|---|
| 7/24/23 | Bought | 1,000 | $ 7.38 |
| 7/31/23 | Sold | -1,500 | $ 7.72 |
| 8/2/23 | Bought | 1,000 | $ 7.28 |
| 8/3/23 | Bought | 540 | $ 7.18 |
| 8/3/23 | Bought | 500 | $ 7.10 |
| 8/4/23 | Sold | -2,500 | $ 7.39 |
| 8/7/23 | Bought | 1,000 | $ 7.09 |
| 8/8/23 | Bought | 1,000 | $ 6.84 |
| 8/14/23 | Bought | 500 | $ 6.90 |
| 8/17/23 | Bought | 500 | $ 6.78 |
| 8/22/23 | Sold | -4,000 | $ 6.42 |
| 8/28/23 | Sold | -2,000 | $ 6.07 |
| 9/5/23 | Sold | -2,000 | $ 6.16 |
| 9/6/23 | Sold | -1,000 | $ 6.05 |
| 9/14/23 | Sold | -2,000 | $ 6.61 |
| 9/15/23 | Bought | 1,000 | $ 6.13 |
| 9/15/23 | Sold | -1,000 | $ 6.20 |
| 9/15/23 | Bought | 1,000 | $ 6.02 |
| 9/18/23 | Bought | 1,000 | $ 5.79 |
| 9/20/23 | Bought | 500 | $ 5.57 |
| 9/21/23 | Bought | 500 | $ 5.46 |
| 9/22/23 | Bought | 500 | $ 5.25 |
| 9/25/23 | Sold | -1,000 | $ 5.32 |
| 9/29/23 | Bought | 500 | $ 5.02 |
| 9/29/23 | Bought | 500 | $ 4.92 |
| 10/6/23 | Sold | -1,000 | $ 5.35 |
| 10/10/23 | Sold | -1,000 | $ 5.65 |
| 10/13/23 | Sold | -1,500 | $ 5.80 |
| 10/20/23 | Sold | -1,000 | $ 4.41 |
| 10/31/23 | Sold | -1,000 | $ 3.46 |
| 11/3/23 | Sold | -1,000 | $ 3.60 |

# EXHIBIT F

# David Bader
# NuScale Power Corp. - LIFO Loss Analysis

| Shares | Purchase | | | Sale | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Price Per Share | Total | Date | Price Per Share | Total | Gain/Loss |
| 2,070 | 5/10/23 | $ 7.71 | $ 15,959.70 | Lookback* | $ 2.91 | $ 6,023.70 | $ (9,936.00) |
| 2,070 | | | $ 15,959.70 | | | $ 6,023.70 | **$ (9,936.00)** |

* Average closing price between November 9, 2023 and January 12, 2024

# EXHIBIT G

| | | | | | | | | | | | | **Shares Retained** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LIFO Loss Chart Report**

| | | |
|---|---|---|
| William Whitton (Nuscale4) | Class Period Beginning: 03/15/2023 | |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 11/08/2023 | |
| Security: 67079K100 | Lookback Period Beginning: 11/09/2023 | |
| Class Period: March 15,2023 - November 08,2023 | Lookback Period End: 02/07/2024 | |
| Currency: USD | Days in Lookback Period:  90 | |
| | Lookback Period Average Closing Price: 2.91 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Pre-Class Period Holdings : 5,500.0000**

**1A. Pre-Class Period Holdings Sold Through End of Class Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdin | | 4,000.0000 | | | Sale | 05/17/2023 | 4,000.0000 | 8.16 | 32,640.00 | 0.00 | |
| Pre-Class Period Holdin | | 460.0000 | | | Sale | 10/31/2023 | 460.0000 | 3.46 | 1,591.60 | 0.00 | |
| Pre-Class Period Holdin | | 1,000.0000 | | | Sale | 11/03/2023 | 1,000.0000 | 3.60 | 3,600.00 | 0.00 | |
| **1A. Total** | | **5,460.0000** | | | | | **5,460.0000** | | **37,831.60** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**1B. Pre-Class Period Holdings Sold During Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**1C. Pre-Class Period Holdings Held at the End of Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 40.0000 | | | | | | | | | |

| 1C. Total | | 40.0000 | | | | | | | 0.0000 | |
|---|---|---|---|---|---|---|---|---|---|---|

