

# Fourth Quarter & FY 2022 Results

March 15, 2023

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Important Notices

This presentation ("Presentation") and any oral statements made in connection with the Presentation do not constitute an offer to sell or a solicitation of an offer to buy any securities.

**Forward-Looking Statements**

Certain statements in this Presentation may constitute "forward-looking statements" within the meaning of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements regarding the expectations, hopes, beliefs, intentions or strategies of NuScale Power Corporation (the "Company") regarding the future, including, without limitation, statements regarding plans for research and development programs and expectations regarding revenues and profitability. In addition, any statements regarding projections, forecasts, or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that statement is not forward looking. Forward-looking statements are based on current expectations and assumptions that, while considered reasonable by the Company and its management, are inherently uncertain. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risks and uncertainties.

Factors that may cause actual results to differ materially from current expectations include, but are not limited to, general economic conditions and other risks, uncertainties and factors (a) set forth in the section entitled "Cautionary Statement Regarding Forward-Looking Statements and Risk Factors"" in the Company's annual report on Form 10-K for the period ended December 3, 2022, and under similar headings in subsequent filings with the SEC, and (b) associated with companies like the Company that operate in the energy industry. Such differences may result both from actions within the control of the Company, such as capital investments, asset acquisitions, and marketing initiatives, and from actions outside the control of the Company, such as the demand for the Company's products, changes in technology, competition and general economic and market conditions. Nothing in this Presentation should be regarded as a representation that any forward-looking statement set forth herein, or the results of any forward-looking statement, will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein. The Company does not undertake or accept any duty to release publicly any updates or revisions to any forward-looking statement herein to reflect any change in its expectations or in the events, conditions or circumstances on which any such statement is based. This Presentation does not purport to summarize all of the conditions, risks and other attributes of an investment in the Company.

The information contained in this Presentation was prepared by the Company and/or obtained from outside sources. All information presented in this Presentation with respect to estimates and projections as to future operations are based on material prepared by the Company and involves significant elements of subjective judgment and analysis, which may or may not be correct. Neither the Company nor any of its affiliates assumes any responsibility for the accuracy or completeness of the information contained within this Presentation. This Presentation does not, and if hereafter supplemented, will not, contain all of the information that may be required to evaluate any investment in the Company. The Company makes no representations or warranties, express or implied, as to the accuracy or completeness of the information contained in this Presentation and nothing herein is, or shall be relied upon as, a representation or warranty with respect to past or future facts or results.

This Presentation includes industry and market data, including forecasts and other forward-looking information, obtained from, among other sources, reports of governmental agencies, industry publications, studies and surveys, and internal company surveys. Such reports, industry publications, studies, surveys, and forecasts generally state that the data contained therein has been obtained from sources believed to be reliable, but that data may be incomplete or inaccurate. Such data has not been independently verified, and the Company makes no representation as to the accuracy or completeness of such data or any assumptions relied upon therein. Finally, while the Company believes its internal research is reliable, such research has not been verified by any independent source.

**Goldberg Decl. Ex. 6**
**Page 2 of 14**
**NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.**

# Important Notices

**Other Items**

This Presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Presentation may be listed without the TM, SM, © or ® symbols, but the Company will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

You are encouraged to read the Company's reports and other documents filed with the SEC. Such reports and other documents may be obtained free of charge at the SEC's website at www.sec.gov.

This Presentation is based upon work supported by the Department of Energy under Award Number DE-NE0008928. This Presentation was prepared as an account of work sponsored by an agency of the United States (U.S.) Government. Neither the U.S. Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the U.S. Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the U.S. Government or any agency thereof.

**Goldberg Decl. Ex. 6**
**Page 3 of 14**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.



# All 2022 Milestones Successfully Completed

**Secured**
Second Committed Customer

**Issued**
Long-Lead Material Specs for Reactor Pressure Vessel

**Completed**
Reactor Building Design

**Completed**
Standard Plant Design

**Submitted**
Standard Design Approval Application to the U.S. NRC for VOYGR™-6 SMR Power Plant

Goldberg Decl. Ex. 6
Page 4 of 14

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# New Committed Customer Spotlight: RoPower and Nuclearelectrica





As Romania aims to diversify its energy portfolio, NuScale's technology presents a safe, economic, and scalable solution

✅ NuScale and RoPower Nuclear S.A. signed a contract for Front-End Engineering and Design (FEED) work marking a significant step toward the deployment of a NuScale VOYGR SMR power plant in Romania

✅ The eight-month scope of work includes tasks and the production of deliverables to define site- and customer-specific inputs for a VOYGR-6 SMR power plant at the Doicesti Power Station, a decommissioned coal-fired power plant



" And in Romania, the American company, NuScale Power, will build a first-of-its-kind small modular reactor plant. This will help bring online zero-emission nuclear energy to Europe faster, more cheaply, and more efficiently.

