

**First Quarter 2023 Results**

May 9, 2023

Goldberg Decl. Ex. 8
Page 1 of 13

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Important Notices

This presentation ("Presentation") and any oral statements made in connection with the Presentation do not constitute an offer to sell or a solicitation of an offer to buy any securities.

**Forward-Looking Statements**

Certain statements in this Presentation may constitute "forward-looking statements" within the meaning of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements regarding the expectations, hopes, beliefs, intentions or strategies of NuScale Power Corporation (the "Company") regarding the future, including, without limitation, statements regarding plans for research and development programs and expectations regarding revenues and profitability. In addition, any statements regarding projections, forecasts, or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that statement is not forward looking. Forward-looking statements are based on current expectations and assumptions that, while considered reasonable by the Company and its management, are inherently uncertain. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risks and uncertainties.

Factors that may cause actual results to differ materially from current expectations include, but are not limited to, general economic conditions and other risks, uncertainties and factors (a) set forth in the section entitled "Cautionary Statement Regarding Forward-Looking Statements and Risk Factors"" in the Company's annual report on Form 10-K for the period ended December 3, 2022, the Form S-1 filed on March 20, 2023 and declared effective on March 23, 2023, and under similar headings in subsequent filings with the SEC, and (b) associated with companies like the Company that operate in the energy industry. Such differences may result both from actions within the control of the Company, such as capital investments, asset acquisitions, and marketing initiatives, and from actions outside the control of the Company, such as the demand for the Company's products, changes in technology, competition and general economic and market conditions. Nothing in this Presentation should be regarded as a representation that any forward-looking statement set forth herein, or the results of any forward-looking statement, will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein. The Company does not undertake or accept any duty to release publicly any updates or revisions to any forward-looking statement herein to reflect any change in its expectations or in the events, conditions or circumstances on which any such statement is based. This Presentation does not purport to summarize all of the conditions, risks and other attributes of an investment in the Company.

The information contained in this Presentation was prepared by the Company and/or obtained from outside sources. All information presented in this Presentation with respect to estimates and projections as to future operations are based on material prepared by the Company and involves significant elements of subjective judgment and analysis, which may or may not be correct. Neither the Company nor any of its affiliates assumes any responsibility for the accuracy or completeness of the information contained within this Presentation. This Presentation does not, and if hereafter supplemented, will not, contain all of the information that may be required to evaluate any investment in the Company. The Company makes no representations or warranties, express or implied, as to the accuracy or completeness of the information contained in this Presentation and nothing herein is, or shall be relied upon as, a representation or warranty with respect to past or future facts or results.

This Presentation includes industry and market data, including forecasts and other forward-looking information, obtained from, among other sources, reports of governmental agencies, industry publications, studies and surveys, and internal company surveys. Such reports, industry publications, studies, surveys, and forecasts generally state that the data contained therein has been obtained from sources believed to be reliable, but that data may be incomplete or inaccurate. Such data has not been independently verified, and the Company makes no representation as to the accuracy or completeness of such data or any assumptions relied upon therein. Finally, while the Company believes its internal research is reliable, such research has not been verified by any independent source.

**Other Items**

This Presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Presentation may be listed without the TM, SM, © or ® symbols, but the Company will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

You are encouraged to read the Company's reports and other documents filed with the SEC. Such reports and other documents may be obtained free of charge at the SEC's website at www.sec.gov.

This Presentation is based upon work supported by the Department of Energy under Award Number DE-NE0008928. This Presentation was prepared as an account of work sponsored by an agency of the United States (U.S.) Government. Neither the U.S. Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the U.S. Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the U.S. Government or any agency thereof.

**Goldberg Decl. Ex. 8**
**Page 2 of 13**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Trends Driving NuScale Power's Market Opportunity



The energy transition to zero-carbon baseload power



The need for increased power generation

Both trends support critical emerging trends in clean energy and energy security



# Key 2023 Milestones

**1** Secure Next 3 Committed Customers — On Track

**2** Advance the Design for Key Components — On Track

**3** SDA Application Acceptance Review by NRC — On Track

**4** Commence Manufacture of Upper Reactor Pressure Vessel — On Track

**5** Secure Long-Lead Material Orders for 10 Additional NuScale Power Modules™ — On Track

Goldberg Decl. Ex. 8
Page 4 of 13

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Committed Customer Spotlight: Carbon Free Power Project (CFPP) and UAMPS

- Executed an order for long-lead materials and commenced NuScale Power Module fabrication process

- Engaged with UAMPS to finalize the Combined License application, or COLA

- Developing a Class 2 cost estimate for the project

- Supporting focused initiative to obtain additional CFPP subscription



**Goldberg Decl. Ex. 8**
**Page 5 of 13**

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Committed Customer Spotlight: RoPower and Nuclearelectrica

- Proceeding with Phase 1 Front-End Engineering and Design (FEED)

- Working to define the site and specific inputs for our VOYGR™-6 power plant

- In discussions on the next phase of the project and engaging with local suppliers

- Received authorization from nuclear regulator (CNCAN) for safety-related design work



