

# Second Quarter 2023 Results

August 9, 2023

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Important Notices

This presentation ("Presentation") and any oral statements made in connection with the Presentation do not constitute an offer to sell or a solicitation of an offer to buy any securities.

## Forward-Looking Statements

Certain statements in this Presentation may constitute "forward-looking statements" within the meaning of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements regarding the expectations, hopes, beliefs, intentions or strategies of NuScale Power Corporation (the "Company") regarding the future, including, without limitation, statements regarding plans for research and development programs and expectations regarding revenues and profitability. In addition, any statements regarding projections, forecasts, or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. Words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that statement is not forward looking. Forward-looking statements are based on current expectations and assumptions that, while considered reasonable by the Company and its management, are inherently uncertain. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risks and uncertainties.

Factors that may cause actual results to differ materially from current expectations include, but are not limited to, general economic conditions and other risks, uncertainties and factors (a) set forth in the section entitled "Cautionary Statement Regarding Forward-Looking Statements and Risk Factors"" in the Company's annual report on Form 10-K for the period ended December 3, 2022, the Form S-1 filed on March 20, 2023 and declared effective on March 23, 2023, the Registration Statement on Form S-3 filed on June 1, 2023 and declared effective on June 5, 2023, and under similar headings in subsequent filings with the SEC, and (b) associated with companies like the Company that operate in the energy industry. Such differences may result both from actions within the control of the Company, such as capital investments, asset acquisitions, and marketing initiatives, and from actions outside the control of the Company, such as the demand for the Company's products, changes in technology, competition and general economic and market conditions. Nothing in this Presentation should be regarded as a representation that any forward-looking statement set forth herein, or the results of any forward-looking statement, will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein. The Company does not undertake or accept any duty to release publicly any updates or revisions to any forward-looking statement herein to reflect any change in its expectations or in the events, conditions or circumstances on which any such statement is based. This Presentation does not purport to summarize all of the conditions, risks and other attributes of an investment in the Company.

The information contained in this Presentation was prepared by the Company and/or obtained from outside sources. All information presented in this Presentation with respect to estimates and projections as to future operations are based on material prepared by the Company and involves significant elements of subjective judgment and analysis, which may or may not be correct. Neither the Company nor any of its affiliates assumes any responsibility for the accuracy or completeness of the information contained within this Presentation. This Presentation does not, and if hereafter supplemented, will not, contain all of the information that may be required to evaluate any investment in the Company. The Company makes no representations or warranties, express or implied, as to the accuracy or completeness of the information contained in this Presentation and nothing herein is, or shall be relied upon as, a representation or warranty with respect to past or future facts or results.

This Presentation includes industry and market data, including forecasts and other forward-looking information, obtained from, among other sources, reports of governmental agencies, industry publications, studies and surveys, and internal company surveys. Such reports, industry publications, studies, surveys, and forecasts generally state that the data contained therein has been obtained from sources believed to be reliable, but that data may be incomplete or inaccurate. Such data has not been independently verified, and the Company makes no representation as to the accuracy or completeness of such data or any assumptions relied upon therein. Finally, while the Company believes its internal research is reliable, such research has not been verified by any independent source.

## Other Items

This Presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Presentation may be listed without the TM, SM, © or ® symbols, but the Company will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

You are encouraged to read the Company's reports and other documents filed with the SEC. Such reports and other documents may be obtained free of charge at the SEC's website at www.sec.gov.

This Presentation is based upon work supported by the Department of Energy under Award Number DE-NE0008928. This Presentation was prepared as an account of work sponsored by an agency of the United States (U.S.) Government. Neither the U.S. Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the U.S. Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the U.S. Government or any agency thereof.

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

**Goldberg Decl. Ex. 11**

**Page 2 of 14**

# Leadership Updates



## Clayton Scott
### Chief Commercial Officer

*Global business development experience, 40+ years in the nuclear sector*



## Robert Ramsey Hamady
### Chief Financial Officer

*Extensive portfolio of financial experience, former public company CFO*



## Carl Fisher
### Chief Operations Officer

*20+ years of industry experience with Navy nuclear program, Framatome and Duke Energy International*

NuScale Nonproprietary  Copyright © 2023 NuScale Power, LLC.

Goldberg Decl. Ex. 11

Page 3 of 14



# Committed Customers Spotlight: Carbon Free Power Project and RoPower Project

- Progress on Carbon Free Power Project

  - House and Senate appropriations bills fully fund FY24 CFPP need

  - Limited Work Authorization to perform early construction activities submitted to U.S. Nuclear Regulatory Commission, an SMR industry first

  - Developing Class 2 cost estimate

  - Engaging in effort to increase subscriber commitments

- RoPower Project proceeding

  - In late stages of Phase 1 Front-End Engineering and Design (FEED) work

  - Public-private commitments made by the U.S., Japan, South Korea and the U.A.E. of up to $275m to support Phase 2 work

  - First international Energy Exploration Center opened in Bucharest to further develop Romania's nuclear workforce



**Goldberg Decl. Ex. 11**
NuScale Nonproprietary, Copyright © 2023 NuScale Power, LLC.

# Robust and Diversified Global Customer Pipeline

Potential customers include governments, state-owned enterprises, public- and investor-owned utilities, coal plant refurbishment, process heat applications, private sector and commercial nuclear power producers, and generation and transmission cooperatives



*As of August 9, 2023*
*1. Commercial commitments include Utah Associated Municipal Power Systems (UAMPS) and RoPower Nuclear S.A.*