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 03/17/2023 | 500.0000 | 8.57 | 4,285.00 | Sale | 03/21/2023 | 500.0000 | 8.93 | 4,465.00 | 0.0000 | 179.99 |
| Purchase | 03/27/2023 | 500.0000 | 8.19 | 4,094.99 | Sale | 03/29/2023 | 500.0000 | 8.53 | 4,265.00 | 0.0000 | 169.99 |
| Purchase | 03/27/2023 | 500.0000 | 8.40 | 4,200.00 | Sale | 03/29/2023 | 500.0000 | 8.53 | 4,265.00 | 0.0000 | 64.99 |
| Purchase | 03/23/2023 | 500.0000 | 8.47 | 4,235.00 | Sale | 03/29/2023 | 500.0000 | 8.53 | 4,265.00 | 0.0000 | 29.99 |
| Purchase | 03/16/2023 | 500.0000 | 8.63 | 4,315.00 | Sale | 03/31/2023 | 500.0000 | 9.08 | 4,540.00 | 0.0000 | 224.99 |
| Purchase | 04/10/2023 | 500.0000 | 8.58 | 4,290.00 | Sale | 04/11/2023 | 500.0000 | 8.89 | 4,445.00 | 0.0000 | 155.00 |
| Purchase | 04/04/2023 | 500.0000 | 8.58 | 4,290.00 | Sale | 04/11/2023 | 500.0000 | 8.89 | 4,445.00 | 0.0000 | 155.00 |
| Purchase | 04/04/2023 | 500.0000 | 8.68 | 4,340.00 | Sale | 04/11/2023 | 500.0000 | 8.89 | 4,445.00 | 0.0000 | 105.00 |
| Purchase | 04/28/2023 | 500.0000 | 8.49 | 4,245.00 | Sale | 04/28/2023 | 500.0000 | 8.83 | 4,415.00 | 0.0000 | 169.99 |
| Purchase | 05/05/2023 | 500.0000 | 7.88 | 3,940.00 | Sale | 05/05/2023 | 500.0000 | 8.06 | 4,030.00 | 0.0000 | 90.00 |
| Purchase | 05/09/2023 | 1,000.0000 | 7.87 | 7,870.00 | Sale | 05/09/2023 | 1,000.0000 | 8.06 | 8,060.00 | 0.0000 | 190.00 |
| Purchase | 05/02/2023 | 1,000.0000 | 8.06 | 8,060.00 | Sale | 05/09/2023 | 1,000.0000 | 8.10 | 8,100.00 | 0.0000 | 39.99 |
| Purchase | 05/02/2023 | 500.0000 | 8.55 | 4,275.00 | Sale | 05/09/2023 | 500.0000 | 8.10 | 4,050.00 | 0.0000 | (225.00) |
| Purchase | 05/15/2023 | 1,000.0000 | 8.15 | 8,150.00 | Sale | 05/17/2023 | 1,000.0000 | 8.16 | 8,160.00 | 0.0000 | 9.99 |
| Purchase | 05/12/2023 | 500.0000 | 8.33 | 4,165.00 | Sale | 05/17/2023 | 500.0000 | 8.16 | 4,080.00 | 0.0000 | (84.99) |
| Purchase | 05/12/2023 | 500.0000 | 8.41 | 4,205.00 | Sale | 05/17/2023 | 500.0000 | 8.16 | 4,080.00 | 0.0000 | (125.00) |
| Purchase | 04/20/2023 | 500.0000 | 8.72 | 4,360.00 | Sale | 05/17/2023 | 500.0000 | 8.16 | 4,080.00 | 0.0000 | (280.00) |
| Purchase | 06/20/2023 | 1,000.0000 | 7.84 | 7,840.00 | Sale | 07/13/2023 | 1,000.0000 | 7.85 | 7,850.00 | 0.0000 | 9.99 |
| Purchase | 07/24/2023 | 1,000.0000 | 7.38 | 7,380.00 | Sale | 07/31/2023 | 1,000.0000 | 7.72 | 7,720.00 | 0.0000 | 339.99 |
| Purchase | 07/20/2023 | 500.0000 | 7.47 | 3,735.00 | Sale | 07/31/2023 | 500.0000 | 7.72 | 3,860.00 | 0.0000 | 125.00 |
| Purchase | 08/03/2023 | 500.0000 | 7.10 | 3,550.00 | Sale | 08/04/2023 | 500.0000 | 7.39 | 3,695.00 | 0.0000 | 145.00 |
| Purchase | 08/03/2023 | 540.0000 | 7.18 | 3,877.20 | Sale | 08/04/2023 | 540.0000 | 7.39 | 3,990.60 | 0.0000 | 113.39 |
| Purchase | 08/02/2023 | 1,000.0000 | 7.28 | 7,280.00 | Sale | 08/04/2023 | 1,000.0000 | 7.39 | 7,390.00 | 0.0000 | 109.99 |
| Purchase | 07/20/2023 | 460.0000 | 7.48 | 3,440.80 | Sale | 08/04/2023 | 460.0000 | 7.39 | 3,399.39 | 0.0000 | (41.40) |
| Purchase | 08/17/2023 | 500.0000 | 6.78 | 3,390.00 | Sale | 08/22/2023 | 500.0000 | 6.42 | 3,210.00 | 0.0000 | (180.00) |
| Purchase | 08/14/2023 | 500.0000 | 6.90 | 3,450.00 | Sale | 08/22/2023 | 500.0000 | 6.42 | 3,210.00 | 0.0000 | (240.00) |
| Purchase | 08/08/2023 | 1,000.0000 | 6.84 | 6,840.00 | Sale | 08/22/2023 | 1,000.0000 | 6.42 | 6,420.00 | 0.0000 | (419.99) |
| Purchase | 08/07/2023 | 1,000.0000 | 7.09 | 7,090.00 | Sale | 08/22/2023 | 1,000.0000 | 6.42 | 6,420.00 | 0.0000 | (669.99) |
| Purchase | 07/20/2023 | 40.0000 | 7.48 | 299.20 | Sale | 08/22/2023 | 40.0000 | 6.42 | 256.80 | 0.0000 | (42.40) |
| Purchase | 07/19/2023 | 500.0000 | 7.71 | 3,855.00 | Sale | 08/22/2023 | 500.0000 | 6.42 | 3,210.00 | 0.0000 | (645.00) |
| Purchase | 07/19/2023 | 460.0000 | 7.74 | 3,560.40 | Sale | 08/22/2023 | 460.0000 | 6.42 | 2,953.20 | 0.0000 | (607.20) |
| Purchase | 07/19/2023 | 40.0000 | 7.74 | 309.60 | Sale | 08/28/2023 | 40.0000 | 6.07 | 242.80 | 0.0000 | (66.80) |
| Purchase | 06/20/2023 | 1,000.0000 | 7.97 | 7,970.00 | Sale | 08/28/2023 | 1,000.0000 | 6.07 | 6,070.00 | 0.0000 | (1,899.99) |
| Purchase | 06/20/2023 | 960.0000 | 8.08 | 7,756.80 | Sale | 08/28/2023 | 960.0000 | 6.07 | 5,827.20 | 0.0000 | (1,929.60) |
| Purchase | 06/20/2023 | 40.0000 | 8.08 | 323.20 | Sale | 09/05/2023 | 40.0000 | 6.16 | 246.40 | 0.0000 | (76.80) |
| Purchase | 06/14/2023 | 1,000.0000 | 8.20 | 8,200.00 | Sale | 09/05/2023 | 1,000.0000 | 6.16 | 6,160.00 | 0.0000 | (2,039.99) |
| Purchase | 06/13/2023 | 500.0000 | 8.41 | 4,205.00 | Sale | 09/05/2023 | 500.0000 | 6.16 | 3,080.00 | 0.0000 | (1,125.00) |
| Purchase | 06/12/2023 | 460.0000 | 8.20 | 3,771.99 | Sale | 09/05/2023 | 460.0000 | 6.16 | 2,833.60 | 0.0000 | (938.39) |
| Purchase | 06/12/2023 | 540.0000 | 8.20 | 4,428.00 | Sale | 09/06/2023 | 540.0000 | 6.05 | 3,267.00 | 0.0000 | (1,160.99) |
| Purchase | 06/09/2023 | 460.0000 | 7.87 | 3,620.20 | Sale | 09/06/2023 | 460.0000 | 6.05 | 2,783.00 | 0.0000 | (837.20) |
| Purchase | 06/09/2023 | 540.0000 | 7.87 | 4,249.80 | Sale | 09/14/2023 | 540.0000 | 6.61 | 3,569.40 | 0.0000 | (680.39) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/08/2023 | 1,000.0000 | 8.08 | 8,080.00 | Sale | 09/14/2023 | 1,000.0000 | 6.61 | 6,610.00 | 0.0000 | (1,469.99) |
| Purchase | 06/06/2023 | 460.0000 | 8.00 | 3,680.00 | Sale | 09/14/2023 | 460.0000 | 6.61 | 3,040.60 | 0.0000 | (639.39) |
| Purchase | 09/15/2023 | 1,000.0000 | 6.02 | 6,020.00 | Sale | 09/15/2023 | 1,000.0000 | 6.20 | 6,200.00 | 0.0000 | 180.00 |
| Purchase | 09/22/2023 | 500.0000 | 5.25 | 2,625.00 | Sale | 09/25/2023 | 500.0000 | 5.32 | 2,660.00 | 0.0000 | 35.00 |
| Purchase | 09/21/2023 | 500.0000 | 5.46 | 2,730.00 | Sale | 09/25/2023 | 500.0000 | 5.32 | 2,660.00 | 0.0000 | (69.99) |
| Purchase | 09/29/2023 | 500.0000 | 4.92 | 2,460.00 | Sale | 10/06/2023 | 500.0000 | 5.35 | 2,675.00 | 0.0000 | 214.99 |
| Purchase | 09/29/2023 | 500.0000 | 5.02 | 2,510.00 | Sale | 10/06/2023 | 500.0000 | 5.35 | 2,675.00 | 0.0000 | 165.00 |
| Purchase | 09/20/2023 | 500.0000 | 5.57 | 2,785.00 | Sale | 10/10/2023 | 500.0000 | 5.65 | 2,825.00 | 0.0000 | 40.00 |
| Purchase | 09/18/2023 | 500.0000 | 5.79 | 2,895.00 | Sale | 10/10/2023 | 500.0000 | 5.65 | 2,825.00 | 0.0000 | (69.99) |
| Purchase | 09/18/2023 | 500.0000 | 5.79 | 2,895.00 | Sale | 10/13/2023 | 500.0000 | 5.80 | 2,900.00 | 0.0000 | 4.99 |
| Purchase | 09/15/2023 | 1,000.0000 | 6.13 | 6,130.00 | Sale | 10/13/2023 | 1,000.0000 | 5.80 | 5,800.00 | 0.0000 | (330.00) |
| Purchase | 06/06/2023 | 540.0000 | 8.00 | 4,320.00 | Sale | 10/20/2023 | 540.0000 | 4.41 | 2,381.40 | 0.0000 | (1,938.60) |
| Purchase | 06/05/2023 | 460.0000 | 7.73 | 3,555.80 | Sale | 10/20/2023 | 460.0000 | 4.41 | 2,028.60 | 0.0000 | (1,527.20) |
| Purchase | 06/05/2023 | 540.0000 | 7.73 | 4,174.20 | Sale | 10/31/2023 | 540.0000 | 3.46 | 1,868.40 | 0.0000 | (2,305.80) |
| **2A. Total** | | **33,040.0000** | | **248,602.20** | | | **33,040.0000** | | **229,003.40** | **0.00** | **(19,598.80)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| **2C. Total** | | **0.0000** | | **0.00** | | | **0.000** | | **$0.00** | **0.0000** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @02/07/24 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 33,040.0000 | | 248,602.20 | | | 33,040.0000 | | 229,003.40 | 0.0000 | (19,598.80) |

| Grand Total | 33,040.0000 | 248,602.20 | | 38,500.0000 | 266,835.00 | 0.0000 | |
|---|---|---|---|---|---|---|---|
| **Total LIFO Gain(Loss)** | | | | | | | **(19,598.80)** |
| | | | | | | | |

**Loss Methodology:**

1934 Act,Section 10(b)

**Currency Conversion:**

Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**

By Client

**Retained Shares Calculation:**

Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**

Match same day transactions

**Override Custodian Data:**

Using as reported by Custodian.