The U.S. government is helping to advance the development of this groundbreaking American technology, which will strengthen Europe's energy security and create thousands of jobs in Romania and the United States."

– **President Biden**
at the Launch of the Partnership for Global Infrastructure and Investment
*June 26, 2022*

**Goldberg Decl. Ex. 6**
**Page 5 of 14**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# NuScale Reached Essential Design Milestones

## Completed Standard Plant Design

- Encompasses more than 12,000 completed deliverables

- Prepares NuScale for facility construction, equipment procurement, and manufacturing of long-lead major engineered equipment

- Provides customers with a template VOYGR power plant design that will serve as a starting point for deploying site-specific designs -- saving time, engineering resources, and supporting licensing efforts

## Submitted Second Standard Design Approval Application

- Completed submission of a second Standard Design Approval (SDA) application to the U.S. Nuclear Regulatory Commission for updated 77 MWe SMR design

- Updated design features a power uprate and select changes to support customers' capacity needs and further improve economics

- Builds upon unparalleled licensing progress



**Goldberg Decl. Ex. 6**
**Page 6 of 14**

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Additional Fourth Quarter Highlights

## Meaningful Developments Toward Commercial Readiness

- Awarded contracts for fuel handling and storage racks – two key plant components – to Framatome, a renowned nuclear industry supplier

## Continuing Efforts to Support the Global Energy Transition

- Joined the "Ukraine Clean Fuels from SMRs Pilot," a project we became a part of alongside Special Presidential Envoy for Climate John Kerry and Ukraine Minister of Energy German Galushchenko

- Joined a research collaboration with Shell Global Solutions and others to develop and assess the use of a NuScale VOYGR SMR power plant in supporting clean hydrogen production

- Signed the United Nations 24/7 Carbon-Free Energy Compact



**Goldberg Decl. Ex. 6**
**Page 7 of 14**

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.



# Robust and Diversified Global Customer Pipeline

Potential customers include governments, state-owned enterprises, public- and investor-owned utilities, coal plant refurbishment, process heat applications, private sector and commercial nuclear power producers, and generation and transmission cooperatives

**2** commercial commitments[1]

UAMPS    RoPower Nuclear S.A.

**15+** committed to proceed with new advanced nuclear deployment

**120+** total customer opportunities

**Current Customer Pipeline**

*As of March 15, 2023*
*1. Commercial commitments include Utah Associated Municipal Power Systems (UAMPS) and RoPower Nuclear S.A.*

Select near-term potential customers in pipeline

**Goldberg Decl. Ex. 6**
**Page 9 of 14**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.



# Financial Results

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Key Financial Themes

- New revenue contracts that we expect to be accretive and lead to incremental customer growth

- Our strong cash profile, buoyed by lack of debt, provides financial flexibility



**Revenue**

**$3.4M**
4Q '22

— vs —

**$1.5M**
4Q '21

**Net Loss**

**$(47.2)M**
4Q '22

— vs —

**$(28)M**
4Q '21

**Cash**

**$267.7M**[1]
No Debt

As of December 31, 2022
1. Includes cash, cash equivalents and short-term investments

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# 2023 Cash Outlook

Primary factors expected to contribute to higher cash usage in 2023 than previously anticipated include:

- Below anticipated fiscal year 2023 Department of Energy (DOE) cost-share, seeking to recoup in fiscal year 2024
  - Both NuScale's funding plan and the funding plan for the Carbon Free Power Project rely on cost-shared funding provided through cooperative agreements with the DOE
- First customer progress payments delayed, while maintaining delivery schedule
- Increase in R&D expense
  - Higher cost of planned workscope driven by inflation
  - Added workscope to mitigate risk, ensure delivery execution
  - Realization of workscope deferred from 2022

For 2023, this equates to an anticipated negative cash flow from operations range of $102 million to $142 million

Higher cash usage underscores the advancement of NuScale's business, the achievement of development milestones, and our transition to commercialization

12

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Capitalization Summary

| Share Type | Amount | Description |
|---|---|---|
| Class A Shares | 69.3M | NuScale Power Corporation Class A shares |
| Class B Shares | 157.1M | NuScale Power Corporate Class A shares issuable upon the exchange of NuScale Power, LLC Class B shares and Class B units[1] |
| **Total Shares Outstanding** | **226.4M** | |
| Options | 12.2M | Legacy options converted to NuScale Power Corporation stock options |
| Warrants | 18.5M | Spring Valley Acquisition Corporation warrants assumed upon merger |
| Time-Based RSUs | 2.1M | 2022 long-term incentive plan time-based restricted stock units |
| **Total Dilutive Shares** | **32.8M** | |
| **Fully Diluted Shares** | **259.2M** | |

*As of December 31, 2022*
*1.  Must be exchanged for Class A Shares*



**Goldberg Decl. Ex. 6**
**Page 13 of 14**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.



ir@NuScalepower.com

Goldberg Decl. Ex. 6
Page 14 of 14

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.