Site demolition of existing coal power plant at Doicesti, Dambovita

**NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.**

# Business Development Spotlight:
# Poland, Indonesia and Korea

- **KGHM**
  - KGHM submitted an application to the Ministry of Climate and Environment for the issuance of a "fundamental decision" to build an SMR power plant in Poland

- **Indonesia Power**
  - The U.S. Trade and Development Agency awarded a grant to Indonesia Power and NuScale was selected to partner for technical assistance to help develop the country's first SMR
  - Next steps include a site selection plan, power plant and interconnection system design, preliminary environmental and social impact assessment, risk assessment, cost estimate and regulatory review

- **Doosan Enerbility and Export-Import Bank of Korea**
  - Signed Memorandum of Understanding with Doosan Enerbility and the Export-Import Bank of Korea to strengthen collaboration and support NuScale's SMR deployment



" Today's announcement of a strategic partnership to help Indonesia develop its small modular reactor nuclear clean energy program, as a key deliverable under the Partnership for Global Infrastructure and Investment, is an important milestone in Indonesia's efforts to achieve its climate goals while promoting sustainable economic growth."

**U.S. Ambassador to Indonesia, Sung Y. Kim,** *March 20, 2023*

**Goldberg Decl. Ex. 8**
**Page 7 of 13**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Robust and Diversified Global Customer Pipeline

Potential customers include governments, state-owned enterprises, public- and investor-owned utilities, coal plant refurbishment, process heat applications, private sector and commercial nuclear power producers, and generation and transmission cooperatives



*As of May 9, 2023*
*1. Commercial commitments include Utah Associated Municipal Power Systems*
*(UAMPS) and RoPower Nuclear S.A.*

**Goldberg Decl. Ex. 8**
**Page 8 of 13**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# NuScale is Years Ahead of the Competition

| Selected Differentiators | NUSCALE | Small Modular Reactor Competitors[1] | |
| --- | --- | --- | --- |
| | | Other Light Water Reactors | Non-Light Water Reactors[2] |
| Underlying Technology Track Record | ✓ Light water reactor (LWR) (50+ years history) | Same as NuScale | Relatively limited |
| Fuel Supply Infrastructure | ✓ Exists (50+ years history) | Same as NuScale | Does not exist today; Under development |
| Manufacturing Infrastructure | ✓ Multiple suppliers for all critical components | Same as NuScale | Largely in place |
| Standard Plant Design | ✓ Complete | None | None |
| Design Approval and Certification by NRC | ✓ Standard Design Approval received from NRC in 2020, Certification in 2023 | None (applications not yet submitted) | None (applications not yet submitted) |
| Coping Period | ✓ Unlimited (confirmed by the NRC) | Varies; Goal of between 7 days and unlimited | Goal of unlimited |
| Unparalleled Capabilities | ✓ Innovations including black-start, island mode, off-grid operation | To be determined | To be determined |

1. *Does not include micro reactors*
2. *For example; high temperature gas cooled, molten salt, and fast-reactor technologies*

**NuScale Nonproprietary** Copyright © 2023 NuScale Power, LLC.



# NuScale First Quarter Highlights

- Nuclear Regulatory Commission (NRC) begins technical review of NuScale's updated Standard Design Approval (SDA) application

  - NRC to issue review schedule after application is docketed

- NuScale placed first long-lead material order

  - Doosan Enerbility has commenced forging production for materials essential in the manufacturing of the first NuScale Power Modules

- NuScale received highly-regarded ISO 9001:2015 certification

  - Validation that our quality management standards and controls are scalable and repeatable across the globe



Forging production underway at Doosan Enerbility

**Goldberg Decl. Ex. 8**
**Page 10 of 13**
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Key Financial Themes

- New revenue contracts that we expect to be accretive and lead to incremental customer growth

- Remain on-track to meet 2023 cash flow from operations guidance

- Our strong cash profile, buoyed by lack of debt, provides financial flexibility



**Revenue**

**$5.5M**
1Q '23

— vs —

**$2.4M**
1Q '22

**Net Loss**

**$(35.6)M**
1Q '23

— vs —

**$(23.4)M**
1Q '22

**Cash**

**$252.3M[1]**
No Debt

As of March 31, 2023
1. Includes cash, cash equivalents and restricted cash ($34.2M)

Goldberg Decl. Ex. 8
Page 11 of 13
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Capitalization Summary

| Share Type | Amount | Description |
|---|---|---|
| Class A Shares | 70.1M | NuScale Power Corporation Class A shares |
| Class B Shares | 157.1M | NuScale Power Corporate Class A shares issuable upon the exchange of NuScale Power, LLC Class B shares and Class B units[1] |
| **Total Shares Outstanding** | **227.2M** | |
| Options | 11.4M | Legacy options converted to NuScale Power Corporation stock options |
| Warrants | 18.5M | Spring Valley Acquisition Corporation warrants assumed upon merger |
| Time-Based RSUs | 3.9M | 2022 long-term incentive plan time-based restricted stock units |
| **Total Dilutive Shares** | **33.8M** | |
| **Fully Diluted Shares** | **261.0M** | |



*As of March 31, 2023*
*1.  Must be exchanged for Class A Shares*

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.



ir@NuScalepower.com

Goldberg Decl. Ex. 8
Page 13 of 13
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.