**Goldberg Decl. Ex. 11**
NuScale Nonproprietary. Copyright © 2023 NuScale Power, LLC.
**Page 6 of 14**

# Business Development Spotlight: Nucor Corporation



- NuScale and Nucor Corporation to explore deploying NuScale's VOYGR™ SMR power plants to provide baseload electricity to Nucor's electric arc furnace steel mills

  - Nucor is the largest and most diversified steel and clean steel products company in North America

  - An expanded partnership through which Nucor would supply NuScale with its net-zero steel products for NuScale projects is also being explored

- Further example of industrial companies seeking 24/7 carbon-free energy

  - Financial incentives in the Inflation Reduction Act continue to be an important new business development driver

7

Goldberg Decl. Ex. 11
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Decarbonization Beyond Electric Power



Total U.S. Greenhouse Gas Emissions by Economic Sector (2021)

Commercial & residential 13.0%

Nuclear power can provide electricity for heating and cooling as well as cooking needs and district heating

Agriculture 10.0%

Nuclear power can generate clean hydrogen for ammonia

Industry 23.0%

Nuclear power can provide steam and electricity for industrial applications like green steel, petroleum refining and petrochemical applications

Electric power 25.0%

20% total electricity use from nuclear

Transportation 29.0%

Biden admin. target of 50% electric vehicle sales by 2030

*Source: EPA – Sources of Greenhouse Gas Emissions, April 2023*

NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

**Goldberg Decl. Ex. 11**

**Page 8 of 14**

# NuScale Steam Production Positioned to Satisfy Key Applications

- Analysis performed gauging a variety of steam production rates at corresponding pressures, temperatures, and estimated NuScale Power Module electrical power outputs

  - Steam compression is efficient and technically feasible today

  - A single NuScale Power Module can produce 500,000 lb/hr at 1500 psia and 500°C

- Provides new options to decarbonize operations and products with nuclear

- Production is well within the parameters of potential customers in key industrial applications, including petrochemicals, oil & gas, and steel production

- Higher pressure/temperature compression systems (2400 psia/650°C) are being evaluated



* Graphic adapted from "International Atomic Energy Agency, Opportunities for Cogeneration with Nuclear Energy, 2017", with additional data and input from industry

NuScale is the only SMR approved for off-grid operation and with an approved Emergency Planning Zone methodology that can achieve a site boundary EPZ, enabling VOYGR plants to be located closer to end-users, reducing heat losses due to steam transport, and resulting in a higher efficiency industrial energy system

Goldberg Decl. Ex. 11
NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

# Additional Recent Highlights

- U.S. Nuclear Regulatory Commission accepts NuScale's Standard Design Approval (SDA) application

  - 24-month review schedule continues to support July 2025 approval

- While process remains ongoing, encouraged by activity in FY'24 appropriations

- Doosan Enerbility continues to produce forgings, tubing and materials essential to manufacturing the first NuScale Power Modules; manufacturing process on track to begin later this year



NuScale Nonproprietary Copyright © 2023 NuScale Power, LLC.

**Goldberg Decl. Ex. 11**

# Key Financial Themes

- New revenue contracts are expected to be accretive and lead to incremental customer growth

- Remain on-track to meet guidance for 2023 cash flow from operations guidance

  – Funding for final year of DOE NuScale award still achievable

- Our strong cash profile – with no debt – provides financial flexibility



**Revenue**

**$5.8M**
2Q '23

— vs —

**$2.7M**
2Q '22

**Net Loss**

**$(29.7)M**
2Q '23

— vs —

**$(21.4)M**
2Q '22

**Cash**

**$214.6M[1]**
No Debt

As of June 30, 2023
1. Includes cash, cash equivalents and restricted cash ($60.2M)

11

NuScale Nonproprietary. Copyright © 2023 NuScale Power, LLC.

# NuScale Power Analyst Day

- Friday, October 6, 2023
  - Time: 8 a.m. to 12 p.m. ET
  - Location: New York Stock Exchange
  - Please contact ir@nuscalepower.com with any questions

- The event will feature informative presentations from NuScale leadership and industry experts on SMR technology and strategy, recent business developments, the nuclear energy landscape, and opportunities ahead.



Goldberg Decl. Ex. 11
NuScale Nonproprietary / Copyright © 2023 NuScale Power, LLC.
Page 12 of 14

# Capitalization Summary

| Share Type | Amount | Description |
|---|---|---|
| Class A Shares | 74.0M | NuScale Power Corporation Class A shares |
| Class B Shares | 154.7M | NuScale Power Corporate Class A shares issuable upon the exchange of NuScale Power, LLC Class B shares and Class B units[1] |
| **Total Shares Outstanding** | **228.7M** | |
| Options | 10.4M | Legacy options converted to NuScale Power Corporation stock options |
| Warrants | 18.5M | Spring Valley Acquisition Corporation warrants assumed upon merger |
| Time-Based RSUs | 3.3M | 2022 long-term incentive plan time-based restricted stock units |
| **Total Dilutive Shares** | **32.2M** | |
| **Fully Diluted Shares** | **260.9M** | |



*As of June 30, 2023*
*1. Must be exchanged for Class A Shares*

NuScale Nonpropriet      Copyright 200? N Scale Power, LLC.

**Goldberg Decl. Ex. 11**



ir@NuScalepower.com

Goldberg Decl. Ex. 11

NuScale Nonproprietary / Copyright © 2023 NuScale Power, LLC.

Page 14 of 14