# EXHIBIT H



**Firm Resume**

260 Franklin Street, Suite 1860 | Boston, MA 02110
400 Concar Drive | San Mateo, CA 94402
3801 Kennet Pike, Suite C-305 | Wilmington, DE 19807

T. (617) 398-5600 | F. (617) 507-6020

www.blockleviton.com



**BLOCK & LEVITON LLP**

**FIGHT FOR A LEVEL PLAYING FIELD.**

Block & Leviton believes investors, pensioners, consumers and employees deserve an advocate who will take a stand to protect their rights. We value our role not only in recovering our clients' immediate losses, but in protecting their long-term interests by helping to shape corporate policy. We genuinely enjoy our work, which each day offers an opportunity to tackle novel problems and unique challenges in a continuously evolving economy. We concur with Aristotle's observation that pleasure in the job puts perfection in the work. We believe this is reflected in our track record, which includes our ability to take a case to trial and win, as well as our appointment as lead or co-lead counsel in many dozens of high profile securities litigation matters, including:

In re BP Securities Litig., Case No. 4:10-MD-02185 (S.D. Tex.) (settled for $175 million), In re Google Class C Shareholder Litig., Case No. 7469-CS (Del. Ch.) (settled for $522 million), Snap Inc. Securities Cases, Case No. JCCP 4960 (Cal. Superior Ct.) ($32.8 million settlement preliminarily approved), In re Tezos Securities Litig., Case No. 3:17-cv-07095 (N.D.Cal.) ($25 million preliminarily approved), Plains Exploration & Prod. Co. Stockholder Litig., Case No. 8090-VCN (Del. Ch.) ($400 million), In re Pilgrim's Pride Corporation Derivate Litigation, case no. 2018-0058-JTL (Del. Ch.) ($42.5 million settlement)and In re Swisher Hygiene, Inc. Securities and Derivative Litig., Case No. 3:12-md-2384 (N.D.Cal.) (recovering 30% of the class's recoverable damages).

The Firm has also been appointed to represent, and succeeded in obtaining substantial recoveries on behalf of, class members in the areas of consumer protection, antitrust, and ERISA.  See In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig., Case No. 3:15-md- 02672 (N.D. Cal.) (settlement valued at approximately $15 billion), In re Thalomid & Revlimid Antitrust Litig., Case No. 14-cv-6997 (D.N.J.) ($34 million settlement preliminarily approved), and Pfeifer v. Wawa, Case No. 2:16-cv-00497 (E.D. Pa.) ($25 million settlement in ESOP litigation).

Our attorneys have successfully recovered billions for our clients and class members and have done so even under adverse conditions, including successfully litigating against bankrupt and foreign-based corporations.

**DEFY CONVENTION.**

Instrumental to our philosophy is the willingness to embrace new ways of seeing, and solving, our clients' problems. For example, we challenged Google Inc.'s plan to issue a new class of non-voting stock that threatened to diminish the value of minority investors' holdings in the company. With trial set to begin in less than two days, Block & Leviton brokered a settlement with Google Inc. and its directors that provided for a forwardlooking payment ladder (valued at up to $7.5 billion) to protect minority investors against future diminution in their stock value. As a result of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015. Appreciation of the fact that each of our clients has a unique viewpoint allows us to tailor our advice and representation accordingly to achieve superior results, and to do so with maximum efficiency.

**SURROUND YOURSELF WITH THE BEST.**

The Firm credits its success to its entire team of extremely talented, dedicated attorneys, the majority of whom have significant litigation experience. An in-depth curriculum vitae highlighting each attorney's areas of expertise, unique experience, recognition in the field and education credentials follows.



## JEFFREY C. BLOCK

Partner

 jeff@blockleviton.com

### EDUCATION

- Brooklyn Law School, J.D., cum laude 1986
- State University of New York, B.A., Political Science, cum laude 1983

### BAR ADMISSIONS

- New York
- Massachusetts

### COURT ADMISSIONS

- United States Supreme Court
- First, Second, Third, Ninth, and Eleventh Circuit Courts of Appeal
- D. Mass.
- S.D.N.Y. and E.D.N.Y.

### PUBLICATIONS | SPEAKING EVENTS

- ALI-ABA Conference for Insurance and Financial Services Industry Litigation, July 2009, Lecturer and Panelist
- Damages in Securities Litigation, sponsored by Law Seminars International at the Harvard Club, Panelist
- Litigation to Remedy Meltdown Damages: What Can Be Gained?, Harvard Law School's Capital Matters Conference, Speaker
- Guest commentator on NBC
- International Strategies Recoveries for Foreign Investments, Post Morrison, San Francisco Bar Association, Panel Moderator

Jeffrey Block is a co-founding partner of Block & Leviton. With a career spanning thirty years, Jeff is recognized as one of the nation's preeminent class action attorneys and is recognize as a "Super Lawyer" by Massachusetts Super Lawyers. Jeff was one of the lead attorneys representing the Ohio Public Employees Retirement System in In re BP Sec. Litig., No. 4:10-MD-02185 (S.D. Tex.), charging that BP misled investors as to the amount of oil leaking from the Macondo well after the explosion aboard the Deepwater Horizon oil rig in the Gulf of Mexico in 2010. Jeff, on behalf of the plaintiffs, successfully argued against defendants' motions to dismiss, in favor of class certification, in opposition to summary judgment, and helped secure a settlement of $175 million for the class, which represents more than 60% of the class' actual losses. Jeff also represented the Brockton Retirement System in an action challenging Google's attempt to split its stock into voting and non-voting shares. See In re Google, Inc. Class C S'holder Litig., Case No. 7469-CS (Del. Ch. Ct.). Two days before the start of trial, the action settled for significant corporate governance changes and a payment ladder valued up to $7.5 billion, which was designed to protect shareholders against any diminution in the value of their shares during the first year of trading. Because of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.

Jeff also oversaw the Firm's litigation efforts in In re McKesson Corporation Derivative Litigation (N.D. Cal.), in which the McKesson Board agreed to re-pay to the company $175 million and agreed to significant corporate governance reforms to ensure that McKesson would comply with Federal law regarding the sales and distribution of dangerous drugs, including opioids. Jeff also spearheaded the Firm's litigation involving the offering of unregistered cryptocurrency by the Tezos Foundation. Defendants' agreed to pay $25 million to resolve the case, the first settlement of a cryptocurrency case by a private plaintiff in the country. In re Tezos Securities Litigation (N.D. Cal.) Finally, Jeff played a key role in helping to secure $175 million in the aggregate to resolve claims that Snap, Inc. misled its investors in connection with its public offering of securities. Snap, Inc. Securities Cases (Sup. Ct. Cal.).

In addition, Jeff represents some of the country's largest institutional investors, including the Massachusetts Pension Reserves Investment Management Board (PRIM), the Ohio Public Employees Retirement System, the Ohio State Teachers Retirement System, the Washington State Investment Board, the New Mexico Educational Retirement Board, the New Mexico Public Employees Retirement System, and the New Mexico State Investment Council.

Some of the major class actions that Jeff has either led, or played a significant role in, include: *In re First Executive Corp. Securities Litig.*, 89-cv-7135 (C.D. Cal.) (settled for $100 million); *In re Xerox Corp. Sec. Litig.*, 3:00-cv- 01621 (D. Co11nn.) (settled for $750 million); *In re Bristol Myers Squibb Sec. Litig.*, 02-cv-2251 (S.D.N.Y.) (settled for $300 million); *In re Lernout & Hauspie Sec. Litig.*, 1:00-cv-11589 (D. Mass.) (settled for $180 million); *In re Symbol Technologies Sec. Litig.*, 2:02-cv-1383 (E.D.N.Y.) (settled for $127 million); *In re Prison Realty*

*Corp. Sec. Litig.*, 3:99-cv-0452 (M.D. Tenn.) (settled for over $100 million); *In re Philip Services Corp. Sec. Litig.*, 98-cv-835 (S.D.N.Y.) (settled for $79.75 million); *In re American Home Mortgage Sec. Litig.*, 07-MD-1898 (E.D.N.Y.) (settled for $50.5 million); *In re Force Protection Sec. Litig.*, 2:08-cv-845 (D.S.C.) ($24 million settlement); *In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement).

Jeff has a proven record of overcoming significant challenges to obtain substantial recoveries on behalf of his clients. For example, in the Philip Services securities litigation, Jeff persuaded the United States Court of Appeals for the Second Circuit to reverse the District Court's dismissal of the action on the grounds of forum non conveniens. *See Dirienzo v. Philip Services Corp.*, 294 F.3d 21 (2d. Cir. 2002).

Upon reversal, Jeff led the team of attorneys in taking more than 40 depositions and, upon the eve of trial, the action settled for $79.50 million, among the largest recoveries ever in a securities action from a Canadian accounting firm. Jeff's skills were discussed in great lengths by the court, specifically noting that counsel:



"pursued this fact-intensive and legally complex litigation vigorously over a nine-year period, rejected offers of settlement for amounts inferior to the amounts upon which the parties ultimately agreed, and assumed significant risks of non-recovery. Co-Lead Counsel had to overcome the disclaimers and uncertainties of insurance coverage, and vigorous advocacy of extremely able and deeply-staffed defense counsel. … And **they did their work efficiently, with minimal duplication, and maximum effectiveness.**



**I was careful to choose attorneys who have great ability [and] great reputation… And I think you've undertaken the representation of these people, you've done an excellent job, you've reached a settlement that I think is fair and in their benefit.**

### Honorable C. Weston Houck

*In re Force Protection Sec. Litig., 2:08-cv-845 CWH (D.S.C.)*
($24 million settlement)

*In re Philip Servs. Corp. Sec. Litig.*, 2007 U.S. Dist. LEXIS 101427, 13-14 (S.D.N.Y. Mar. 27, 2007) (Honorable Alvin K. Hellerstein). Similarly, in *Lernout & Hauspie Sec. Litig.*, Jeff was the lead attorney in securing over $180 million for defrauded investors. The action involved an accounting fraud of a company headquartered in both the United States and Belgium.

Recently, Jeff led a team of litigators, private investigators and a forensic accountant through a complex accounting fraud case. Jeff settled the case on terms extremely beneficial to the class, as recognized by the court. *See In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.).



## JASON M. LEVITON
*Partner*

 jason@blockleviton.com

### EDUCATION
- Georgetown University Law Center, LL.M., Securities and Financial Regulations - Dean's Award (1 of 6)
- Gonzaga University School of Law, J.D., *cum laude*, Moot Court Council, International Law Review
- Gonzaga University, B.A., Philosophy and Political Science

### BAR ADMISSIONS
- Massachusetts
- District of Columbia
- Washington (voluntarily inactive)
- Florida (voluntarily inactive)

### COURT ADMISSIONS
- First Circuit Court of Appeals
- D. Mass.
- D. D.C.
- W.D. Wash.

### PUBLICATIONS | SPEAKING EVENTS
- Guest on Rights Radio
- Law360 Securities Law Editorial Advisory Board
- SEC Litigation Release No. 18638, primary author
- Contributor, After the Ball is Over: Investor Remedies in the Wake of the Dot-Com Crash and Recent Scandals, Nebraska Law Review,
- 2005
- Speaker at Georgetown University Law Center on prosecution of securities class action lawsuits
- Presenter at Business Law Symposium entitled Shareholder Rights: An Idea Whose Time has Come, November 2013
- Presenter at National Conference on Public Employee Retirement Systems

Jason is a co-founding partner of Block & Leviton and focuses his practice on investor protection and shareholder rights matters. He serves as Co-Chair of the Firm's New Case Investigation and Monitoring Team and Chair of the Merger and Acquisition/Deal Litigation Team.

Since 2011, Jason has been named either a "Super Lawyer" or "Rising Star" by Massachusetts Super Lawyers, an honor given to only 3% and 5% of all lawyers, respectively, has an AV rating from Martindale-Hubbell, has been named a Top 100 Trial Lawyer by the National Lawyer Association, is a Lawdragon Leading Plaintiff Financial Lawyer, and has been named to the Law360 Securities Editorial Board for multiple years.

Jason focuses his practice on claims alleging breaches of fiduciary duty against officers and directors of publicly traded companies. In just the last few years alone, his litigation efforts have returned hundreds of millions of dollars to aggrieved stockholders. More specifically, Jason served as lead or co-lead counsel in the following breach of fiduciary duty actions, among others: Sciabacucchi, et al. v. Liberty Broadband Corporation, et al., C.A. No. 11418-VCG (Del. Ch.) (settled for $87.5 million weeks before trial was set to begin); In Re Madison Square Garden Entertainment Corp. Stockholders Litigation, C.A. No. 2021-0468-KSJM (Del. Ch.) (settlement of $85 million reached less than two months before trial); Klein v. HIG Capital, et al., C.A. No. 2017-0862-AGB (Del. Ch.) ($45 million settlement); In re Pilgrim's Pride Corporation Derivative Litigation, Consol. C.A. No. 2018-0058-JTL (Del. Ch.) ($42.5 million settlement); In re Pivotal Software, Inc. Shareholders' Litigation, C.A. No. 2020-0440-KSJM (Del. Ch.) ($42.5 million settlement); In re Handy & Harman Ltd. Shareholders' Litigation, Consol. C.A. No. 2017-0882-TMR (Del. Ch.) (settled for $30 million, making it one of the largest sell-side premiums ever achieved for stockholders through Delaware litigation); Lao v. Dalian Wanda Group Co. Ltd., C.A. No. 2019-0303-JRS (Del. Ch.) ($17.375 million settlement); In re Tangoe Inc. Shareholders' Litigation, Consol. C.A. No. 2017-0650-JRS (Del. Ch.) ($12.5 million settlement); In re Onyx Pharmaceuticals Inc. Shareholders' Litigation, Case No. CIV523789 (Cal. Sup. Ct) (settled for $30 million; at the time, the largest M&A class action in California state court history); In re Rentrak Shareholders Litigation, Case No. 15CV27429 (Ore. Sup.) ($19 million settlement and with the related action, $23.75 million; the largest Oregon M&A settlement); and Garfield v. BlackRock Mortgage Ventures, LLC, C.A. No. 2018-0917-KSJM (Del. Ch.) ($6.85 million settlement).

He has also litigated numerous actions pursuant to the federal securities laws, including, but not limited to: In re BP plc Securities Litigation, Case No. MDL 2185 (S.D. Tex) (settlement of $175 million); Rubin v. MF Global, LTD., et al., Case No. 08-cv- 02233 (S.D.N.Y.) ($90 million settlement); In re VeriSign Securities Litigation, Case No. C-02-2270 (N.D. Cal.) ($78 million settlement); Welmon v. Chicago Bridge & Iron, Case No. 06-cv-01283 (S.D.N.Y.) (settlement of $10.5 million; in approving the settlement, the court noted: "Plaintiffs' counsel have conducted the litigation and achieved the settlement with skill, perseverance and diligent advocacy."); and Ong v. Sears Roebuck & Co., Case No. 03 C 4142 (N.D. Ill.) ($15.5 million settlement).

Jason is experienced in litigating consumer class action cases as well. For instance, he successfully recovered 100% of the class's alleged damages stemming from the overcharging of scooped coffee beans at Starbucks stores throughout the country. In re Starbucks Consumer Litig., Case No. 2:11-cv-01985-MJP (W.D. Wa.) See also, Keenholtz v. GateHouse Media, LLC, et al., Case No. 17-184-A (Mass. Sup.) (settlement involved complete relief to punitive class members and significant governance measures).

In addition to his class action experience, Jason has also litigated other complex actions. He successfully defended an attorney accused of insider trading against an SEC investigation and criminal referral to the United States Department of Justice. He has represented former employee whistleblowers before the S.E.C. and obtained the maximum whistleblower award (30%, under the Dodd-Frank Act) for a client, which equated to nearly $1 million. And he also represented the same whistleblower in a retaliation claim against his old employer: a large, multinational financial institution. See John Doe v. Oppenheimer Asset Management, Inc., et al., Case No. 1:14-cv-00779-LAP (S.D.N.Y.).

Jason was also heavily involved in the representation of four detainees being held at the Guantánamo Bay Naval Station in Cuba.

Moreover, Jason has served as liaison counsel in numerous cases before the U.S. District Court for the District of Massachusetts. See, e.g., Moitoso v. FMR LLC, 1:18-cv-12122-WGY (D. Mass.) (settlement of $28.5 million); Toomey v. Demoulas Super Markets, Inc., 1:19-cv-11633-LTS (D. Mass.) (settlement of $17.5 million); Baker v. John Hancock Life Insurance Co. (USA), et al., 1:20-cv-10397-RGS (D. Mass.) (settlement of $14 million); and Brotherston et al v. Putnam Investments, 1:15-cv-13825-WGY (D. Mass.) (successful appeal, in part, of trial verdict; settled for $12.5 million).

After receiving his law degree from Gonzaga University School of Law, with honors, Jason attended the Georgetown University Law Center and received a Master of Laws (LL.M.) in Securities and Financial Regulation (Dean's Award, 1 of 6). During that time, he was the inaugural LL.M. student selected for an externship with the S.E.C., Enforcement Division. Jason is now a member of the Association of Securities and Exchange Commission Alumni.



## KIMBERLY EVANS

*Partner*

 kim@blockleviton.com

### EDUCATION
- Temple University Beasley School of Law, J.D.
- LaSalle University, B.A.

### BAR ADMISSIONS
- Delaware
- New Jersey
- Pennsylvania

### COURT ADMISSIONS
- U.S. Court of Appeals for the 3rd Circuit
- U.S. Court of Appeals for the 9th Circuit
- U.S. District Court for the District of Delaware
- U.S. District Court for the District of New Jersey
- U.S. District Court for the Eastern District of Pennsylvania

Kimberly Evans is the Managing Partner of Block & Leviton's Delaware office and focuses her practice on corporate stockholder litigation. Ms. Evans is an experienced trial lawyer who has litigated many complex matters, including In re Dole Food Co. Stockholder Litigation and In re Dole Food Co. Appraisal Litigation, a stockholder class and appraisal litigation resulting in a damages award of $148 million, plus interest, following a nine-day trial in Delaware Chancery Court. In addition to Dole, Ms. Evans has tried a number of cases before the Delaware Court of Chancery, including most recently In re BGC Partners, Inc. Derivative Litigation. Ms. Evans also has experience with foreign appraisal litigation in the Cayman Islands, including In the matter of Nord Anglia Education, Inc. Ms. Evans has also successfully litigated many stockholder class and derivative actions, including In re McKesson Corp. Stockholder Derivative Litigation in the Northern District of California and In re Liberty Tax, Inc. Stockholder Litigation in Delaware Court of Chancery.

In 2017, Ms. Evans was selected as one of the Legal 500 Next Generation Lawyers in the area of Plaintiff M&A Litigation. In 2019, she was again selected by Legal 500 as a Rising Star. In 2020 and 2021, Ms. Evans was selected by the National Trial Lawyers as one of the "Civil Rights – Top 10" and "Women's Rights – Top 10." In 2021, she was additionally selected as one of the "Top 100 for Civil Plaintiffs" by the National Trial Lawyers. In 2022, Ms. Evans was named one of the "Top 500 Leading Plaintiff Consumer Lawyers" by Lawdragon, as well as a "Next Generation Partner" in Plaintiff M&A Litigation by the Legal500.

Prior to joining Block & Leviton, Ms. Evans was a Director at one of the preeminent securities and corporate governance class-action firms in the nation working on behalf of numerous institutional investor clients. Ms. Evans also developed and led that firm's civil rights practice group, where she represented clients in a wide range of civil matters primarily involving discrimination.

Ms. Evans received her B.A. from LaSalle University and her J.D. from Temple University's Beasley School of Law.

**BLOCK & LEVITON LLP**



## JOEL FLEMING
*Partner*

 joel@blockleviton.com

### EDUCATION
- Harvard Law School, J.D., *cum laude*
- Wilfrid Laurier University, B.A., Political Science with high distinction

### BAR ADMISSIONS
- California
- Massachusetts

### COURT ADMISSIONS
- First and Ninth Circuit Courts of Appeal
- N.D. Cal., C.D. Cal, and S.D. Cal.
- D. Mass.

### PUBLICATIONS
- Co-author, Decision Re-Affirms Critical Role of Shareholders, Benefits and Pensions Monitor (October 2014)
- Co-author, Meltdowns crank up muni-bond litigation, Daily Journal (September 18, 2013)
- Co-author, SEC takes hard line on 'cyber incidents', Daily Journal (April 5, 2013)
- Co-author, Lower Courts Interpret The Supreme Court's Decision In Janus Capital Group, Inc. v. First Derivative Traders, Financial Fraud Law Report 4:5 (May 2012)

### PROFESSIONAL ACTIVITIES
- Visiting Lecturer, Tufts University: Experimental College (2013-2015)

Block & Leviton Partner Joel Fleming has significant experience in stockholder litigation. Since graduating with honors from the Harvard Law School, Joel has spent his entire career practicing stockholder litigation. In 2019, Law360 named Joel as one of the top six securities litigators in the country under the age of 40.

Since joining Block & Leviton in 2014, Joel has played a lead role in cases that have recovered over $100 million for investors in actions in which the firm was lead or co-lead counsel. Those cases include:

- *In re Pilgrim's Pride Corporation Derivate Litigation* (Del. Ch.) ($42.5 million settlement of derivative litigation arising from conflicted, related-party transaction with controlling stockholder);
- *In re Handy & Harman Corporation Stockholders Litigation* (Del. Ch.) ($30 million settlement of class action arising from sale of Handy & Harman to its controlling stockholder; recovery was a 33% premium to deal price; a near-record for merger litigation in Delaware);
- *In re Rentrak Corporation Shareholders Litigation* (Ore. Sup. Ct.) ($19.5 million settlement of litigation arising from all-stock merger between Rentrak Corporation and comScore, Inc.; largest settlement of merger litigation in Oregon state court history); and
- *In re Tangoe, Inc. Stockholders Litigation* (Del. Ch.) ($12.5 million settlement of litigation arising from sale of Tangoe, Inc. to affiliates of Marlin Equity Partners in take-private transaction).

Joel also played a key role in several other actions where Block & Leviton was able to achieve significant settlements, including

- *In re McKesson Corporation Derivative Litigation* (N.D. Cal.) (Block & Leviton was one of five firms that played a leading role in this action, which resulted in a $175 million derivative settlement of litigation arising from the McKesson Board's alleged oversight failures relating to opioid distribution; one of the five largest derivative settlements of all time);
- *Snap, Inc. Securities Cases* (Sup. Ct. Cal.) (Block & Leviton was co-lead counsel in this action which resulted in a $32.8 million settlement of claims arising from alleged misstatements made in connection with Snap's IPO) (final approval pending); and
- *In re Tezos Securities Litigation* (N.D. Cal.) (Block & Leviton was co-lead counsel in this action which resulted in a $25 million settlement of claims arising from the alleged unregistered sale of securities in connection with an initial coin offering of cryptocurrency) (final approval pending).

Prior to joining the firm, Joel was a member of the Securities Litigation and Enforcement group at Wilmer Cutler Pickering Hale and Dorr—a large defense firm headquartered in Boston and Washington, D.C. While at WilmerHale, he served as a member of the trial team in *AATI v. Skyworks*, the first-ever arbitration to go to trial before the Delaware Chancery Court, in a case involving a merger-related dispute between two companies in the high technology industry. Joel represented both companies in a subsequent shareholder class action that ended with the dismissal with prejudice of all counts.

**BLOCK & LEVITON LLP**



## JACOB WALKER
*Partner*

 jake@blockleviton.com

### EDUCATION
- University of Michigan Law School, J.D., *cum laude*
- Babson College, B.S., Business Administration

### BAR ADMISSIONS
- Massachusetts
- California

### COURT ADMISSIONS
- Supreme Court
- First and Ninth Circuit Courts of Appeal
- D. Mass.
- N.D. Cal. and C.D. Cal.

### PROFESSIONAL CERTIFICATIONS
- Certified Information Privacy Professional (CIPP/US)

### PUBLICATIONS
- Co-author, PLI's Securities Litigation treatise – chapters on loss causation and securities trials

Jake Walker is a partner with offices in Boston and the Bay Area who focuses primarily on federal securities litigation throughout the country.

Among other cases, Jake is actively litigating on behalf of investors against Nikola (D. Ariz.) related to the company's misrepresentations about its electric truck business; Eargo for misrepresentations about its hearing aid business (N.D. Cal.); and Tricida, Inc. regarding misrepresentations about its interactions with the FDA (N.D. Cal.).

In the past several years, Jake has led litigation teams that recovered $40 million from Immunomedics (final approval pending), $32.8 million from Snap, Inc. in litigation arising from its initial public offering (Cal. Sup. Ct.), $25 million from Lyft, Inc. in litigation arising from its IPO (N.D. Cal., final approval pending); $25 million from the Tezos Foundation (N.D. Cal.), in litigation arising from the cryptocurrency's initial coin offering, $11 million in litigation against Mammoth Energy (W.D. Okla.) arising out of an indictment for bribery related to the company's business restoring power in Puerto Rico following Hurricane Maria; and $8.5 million from Trevena (E.D. Pa.) arising out of the company's description of its interactions with the FDA. Jake was also co-counsel in a case against Mattel, Inc. (C.D. Cal.) arising out of the company's need to restate earnings following a whistleblower letter. That case resulted in a $98 million recovery for investors.

Jake has also obtained recoveries on behalf of investors in Gossamer Bio. (S.D. Cal.), Bit Digital (S.D.N.Y.), EZCORP, Inc. (W.D. Tex.), Amicus Therapeutics (D. N.J.), Atossa Therapeutics (W.D. Wash.), Onyx Pharmaceuticals (Cal. Sup. Ct.), and Globalscape, Inc. (W.D. Tex.), among others. In addition to his securities litigation work, Jake also assisted the firm in its work on the $14.7 billion settlement in the Volkswagen Diesel engine multi-district litigation, and has also led consumer litigation, including obtaining 100% recovery of damages for Massachusetts subscribers to newspapers published by Gatehouse Media, who were overcharged by the company.

Prior to joining Block & Leviton in 2015, Jake was an associate at two of the country's top defense firms: Gibson Dunn in Palo Alto and Skadden, Arps in Boston. There, he represented boards of directors, corporate acquisition targets, and acquirers in litigation related to mergers and acquisitions. Jake represented defendants in litigation related to the $5.3 billion private equity acquisition of Del Monte Foods Company, as well as in litigation related to Intel's $7.7 billion acquisition of McAfee Inc. He has also represented numerous third parties, including various investment banks, in M&A litigation in California and Delaware courts.

While Jake's fourteen-year legal career has centered on securities and corporate governance litigation, Jake also has significant experience representing several large technology companies, including in the defense of consumer class actions related to privacy and technology issues. He is a Certified Information Privacy Professional and has a deep understanding of technology and privacy issues. Jake has also represented companies in antitrust class actions and investigations, stockholder derivative actions, securities class actions, and in investigations before the F.T.C. and the Massachusetts Attorney General's Office.

Jake graduated from Babson College with a B.S. degree in Business Administration in 2001 and received his law degree, with honors, from the University of Michigan in 2010. He was named a "Rising Star" in securities litigation beginning in 2016 by Super Lawyers.



## JEFFREY GRAY

*Associate*

 jgray@blockleviton.com

### EDUCATION

- Suffolk University Law School, J.D.
- Sawyer Business School, Suffolk University, M.B.A.
- Connecticut College, B.A., Economics

### BAR ADMISSIONS

- Massachusetts

Jeff Gray joined Block & Leviton LLP as an Associate in 2016. His practice focuses on complex securities and antitrust litigation. Jeff is currently a member of the litigation team representing a putative class of Charter Communications shareholders, challenging an unfair share issuance to Charter's controlling shareholders, in connection with Charter's purchase of Time Warner Cable and Bright House Networks. See *Sciabacucchi v. Liberty Broadband Corporation,* No. CV 11418-VCG, 2017 WL 2352152, at *3 (Del. Ch. May 31, 2017). Jeff is a member of the litigation team in *Karth v. Keryx Biopharmaceuticals, Inc., et al.* (D. Mass.), a federal securities class action involving misrepresentations about the risks of relying on a single contract manufacturer.

Jeff is a member of the litigation team representing the City of Providence in an antitrust class action against Celgene Corp. for unlawfully excluding generic competition for vital cancer treatment drugs.  See *In re Thalomid & Revlimid Antitrust Litig.,* 14-cv-6997 (D.N.J.) ($34 million settlement preliminarily approved).

Jeff was a member of the litigation team that represented shareholders in *In re McKesson Corporation Derivative Litigation,* 4:17-cv-01850-CW (N.D.Cal.) (settled for $175M, plus significant corporate governance reforms). Jeff was a member of the litigation team in *In re Pilgrim's Pride Corporation Derivative Litigation,* Consol. C.A. No. 2018-0058-JTL (Del. Ch.), a derivative action challenging a conflicted transaction between Pilgrim's Pride and its majority stockholder, JBS (settled for $42.5M).

Earlier in his career, Jeff was a management consultant at a financial services firm in the Boston area and, prior to that, was a project manager in commercial lending at FleetBoston Financial. While in law school, he completed internships with MFS and with The Nature Conservancy and was a law clerk at CT Corporation System.



## MICHAEL GAINES

*Associate*

 michael@blockleviton.com

### EDUCATION

- Tulane University School of Law, J.D., *magna cum laude*
- Wesleyan University, B.A., History

### BAR ADMISSIONS

- Massachusetts

### PUBLICATIONS

- Adrift at Sea in Search of the Proper Scope of the Penhallow Rule: D'Amico Dry Ltd. v. Primera Maritime (Hellas) Ltd., 39 Tul. Mar. L.J. 749 (2015)

Michael Gaines is an associate in Block & Leviton's securities litigation practice.

Before joining Block & Leviton, Michael served as a judicial law clerk for the Honorable Louis Guirola, Jr. (2018-2020) and the Honorable John C. Gargiulo (2016-2018), both in the United States District Court for the Southern District of Mississippi.  During law school, Michael was elected Senior Managing Editor of the Tulane Maritime Law Journal, served as Invitational Brief Grading Chair of the Mood Court Board, and served as a Senior Fellow for the international LLM student Legal Research and Writing course.  He was also a summer associate at Proskauer Rose LLP.



## MARK BYRNE
*Associate*

✉ mark@blockleviton.com

**EDUCATION**
- Harvard Law School, J.D.
- Boston College, B.A., *magna cum laude*

**BAR ADMISSIONS**
- Massachusetts

Mark Byrne is an associate at Block & Leviton LLP.

Mark graduated from Harvard Law School Cum Laude in 2020. Prior to pursuing his law degree, Mark was a program manager at FriendshipWorks, a Boston-area non-profit focusing on the needs of isolated elders. As a law student, Mark interned at National Consumer Law Center and the Environmental Protection Division of the Massachusetts Attorney General's Office, where his responsibilities included litigation, public comment, and advocacy projects. Mark also began working at Block & Leviton as a law clerk while pursuing his degree.



## DAN PAGLIA
*Associate*

  dan@blockleviton.com

### EDUCATION
- Suffolk University Law School, J.D.
- Boston University, M.S. Investment Management
- Providence College, B.S., *cum laude*

### BAR ADMISSIONS
- Massachusetts

Dan Paglia is an associate in Block & Leviton's securities litigation practice.

Before joining Block & Leviton, Dan was an assistant district attorney, prosecuting criminal complaints in Lawrence, Massachusetts for the Essex District Attorney's Office. Earlier in his legal career Dan was an attorney with AmeriCorps Legal Advocates of Massachusetts, representing income eligible tenants in eviction proceedings following the Merrimack Valley gas explosions of September 2018.

Prior to becoming an attorney, Dan worked for over a decade in several roles at Boston-based financial institutions, primarily in equity finance trading and collateral portfolio management at State Street Corporation and Investors Financial Services Corporation.



## BRENDAN JARBOE

*Associate*

✉ brendan@blockleviton.com

### EDUCATION
- Boston University School of Law, J.D., *cum laude*
- Bates College, History

### BAR ADMISSIONS
- United States Court of Appeals, First Circuit
- Massachusetts
- United States District Court for the District of Massachusetts

Brendan Jarboe is an associate at Block & Leviton LLP, focusing his practice on securities litigation and consumer protection.

Before joining Block & Leviton, Brendan served as an Assistant Attorney General in the Consumer Protection Division of the office of Massachusetts Attorney General Maura Healey. Brendan has led teams in dozens of investigations and enforcement actions to address illegal lending, tax fraud, unlawful debt collection, telemarketing scams and violations of data privacy and security laws. Brendan's work resulted in settlements and judgments for millions of dollars in financial restitution for affected consumers, including a 2018 multi-state settlement with Uber for $148 million for alleged violations of data breach notification laws.

Prior to serving as an Assistant Attorney General, Brendan worked as a litigation associate at Foley Hoag, where he contributed substantially to the firm's successful civil rights class action to protect the Supplemental Security Income of same-sex married couples.

**BLOCK & LEVITON LLP**



## SARAH DELANEY
*Associate*

 sarah@blockleviton.com

### EDUCATION
- Fordham University School of Law, J.D.
- Pennsylvania State University, B.A., Psychology

### BAR ADMISSIONS
- New York

*Not admitted in Massachusetts. Practicing under the supervision of firm principals.

### COURT ADMISSIONS
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York

Sarah Delaney is an associate in Block & Leviton LLP's securities litigation practice.

Before joining Block & Leviton, Sarah was an associate at Robbins Geller Rudman & Dowd LLP, where she focused her practice on securities, corporate governance, and fiduciary duty litigation. During law school, she was a member of the Fordham Urban Law Journal and the Securities Litigation and Arbitration Clinic, where she provided pro bono representation to investors with limited resources. She also interned at the United States Attorney's Office for the Eastern District of New York.

**BLOCK & LEVITON LLP**



## SARANNA SOROKA

*Associate*

 saranna@blockleviton.com

Before joining Block & Leviton, Saranna was a Legal Fellow at Conservation Law Foundation in Boston, where she worked on issues involving hazardous waste, sustainable agriculture, investor-owned utilities, and the Massachusetts Public Waterfront Act.  During law school, Saranna was a student attorney in the International Human Rights clinic. Before law school, she worked as a management consultant.

### EDUCATION

- Harvard Law School, J.D., *cum laude*
- Princeton University, B.A., *cum laude*

### BAR ADMISSIONS

- Washington D.C.*

*Practicing under the supervision of Massachusetts-admitted lawuers pending admission to Massachusetts bar.

www.blockesq.com



## NATHAN ABELMAN
*Associate*

  nathan@blockleviton.com

### EDUCATION
- Harvard Law School, J.D., *cum laude*
- Northwestern University, *magna cum laude*

### BAR ADMISSIONS
- Massachusetts

### COURT ADMISSIONS
- U.S. District Court for the District of Massachusetts

### CLERKSHIP
- Hon. Patti B. Saris and Hon. Richard G. Stearns (D. Mass.)

Nathan Abelman is an associate at Block & Leviton, focusing his practice on federal securities litigation.

Before joining Block & Leviton, Nathan served as a judicial law clerk for the Honorable Patti B. Saris and the Honorable Richard G. Stearns on the United States District Court for the District of Massachusetts.  Nathan previously worked as a litigation and enforcement associate at Ropes & Gray, LLP.  Nathan received his law degree, cum laude, from Harvard Law School, where he served as the editor-in-chief of the Harvard Journal of Sports and Entertainment Law.

Contact Us

**BLOCK & LEVITON LLP**

260 Franklin Street, Suite 1860 | Boston, MA 02110
400 Concar Drive | San Mateo, CA 94402
3801 Kennett Pike, Suite C-305 | Wilmington, DE 19807

T. (617) 398-5600 | F. (617) 507-6020

www.blockleviton.com

# EXHIBIT I

HOLZER & HOLZER, LLC
Attorneys at Law

# FIRM RÉSUMÉ

HOLZER & HOLZER, LLC is an Atlanta, Georgia complex litigation firm that dedicates its practice to the enforcement of the rights that federal and state laws afford investors harmed by the misconduct of others. Since its inception in 2000, our firm has established an excellent reputation for innovative representation of its clients.

Our attorneys have varied and noteworthy experience prosecuting class action litigation pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934. We have recovered tens of millions of dollars on behalf of investors through shareholder class litigation. The firm's attorneys also have significant experience prosecuting claims in derivative litigation arising from breaches of fiduciary duties under state law.

We represent clients in federal courts nationwide and serve in court-appointed leadership roles in many of these cases. We take great pride in our aggressive advocacy, efficiency, and professionalism in the conduct of our clients' cases. We offer our clients a personalized approach to complex litigation which, because of its size and complex nature, can be a daunting prospect to investors. Through unyielding dedication, hard work, and creativity, we have achieved notable successes on behalf of our clients.

HOLZER & HOLZER, LLC
Attorneys at Law

## Examples of Present Leadership Roles

**_Blake v. Canoo, Inc., et al.,_** Case No. 21-cv-2873-FMO (C.D. Cal.) (Firm is serving as Co-Lead Counsel in shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

**_In re ImmunityBio, Inc. Sec. Litig.,_** Case No. 23-cv-1216-CPC (S.D. Cal.) (Firm is serving as Co-Lead Counsel in shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

**_Li v. Spirit Aerosystems Holdings, Inc., et al.,_** Case No. 23-cv-3722-PAE (S.D. N.Y.) (Firm is serving as Co-Lead Counsel in shareholder class action alleging violations of the anti-fraud provisions of the Securities Exchange Act of 1934)

## Examples of Firm's Achievements

**_Davis v. Yelp, Inc., et al.,_** Case No. 18-CV-400-EMC (N.D. Cal.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $22.25 million)

**_Peralta v. Grana y Montero S.A.A., et al.,_** Case No. 17-cv-1105-LDH (E.D.N.Y.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $20 million)

**_Kendall v. Odonate Therapeutics, Inc., et al.,_** Case No. 20-cv-1828-H-LL (S.D.Cal.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $12.5 million)

**_Galestan v. OneMain Holdings, Inc. et al.,_** Case No. 17-cv-01016-VM (S.D.N.Y.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $9 million)

**_Hutchins v. NBTY, Inc., et al.,_** Case No. 10-cv-2159 (LDW) (WDW) (E.D.N.Y.) (Firm served as Co-Lead Counsel in a securities fraud class action and achieved settlement creating common fund in the amount of $6.0 million)

# HOLZER & HOLZER, LLC
Attorneys at Law

**_Sgalambo v. McKenzie, et al._**, Civil Action No. 09-cv-10087-SAS (S.D.N.Y.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $5.2 million)

**_Enriquez v. Nabriva Therapeutics, PLC, et al.,_** Case No. 19-cv-4183-VM (S.D.N.Y) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $3.0 million)

**_Jiangchen v. Rentech, Inc., et al.,_** Case No. 17-cv-1490-GW (C.D. Cal.) (Firm served as Co-Lead Counsel in securities fraud class action and achieved settlement creating common fund in the amount of $2.05 million)

**_Frohman v. Allen, et al._ (Aaron's, Inc. Deriv. Litig.)** Case No. 2014-CV-245817 (Ga. Sup. Ct., Fulton County) (Firm served as Lead Counsel in shareholder derivative action and achieved settlement that modified corporate governance practices in connection with hostile board proxy fight)

**_Miller v. Anthony, et al._ (Synovus Financial Corp. Deriv. Litig.)**, Case No. 09-cv-1811-JOF (N.D. Ga.) (Firm served as Co-Lead Counsel in shareholder derivative action and achieved settlement creating dramatic corporate governance reforms)

**_Mitchell v. Gozani, et al._ (Neurometrix Deriv. Litig.)**, Case No. 08-CV-10674-RWZ (D. Mass) (Firm served as Co-Lead Counsel in a derivative action and achieved settlement significantly enhancing the company's internal controls and corporate governance)

**_Brenner et al. v. Future Graphics, LLC, et al._**, Case No. 06-CV-0362-CAP (N.D. Ga.) (Firm served as Co-Lead Counsel in class action alleging RICO violations and created a common fund of $2.65 million on behalf of Class of victims of a business opportunity scam)

**_In re IPO Sec. Litig.,_** Master Docket No.: 21-MC-00092 (S.D.N.Y.) (Firm served on Discovery Steering Committee for 309 separate class actions alleging underwriters manipulated prices of securities that resulted in $586 million global settlement)

HOLZER & HOLZER, LLC
Attorneys at Law

# Attorney Biographies

## COREY D. HOLZER

Corey D. Holzer is a co-founder and the managing partner of the firm. Mr. Holzer graduated *cum laude* from the University of Florida with a Bachelor of Science in Journalism, where he graduated second in his class in the College of Journalism and Communications. Mr. Holzer then obtained his Doctor of Jurisprudence from Emory University School of Law, where he was selected as a finalist in Moot Court competition.

Mr. Holzer represents individuals and institutional investors in litigation alleging violations of federal and state securities laws, as well as breaches of fiduciary duties under the laws of various states. Mr. Holzer has an in-depth understanding of the rights and privileges of investors and is driven by a strong desire to provide personalized representation and counseling to victimized investors. Mr. Holzer continues to establish his reputation as a corporate watchdog and effective advocate for his clients.

Mr. Holzer is a member of the State Bar of Georgia. Mr. Holzer is admitted to practice before all Georgia State and Superior Courts, the Georgia Court of Appeals, the United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Eleventh Circuit. He has been admitted to practice in countless other federal and state courts to handle specific cases.

211 PERIMETER CENTER PARKWAY, SUITE 1010, ATLANTA, GEORGIA 30346   TEL. 770.392.0090   FAX. 770.392.0029

# HOLZER & HOLZER, LLC
Attorneys at Law

## MARSHALL P. DEES

Marshall P. Dees joined the firm in 2008 and became a partner in January 2016. Mr. Dees graduated *cum laude* from the University of Georgia's Terry College of Business, where he received a Bachelor of Business Administration in Management Information Systems. Mr. Dees also graduated *cum laude* from Georgia State University's College of Law, where he served as a member of its Moot Court Board and Student Trial Lawyers Association and also served as a court-appointed mediator in the Fulton County Landlord-Tenant Program.

Since 2007, Mr. Dees has devoted his practice to securities class action litigation and has played an important role in recovering tens of millions of dollars for investors under the federal securities laws. Mr. Dees also represents investors seeking to enforce their rights under federal and state laws governing fiduciary duty, and he has helped design comprehensive corporate governance reforms on behalf of shareholders that have been implemented by public companies.

Mr. Dees is admitted to practice law in all Georgia State and Superior Courts, the Georgia Court of Appeals, the Supreme Court of Georgia, the United States District Courts for the Northern and Middle Districts of Georgia, and the United States Court of Appeals for the Second Circuit. Mr. Dees has appeared *pro hac vice* on behalf of investors in litigation pending in courts across the country.

# HOLZER & HOLZER, LLC
Attorneys at Law

## JOSHUA A. KARR

Joshua A. Karr is an associate at Holzer & Holzer, LLC, joining the firm in the Summer of 2021. Mr. Karr graduated *summa cum laude* from the University of Central Florida with a Bachelor of Arts in Political Science in 2013. After earning his undergraduate degree, Mr. Karr attended Emory University School of Law, where he graduated *with honors* in 2016. While attending Emory Law, Mr. Karr was a member of the Moot Court Society and served as a Managing Editor of the *Emory Corporate Governance and Accountability Review*.

Mr. Karr represents investors in litigation alleging violations of the federal securities laws and breaches of fiduciary duties under the laws of various states. Before joining Holzer & Holzer, Mr. Karr worked for a nationally renowned law firm where his practice focused on representing plaintiffs in products and pharmaceutical liability litigation, class actions and mass torts, helping to recover millions on behalf of injured clients.

Mr. Karr is a member of the State Bars of Georgia and Florida and admitted to practice law before all Georgia State and Superior Courts and all Florida State and Circuit Courts, as well as the Northern District of Georgia, the Northern District of Florida, and the Southern District of Florida.

# HOLZER & HOLZER, LLC
Attorneys at Law

## GILBERT S. HOLZER

Now retired, Gilbert S. Holzer is co-founder of the firm.  Mr. Holzer received a Bachelor of Arts degree with honors in political science and economics from Sir George Williams University (now Concordia University) in Montreal, Quebec.  He then obtained his Bachelor of Civil Law from McGill University in Montreal, where he graduated second in his class.  Thereafter, Mr. Holzer obtained his Bachelor of Laws from McGill University where he graduated first in his class.  Mr. Holzer served on the Editorial Board of the McGill Law Journal and on its Moot Court Board, and also served as counsel to the Judicial Committee, which represented the student body of McGill University.

Upon his graduation from law school, Mr. Holzer co-founded the law firm of Salomon, Holzer & Mager in Montreal, Quebec, concentrating his practice in civil litigation.  After he moved to Atlanta, Mr. Holzer practiced law with Arnall Golden & Gregory LLP.  He later formed his own general practice, and ultimately co-founded this firm with his son, Corey D. Holzer.

Mr. Holzer is a former member of the Bar of the Province of Quebec and a current member of the State Bar of Georgia.  He is admitted to practice before all Georgia State and Superior Courts, the Georgia Court of Appeals and the United States District Court for the Northern District of Georgia.  Mr. Holzer serves as a guest lecturer in the School of Public and International Affairs at the University of Georgia.

# EXHIBIT J

<u>Nicholas A. Kampars, Partner at Wildwood Law Group LLC</u>

Nicholas Kampars is a trial lawyer with more than seventeen years of experience representing individuals and companies in various pieces of litigation in Oregon. Mr. Kampars' practice involves litigating cases through all phases, including trial, in both state and federal courts.

Mr. Kampars has served as lead counsel in numerous cases in the United States District Court for the District of Oregon, and has served as trial counsel for two trials in this district. He also frequently serves as local counsel for out-of-state counsel in this district.

Mr. Kampars has been admitted to practice before the United States District Court for the District of Oregon since 2006.