**NuScale Power 2023 Analyst Day**

### Scott Kozak, Director of Investor Relations

Thank you and good morning, everyone. We are thrilled to welcome our in-person guests, and also those joining by webcast to NuScale's 2023 Analyst Day. My name is Scott Kozak and I'm the director of Investor relations. I'm excited for today's event and the opportunity to share our story. This morning we posted a set of supplemental slides on our investor relations website. As reflected in the safe harbor on slide two, the information set forth in the presentation and discussed during the course of our remarks in the subsequent Q and A sessions include forward-looking statements, which reflect our current views of existing trends and are subject to a variety of risks and uncertainties. You can find a discussion of our risk factors which could potentially contribute to such differences in our SEC filings on Form S-1 and Form 10-Q.

Here's the agenda we will cover today. Speakers will include John Hopkins, president and CEO, Dr. Jose Reyes, Co-Founder and Chief Technology Officer, Maria Korsnick, president and CEO of NEI. Clayton Scott, Chief Commercial Officer, Tom Mundy, president VOYGR Services and Delivery. Carl Fisher, Chief Operating Officer, Steve Burns, former NRC Chairman and Commissioner, Carrie Fosaaen, vice president of Regulatory Affairs, and Ramsey Hamady, Chief Financial Officer. So, as you see, in addition to hearing from us, we've invited some prestigious guests to add their perspective on business development in the SMR industry as well as the regulatory environment for nuclear.

For those joining us in person, we will conclude the day with a demonstration of our technology. For those joining by webcast, we would like to host you for a site tour in Corvallis, Oregon so that you can see this demonstration for yourself and visit our other facilities. I'd also encourage you to visit our E2 centers, which simulate NuScale control rooms and are located at several universities across the US and also in Romania. With that, I'll now turn the stage over to John Hopkins, NuScale's president and CEO to discuss our vision and strategy. John.

### John Hopkins, President and CEO

Appreciate it. I like that video and the fact too; we've been strongly promoting the fact that advanced nuclear and renewables can work together. So, you saw that solar plant, it's spread adjacent to where our small mod reactor plant's going to be. So, during periods of time when the sun's not shining, we can complement and work with that solar plant and I think we're going to see more and more of that as time goes on. Today, I and other senior leaders will share how far we have come as a company and discuss the future of getting small mod reactors or SMRs deployed around the world to power the global clean energy transition. Our leadership status in the SMR space has earned us a seat at the table with global regulators to streamline and harmonize regulatory processes. With that, I'll kick off the presentation and provide an overview of our vision and our strategy.

I'll start by providing some key messages that you're going to hear consistently today. NuScale's revolutionary SMR technology provides a big start in first mover advantage, importantly it is sustainable.

**AVR Decl. Ex. 14**
**Page 1 of 52**

**NuScale Power 2023 Analyst Day**

We are a long-term committed SMR leader. NuScale is preparing to help solve the need for energy security and power the energy transition. The need is massive and it continues to grow. Demand for new dispatchable low carbon and zero carbon generation, as well as applications for processing steam for industrial applications is unprecedented. Our competitive advantages are significant and sustainable. Not only are we the only SMR design certified by the US Nuclear Regulatory Commission or NRC, we are also very cost competitive. NuScale employs an asset-light model and has established a comprehensive manufacturing and fuel supply infrastructure. In fact, we are already pouring steel to produce the forging for our first six modules.

I visited Doosan Enerbility and our Korean supply chain partner to see these long lead items firsthand being produced today, right now. NuScale's ability to leverage our mature design to help produce materials in factories and ship to site rather than assemble in the field is significant from a cost and a timing perspective. We will demonstrate today that NuScale is not a venture capital story, but rather a growth story. And we are not a startup. We are in project delivery and currently in manufacturing. As we move from R and D to product delivery, NuScale has significantly de-risked our modules. In contrast with NuScale, peers remain in the R and D phase, we are deployable and poised to take advantage of our first mover. In fact, we are commercialized our technology with committed customers right now.

Beyond NuScale, there are currently no other publicly traded SMR technology companies. As a result, part of our job is to help educate the investment community. I want to thank Wall Street, there was a major announcement today that I want to steal some of the thunder of our Chief Commercial Officer with Standard Power. Well, they just came out and said in two states we're going to have two 12 module NuScale power plants working with our partner and our developer that we have an exclusive arrangement with, ENTRA1, and we'll get more into that. But this is, for our industry, this is a massive move because that customer is oriented to working with data centers and what's going to be a huge potential in AI.

And I want to be crystal clear on this point, NuScale is a technology provider and an OEM focused on delivering NuScale Power Modules for energy plants. In other words, NuScale has advanced our technology from R and D to commercialization. The technology we developed, the NuScale Power Module, is a critical component of a small module reactor, or SMR, energy plant. Now that you know who we are, I want to be equally clear on what we are not. NuScale is not a builder or developer of energy infrastructure projects. We do not finance energy projects. We do not operate energy plants and we do not generate revenue from power sales.

We understand the strengths in where we are and we need the expertise and capabilities of others. We are delighted to have established a strategic partnership with our developer ENTRA1 Energy. For the past year, in fact, we announced last year, the relationship has been transformational for NuScale and is critical to our commercialization. We just got Standard Power because we have a developer, and again, we'll talk at length about that in a minute. This is what this industry needs. We can provide the technology. We have the capacity to execute. Somebody like a developer has to be there to help bring the total package together. ENTRA1 is an independent energy production company with 45 years of experience owning, financing

2

**NuScale Power 2023 Analyst Day**

and developing significant projects in global energy and infrastructure. I have known the CEO for many, many years. We used to have a joint venture partnership at a company I used to belong to.

They are an American group with a strong and ready pipeline of energy projects around the world. ENTRA1 provides customized plant development, ownership, and operating structures that de-risk the project and meet each energy consumer's unique needs. So, when you think about NuScale's emerging new business development pipeline, our customer will be ENTRA1. The energy consumer or end user, whether it be an industrial company, a technology business with data centers to support, or a dozen another permutations, that's ENTRA1's customer. ENTRA1 is our exclusive global strategic partner for commercialization and development of energy plants with NuScale SMR technology inside. This partnership provides end users with a one-stop shop solution to meet growing consumer demand for safe, reliable, 24/7, carbon-free baseload energy.

To use more of an example, think of ENTRA1 like a computer system such as Dell or Hewlett-Packard, NuScale is the Intel processor inside powering the computer. That's what we are. And we are going to stay focused on commercialized technology and let ENTRA1 do what they do best, development, financing, ownership, and more to support energy infrastructure projects. I'm pleased to reiterate that we have a new customer, as I just mentioned, in Standard Power. We are leveraging our ENTRA1 partnership to serve that project with our technology. You'll hear more details in the recent business development and the financial implications from our CEO Ramsey Hamady and Clayton, our Chief Commercial Officer.

This slide puts into perspective the size of the opportunity for SMRs in electricity market. Estimated at 232 gigawatts by 2050. And keep in mind, this has not even taken into account other applications like hydrogen, ammonia, desalinization, which represents additional significant market potential, this is only electricity. On top of climate and economic development, energy security has become paramount in many countries around the world. I spoke at COP26, the UN Conference on Climate and COP27 talking  to representatives from Sahara Africa, the Arabian Peninsula, and Eastern Europe. The groundswell that's building in these places and elsewhere for advanced nuclear is incredible and customer engagement in our technology continues to advance. Nuclear adoption acceptance is growing quickly in communities all over the world. They need the power and they need the jobs. Jobs, jobs, this is very important to many of these countries. If you could segue from coal to another source, where are the jobs?

We aren't content just to be a first mover. We expect to be a market leader over the long term. NuScale has invested 1.6 billion plus to mature and de-risk our power modules. A lot of that capital went to the upfront de-risking of the power module, which Dr. Reyes will show you. NuScale is currently manufacturing, as I said, the first set of modules and we have what's called, and I learned on the street, big kit, and we have poured metal for six modules at Doosan. It's pretty inspiring to go out there and see that happen. This will generate significant savings for our customers to de-risk their projects and provide confidence in how they allocate site-specific resources. So, what's next on the horizon? Nuclear will play an important role in the pursuit of a carbon-free energy transition in tandem with renewables, as I showed you with RoPower. Deep

3

**NuScale Power 2023 Analyst Day**

decarbonization will require emission free baseload generation that can be easily integrated into a renewables heavy system.

Just look to Texas for an example of estate with energy imbalance. Heavily built in the west part of the state, they've got the T and D. We could easily set up plants and help implement and complement renewables in that state. In fact, we're talking to that state. Our technology can provide baseload power and flexibility to offset the intermittence of renewable power, as I just mentioned. And NuScale's SMR technology can help avoid costly overbuilding of wind turbines, solar panels, batteries, and long-distance transmission lines. We also have the benefit of monetizing exciting alternative projects such as clean energy, such as ammonia for agriculture, working with oil refiners and really important, energy requirements for desalinization. All the while we're able to provide a highly reliable power source to critical public and private infrastructure such as medical facilities, defenses installations, digital data centers, and AI. I don't think any of us have an appreciation how much energy is going to be required with AI. The overall global needs for carbon-free capacity additions for electricity is like 7,000 plus gigawatts.

Next, I'll touch on some upside opportunities. Achieving net zero targets requires a massive build out of clean power resources that touch numerous aspects of the economy beyond the electricity market, such as process industries and transportation, each of which produces similar amounts of emissions. As seen in recent research, NuScale's technology enables industrial decarbonization across a broader stretch of applications for efficiently providing high temperature, high pressure carbon-free steam. Therefore, industrial petrochemical and oil refiners and more have become a key customer target.

And we have a couple major distinctives, that Jose will get into, of why we're attractive to those industries. One is having gone through the rigor of the Nuclear Regulatory Commission, our emergency planning zone truly is at site boundary. It took us seven years to get to that point, seven years of going through to prove that unlike most or all nuclear power plants that have a 10-mile evacuation zone, ours can literally be at site boundary. We also don't need to be connected to the grid for safety. That's a first in the industry.

The other thing of note is that government support has been key for us, and its key for any new industry. It's an element in the development of our industry and NuScale's technology specifically. I spend a lot of time on the Hill talking with senators and representatives on both sides of the aisle. So, I can tell you from personal experience that NuScale support is bicameral, bipartisan, and longstanding. While the fiscal year 2024 appropriations process remains ongoing in Congress, we are encouraged by activity on Capitol Hill so far. With positive developments in both the House and the Senate that demonstrates financial support for not only NuScale, but other advanced SMRs to help power the energy transition. In addition, we continue to benefit from strong advocacy by the Department of State and Department of Energy.

But let me be very frank, the nuclear industry needs success stories. We need US technologies and projects to succeed and traction and headway has been made and are being made. As it stands right now, no other SMR technologies have submitted a design certification application to the NRC, but it's coming.

**NuScale Power 2023 Analyst Day**

There's going to be a wave here in the near term where other American technologies will enter into the design process. And if we're going to meet decarbonization and clean energy goals, and if we're going to have reliability in our energy source, and if we want energy security, advanced nuclear has to be in the mix.

I believe renewables is a great, great success story, but many of us don't believe they can do it just on the backs of renewables alone. The Inflation Reduction Act has helped advanced nuclear level the playing field with renewables somewhat. It's not a direct impact on us as a technology provider, but it certainly supports power customers and consumers. End users are taking notice as they have understood that they have to be in construction by 2032 or risk not being able to take advantage of all the available IRA tax credits. Beyond just utilities, there's major industrials that need clean, reliable 24/7 energy sources as well. This includes clusters of industrial production, of facilities that share fence lines with one another.  If you go to Baytown, Texas or Leesville, Louisiana, there's multiple process plants that are in close proximity. If you have the capacity to go and provide them technology, and build, own, operate, build, own, transfer, give them the energy requirements they need for either process heat or ammonia or hydro production, it's huge.

It's another new market that's emerging that's really starting to come on strong because they have an interest, but they don't necessarily want to own or operate the plant. But they're open to entering into long-term power purchase agreements to support the construction and development of SMR plants.

And Clayton will discuss the relationship we have ENTRA1 and how they're making that happen. We're also well positioned for coal plant repurposing trends and have already begun executing on our first opportunity, as you saw with RoPower, and soon with Standard Power that was just announced this morning. Regarding our first committed customer, UAMPS and the Carbon Free Power Project. We have made substantial progress toward preparing our technology for deployment, maturing our design, and developing our supply chain. We still receive excellent support from the government, but despite our hard work CFPP has become a very challenging project.

We believe we've been on a path to achieving the price target for the project, but as a result of delays outside of our and our suppliers' control, work is getting behind schedule, we are talking with the customer and we are talking with the government and performing internal analysis to find the appropriate path forward. Importantly, the critical work completed in good faith as part of the CFPP has advanced our NuScale technology to the point that utilities, governments, and industrials can rely on a proven SMR technology that has regulatory approval, is in active production, and is ready for commercial deployment, positioning NuScale far ahead of the competition. We'll keep you up to date on this topic, but our primary focus today will be on our new customers, future plans, and measures we are taking to control our costs and manage our cash.

Key focus areas for the company from the top down, I'm proud of the team we have assembled. We have gone from R and D and now into delivery and it is a marked difference because now we're at the point of actually producing modules. We have brought in new experience and skill sets that position us for success as we enter our next phase of development. I'm very excited, you'll be very excited also to hear from the experience base of this team that we put together and Jose Reyes, who is a developer and founder of this tremendous technology.

**AVR Decl. Ex. 14**
**Page 5 of 52**

**NuScale Power 2023 Analyst Day**

Next, I'll provide an overview of our long-term strategy for profitable growth. We are accelerating our technology and supply chain readiness through comprehensive manufacturing trials and other measures. We are focused on deploying our SMR modules, which are best in class and we believe more advanced than others, and we're going to be expanding into new markets, applications, and capabilities.

While government support is important, it is our sustainable competitive advantages that fuel our leadership. Our strong SMR competitive position is enabled by our technology and IP, operational and regulatory excellence, deep nuclear experience, mature and de-risk partner and supplier ecosystems, the mission and safety-first culture, and I mentioned as well as our management team, many of whom you'll get a chance to meet today. These advantages will support our ability to generate long-term value for all our stakeholders. With that, I'd like to turn it over now to co-founder and Chief Technology Officer, Dr. Jose Reyes. Jose.

**Dr. Jose Reyes, Co-Founder and Chief Technology Officer**

Well, thank you. It's a real pleasure to be here. Whenever we're at Wall Street, we just feel the excitement, the ability to create not just new energy, but a new path forward in terms of investment, in terms of delivery of products. So, we're glad to share all the exciting news that we have with you today. I'm Jose Reyes, I'm the Chief Technology Officer and co-founder of NuScale Power. A little bit about my background, I started my career with the Nuclear Regulatory Commission almost 10 years with the NRC, followed by 30 years working with Oregon State University as a professor and head of the nuclear engineering department. And then co-founded NuScale in 2007, worked as a passive safety system expert for the United Nations International Atomic Energy Agency, and I'm a member of the National Academy of Engineering. So, I'm really excited to be able to share with you the technology that we've developed, a lot of innovation happening within the company.

I started the company with three base patents. Now, I have 180 patents either granted or pending in 20 countries. The company as a whole has 686 patents, so a lot of exciting work that's going on at NuScale.

Our mission is to provide advanced nuclear power, to provide electricity, clean water and heat, to improve the quality of life for people around the world. And that's our mission and that motivates each one of our team members. We want to improve the quality of life for people around the world. So that's our mission statement. We strongly believe in progressing people, planet, and prosperity, doing this through social equity, through environmental stewardship, and economic development. And we are looking at some key global issues that we would like to help solve. And as a community in nuclear, working with renewables and working with a lot of other energy technologies, we believe these problems can be solved. Decarbonization, providing power at large commercial scales, complimenting solar and wind by providing grid stability.

You heard John talk about repurposing coal-fired plants, the ability to do that because of our small site boundary. Providing power for the emerging technologies like AI, and of course, the current issue of energy security. So, we are motivated by our mission. It drives us in terms of our innovation and has driven us. We've incorporated safety, simplicity, a very high level of reliability into our design. And these things are important differentiators from traditional nuclear, our renewables, and even our other SMR

6

**NuScale Power 2023 Analyst Day**

competitors. We are poised to move forward in a very large market. We are creating new opportunities in new markets, and you'll hear more about that in a moment with regards to steam production and other areas.

So, this is our technology. I'm here to tell you that we've done it. Okay. Sorry, I've been wanting to say this for a long time. We have done it. We have designed and are fabricating the first US small module reactors. This of course has been a dream of mine for, I don't want to get emotional here. This has been a dream of mine for many, many years, and so I'm so excited to be part of this great adventure and I'll try to keep a steady pace here. But it's amazing.

This is a 77-megawatt electric module. It's all factory fabricated. We've added lots of features in terms of safety that make it unique and able to be located near end users. Site boundary, emergency planning zone, process heat for industrial processes, fully factory fabricated, reduced operation and maintenance. As you see on the right there, that's one of our reactor buildings. A 12-module plant like what will be built at the Standard Power sites, six modules on one side, six on the other, but it's a 924-megawatt capacity system. It's scalable. You can add modules as modules are needed. So, we're excited about that.

We are leveraging a tremendous amount of past experience, 67 years of civilian and naval operation of light water reactors. And that's what's given us the significant advantage in terms of our licensing, in terms of our computer code development, our database, it's a very highly detailed database. So, that was our starting point. We went from there and we spent another $1.6 billion to de-risk this design and 150 million just on state-of-the-art testing and demonstrations. And so, you're most welcome to come visit us in Corvallis to see our test facilities. But that was big because each one of those tests had to be audited by the Nuclear Regulatory Commission. So, we have a very strong record of successful performance of these types of test facilities.

So, a little bit about what we've done in terms of our design and what's different about our design. We added a lot of functionality. So, this is something that a lot of folks haven't thought about in the past, but this is something that makes us very different. So first is in terms of our safety, and I'll talk more about safety in just a moment, but we offer what we call a fully passive safety system. We're not using electric power; we don't need any AC or DC power for safety. And in fact, for our design, the reactors will shut themselves down without any operator action, without any AC or DC power, and they remain cooled for an unlimited period of time without the need to add water. So that's a first in commercial nuclear power. And it was a significant foundational part of our design that allows us to do a lot of other things, which I'll describe.

But everything is underpinned by our safety. Worst case conditions, we have to shut down, without operator action, without AC or DC power, without the need to add water. So that's a key point. So, we're the only SMR that's been approved by the NRC with this type of capability. It is significantly smaller. John mentioned our emergency planning zone. It took us seven years to get to that point, but we've also added Black-Start and island mode capability, and you'll see some of that displayed here later today on our E2 center simulator. Meaning by Black-Start, you can start the plant from one small module powering up the entire plant, picking up all the house loads. First responder power, as we look at the increase in frequency of severe weather events, we start seeing that plants should be hardened. We need to have hardened plants that'll withstand these events.

7

**NuScale Power 2023 Analyst Day**

But how do you restore the grid? Well, the way in which we are able to restore the grid is that we don't have to be connected to the grid for safety. So, we can go into our island mode, we can be at hot operational conditions, and as soon as we receive notice that portions of the grid have been restored, we can immediately begin dispatching power. So, we're the first to respond in those events to help restore the grid as opposed to current nuclear today, which is by law required to be the last, or they're the first to get power to get to their safety system. So, it's a very different model. So, first responder power is unique to our design. And of course, we are looking at the highly reliable power multi modules, and John mentioned some of the mission critical facilities that we're looking at.

These key criteria I think is quite important, the idea that we are able to check all these boxes because this is something that's needed for the modern grid. Baseload capable, yes, we can do that. Zero emission, we can do that. And effectively deployable at scale, I think that's something that's been missing for nuclear, the ability to just add modules as modules are needed. So having this zero-emission baseload power is key, but also being able to do it in an affordable manner and in a scalable manner.

So just a brief comparison, how it compares to a large plant. So, we announced today two large nuclear plants, scalable plants. They're each about 924 megawatts a piece, so that's comparable to large-scale nuclear power, which is typically a thousand megawatts. We're a much smaller footprint with a site boundary emergency planning zone. And because of our size and our ability to be located closer to the end user, I'll be talking a bit about some of the applications that go with that. So, the fact that we can have a site boundary emergency planning zone allows us to be closer to the end users of different products like chemical productions and things like that, hydrogen. We've got this new level of safety. We're looking at a three-year build for plants from first pour of concrete, and we have what I call staggered refueling, the ability to refuel one module while the rest of the modules continue to produce power. So, we never have to shut down the entire plant.

I hope you're writing down questions because I love questions. It's a little bit about the competition. Of course, you've heard some from John regarding the SMRs. There is a wave of SMRs coming and we're excited about that too. But in terms of our differentiators, we are light water technology, so it's very well-known and not just globally in terms of all the reactors that are operating today, but also in terms of the regulatory framework. It really has been built for light water reactors. So, a lot of interest there. Our fuel supply, I think that's an important one. We use commercially available, low enriched uranium, and we're not using high assay, low enriched uranium that's currently needed for some of the advanced designs. That can become a bottleneck for many of these advanced designs. We don't use that fuel. We have commercial contracts with fuel vendors who will provide us that fuel and many, many vendors actually provide that fuel today, so that's not a bottleneck for us.

**AVR Decl. Ex. 14**
**Page 8 of 52**

**NuScale Power 2023 Analyst Day**

Of course, in licensing space, we've made significant advancements with the regulator, getting a design certification. We've submitted our standard design approval for our upgraded power for the 77-megawatt version, and that's well on its way. In terms of coping period, I think we've set the standard, this was a goal of ours from the beginning to be able to say we no longer want to be a risk to the environment. We want to be able to have a design which it has an unlimited coping period. We don't need to worry about having to add water long-term for the cooling of reactors. So many of the designs, and I think all the advanced designs now have included that as a design goal and I think that's a very worthy goal.

So, what do we mean by this site boundary emergency planning zone? It does really provide a significant advantage. As we talk to many of the coal-fired plant operators, many of them are aging plants and so they want to retire those plants. We've seen an opportunity to repurpose those plants. We use some of the transmission, some of the water, some of the infrastructure to put a NuScale technology powered plant. So, you can see that little dot in the middle. That would be us in terms of our boundary, and you look at a 10-mile radius, that's what would be required for a typical large light water reactor to give you a sense of scale there. So, this took a lot of work. We started interacting with the regulator seven years ago to talk about the methodology that you would use to calculate the size of that emergency planning zone.

And that's a big deal because even though the NRC said at this point now because of all the efforts, have come up with the emergency preparedness rule for SMRs and advanced reactors, you still have to have a methodology to do that calculation to present to the NRC. That methodology has to be approved. It took us seven years to get it approved for us, and our methodology is proprietary. So, it's a big lift. It's a big lift for the SMRs that are coming behind us because that took a lot of work to demonstrate that you meet all the regulatory requirements that you would meet at 10-mile radius, you meet that at 200 to 300 meters at your fence. It's a big, big lift and we were able to do it. So, this is a really important feature, but it's an enabler. It enables us to do a lot of different things.

Back in 2014, we started looking at integrated energy systems. So, we've been looking at this for many, many years, almost 10 years now, and how we can better utilize our technology effectively for other markets. And part of it was driven again by the need for innovation and solving some of these global problems. I'll start with water because I like to talk about that. Many parts of the world are undergoing droughts or don't have enough water. One of our modules coupled to a reverse osmosis system could produce 77 million gallons of clean water per day. That's one. Four modules would be enough for about three to four million people, just to give you a sense of what could be done with this type of a system. Hydrogen production, one module can produce about 50 metric tons of hydrogen per day if you use the high temperature solid oxide electrolysis cell systems. So that's a big deal.

Coal fire plant replacements, we already talked about that, but all these things require power and that's, again, one of the enablers because of our small footprint, our site boundary, emergency planning zone, what that allows us to do is to be closer to the end user. And I'm going to talk about process heat in just a moment. So, we need to be closer to the end user because they don't necessarily want to be within your emergency planning zone. They'd like to be outside that fence. So that's a big deal. So that's an

9

**NuScale Power 2023 Analyst Day**

enabler for us and it's allowing us to start talking to many, many different markets and opportunities. And we haven't even included that yet in terms of our discussions with profitability and things like that.

So here it is. All right, this is something that's relatively new. Back in March of this year, I attended a DOE meeting in Houston where we unveiled this. We've been doing some studies on this and the idea of producing process heat for lots of different chemical processes. So, what this shows on this chart and you can see that the bars there, synthetic fuels, ammonia. Now our module typically produces steam, about 800,000 pounds per hour of steam, at somewhere around just under 300 degrees C. But we can address some of these processes for the chemical plants. But we saw the need to go to higher temperatures and higher pressures. We teamed up with a compressor vendor, a commercial compressor vendor, and we found that we can take our steam, compress it and heat it because you're doing pressure work on the steam to about 500 degrees C, and we can still produce about 500,000 pounds of steam per hour, very, very competitive and well within the requirements for many of these chemical processes. So now we've extended the output of our steam, temperatures and pressures so that we can support these types of industries.

Since March of this year, 19 oil and gas companies, steel companies and chemical companies have contacted me. They want to know about this. This is a real need for them, and they need to start looking at how they're going to decarbonize their processes. So, they are seriously looking at this. We are now also investigating the opportunities to go to higher temperatures. What's unique about this is now we're saying that light water reactors can be part of the solution in terms of these high temperature systems. You don't only have to have a high temperature reactor, you can take any light water reactor and with our technology coupled to these high-pressure compression systems, you can actually become part of the solution for decarbonizing a very, very large market. So, I'm really excited about this.

So right now, we're looking at, I mentioned about 500 degrees C, 1500 pounds per square inch. We're looking to go to higher temperatures. We currently have a project with Shell Global looking at hydrogen production. We just got announced for a DOE gain proposal accepted to do a study on integrating our system with high compression, high temperature with a large chemical plant. And of course, this is all because we started with that foundational aspect of safety, having a smaller footprint, having a site boundary EPZ.

So just to sum up, we're dedicated to our mission. We really want to improve the quality of life for people around the world. In order to do that, we had to incorporate unparalleled levels of safety so that we can have a smaller footprint, be located closer to the end users in different markets. That's created very strong differentiators from traditional nuclear renewables and potential SMRs, and we really are well positioned for the application of our technology to entire new markets. So, with that, I'm going to end my portion here. Looking forward to your questions, and I'll turn it over to Maria Korsnick, the CEO of NEI.

**Maria Korsnick, President and CEO, Nuclear Energy Institute (NEI)**

Well, great. Thank you very much. Always great to hear you Dr. Reyes. And I'll just put in a plug. He is also a University of Maryland grad, so happy to be here today. And a

10

**NuScale Power 2023 Analyst Day**

special thanks to NuScale for inviting me. I'm Maria Korsnick, President and CEO of the Nuclear Energy Institute. We represent more than 340 different organizations in an industry that directly employs over a hundred thousand people throughout the United States. Our members range from advanced nuclear companies to developers, to utility companies, and actually we represent the entire supply chain for the nuclear industry. And today, I want to talk to you about the incredible advances that we're making in advanced nuclear technology and really the enormous opportunity that we have and companies like NuScale are showing and creating. I'm going to get right down to it. This is a once in a generation moment for nuclear.

It really has emerged as the key to meeting energy security and climate goals, as well as rapidly meeting the demand for electricity around the world. When I talk to the investment community about nuclear, I often get one question. What's driving all of this? The best answer that I can give really is a single word, and that's demand. You saw it in some of the slides that John and Jose both presented, but really broadly, the demand as customers that are really demanding this affordable, reliable, clean energy. And then you have utilities that are demanding these clean sources that can power those communities and they want that power 24/7, 365. And then you have businesses that are demanding versatile technology that can fuel their operations while reducing their carbon footprint. And why do they want to reduce their carbon footprint? Because that's what's being demanded of them.

They want to show that the product that they're making is green. Well, then the power that they're using to make that product needs to be green. Now you have elected leaders that are demanding this reliable and affordable options for that clean energy future, and they want to make sure they're getting that clean energy future with good paying jobs. So, when you add all of that up, these demands really all point to the expansion of nuclear energy. And honestly, there's no credible decarbonization scenario that does not include nuclear energy. So, you got utilities, you've got policymakers, you've got private industry, and they're all going towards this next generation of nuclear. Commitments for new projects are absolutely expanding. We'll talk about that. It's going across state lines, international borders, and across broad sectors of the economy.

So, at the same time that we're demonstrating this advanced technology that's going to completely reshape the energy landscape and NuScale is one example, and as they've mentioned, there are other technologies that are coming down this pipeline, but NuScale's small modular reactors, which you're going to hear even more about today, really cutting edge because some of the things that you've already heard this morning that they've advanced quite a bit in the licensing process. So, there's really no more question about whether these versatile, reliable, clean energy reactors are going to get built. I would really argue now it's really a matter of how fast can we build them and who's going to lead the way? And really this is no time to hesitate. Over the past several years, we're really doubling down, has been the chosen course of the largest energy stakeholders in the world, the United States government is doubling down and let's talk about that. There's a good reason for that because nuclear is the most reliable, affordable carbon-free source at our disposal.

It's also the key to meeting our clean energy commitments and decarbonizing the entire economy. So, as you just saw in Dr. Reyes' slides, it's not just about electricity, it's also

**AVR Decl. Ex. 14**
**Page 11 of 52**

**NuScale Power 2023 Analyst Day**

about high temperature steam, it's also about hydrogen. And the nuclear reactors, they can do that and actually, electricity during the day and you can do hydrogen at night, you can do the high temperature steam. There's a versatility that's built in to these designs. And the federal government has created some unprecedented incentives to really take advantage of nuclear's versatility and to get these advanced reactors built. And it's really reinforced that nuclear is an indispensable asset and it's really at the center of the government's vision for clean energy. And it should be at the centerpiece of investment portfolios.

Support starts at the White House. In 2021, the Biden Administration declared the next four years a can't miss opportunity. US Energy Secretary Granholm, pictured here, has called nuclear a critical part of our decarbonization equation. And at the other end of Pennsylvania Avenue, a bipartisan majority, and Congress really recognizes that the path to an affordable clean energy future runs right through nuclear and they've backed it up with unprecedented levels of funding. I'll mention just a few. Over the last several years, the United States enacted historic infrastructure legislation. These laws will preserve the existing nuclear generation, which supplies nearly half of America's clean energy and it also will accelerate the deployment of technology like NuScale's. The 2021 infrastructure bill had $6 billion in a civil nuclear credit program, and it also directed $2.5 billion dollars towards the advanced reactor demonstrations. And just last year, Congress added enormous new incentives for nuclear energy.

The nuclear projects are now eligible for a clean energy production tax credit. They they're also included in a clean electricity investment credit for zero emission facilities. So, this type of support is really unprecedented. In a hyper-partisan political climate that we live in today, it's really a rare area of agreement. Nuclear energy had support under the Biden Administration and it also had support under the Trump Administration. So, it really should leave no question about the government's view. Nuclear is vital to clean energy grid and to our economic future. And that commitment and that perspective is why you can expect support for nuclear to last, Congress to Congress and administration to administration. And investors can also count on incredible support at the state level. State governments are realizing that advanced nuclear can absolutely satisfy their energy needs and help invigorate their economies. And they're not just reconsidering nuclear, they're really looking at what incentives they can offer and how can they attract nuclear to their state.

And that's why we've seen more than 200 nuclear related bills this year alone in states across our country. And in years past, gosh, if we would've been lucky to even see a dozen nuclear related bills. I want to give you a feeling for the inflection point that we're finding ourselves at today. You have non- nuclear states, like North and South Dakota. They've passed bills to study small modular reactors.

Wyoming is determining how they can use nuclear to transform their state's energy economy. Indiana enacted a landmark law to pave the way for small modular reactors. California took advantage of the civil nuclear credit program that I mentioned to keep its Diablo Canyon Plant online. West Virginia lifted its moratorium. They had a moratorium to build nuclear and they lifted that so that they're able to build nuclear now in West Virginia. Virginia established a new energy R&D fund that's going to help support nuclear workforce development and site selection.

**AVR Decl. Ex. 14**
**Page 12 of 52**

**NuScale Power 2023 Analyst Day**

So, these states are really recognizing that advanced reactors will be local economic engines and they're going to create quality secure jobs. You heard that in what John Hopkins said. It's not just about creating that energy, but let's create some great jobs to go with that energy. You're closing down those coal plants, you don't need to lose those jobs. You don't need to lose those communities. We're going to bridge that and we can use that talent and build and operate these new reactors. And they're going to do all of that without emitting pollutants that today, some of the way that we produce energy actually impacts people's health. So, the investment world is really recognizing that this commitment to next generation nuclear, that it's real. And through things like you're going to hear today realize that it's not just here in the United States, it's around the world.

Just a couple of examples. Pelican Energy Partners pivoted from its fossil fuel portfolio and they announced a new fund strategy that was dedicated to the nuclear industry. MSCI listed nuclear as an ESG trend to follow in 2023. And I understand that BlackRock is considering a nuclear themed investment security. The CEO of Brookfield Assets recently cited an emphasis on energy and security and as a reason to invest in nuclear. Mark Carney, who heads Brookfield's Transition Fund said that energy transition does not work without nuclear energy. So, investment is really following this trend in part because nuclear technology promises to decarbonize the entire economy. And again, NuScale is really leading the industry in these applications. Nucor, the nation's oldest and largest steelmaker is investing millions in NuScale's efforts to build their SMR technology as they consider using SMRs to power their steel production. Again, why? Because then that steel will be green steel.

And that's not the only industry that's exploring advanced nuclear. Data centers are looking at nuclear to run their power intensive servers. Dow Chemical is looking at nuclear to power some manufacturing down in Texas. So, these projects don't even touch on one of the biggest applications of nuclear that you heard from Dr. Reyes, and that's hydrogen production. NuScale is partnering with Shell on that hydrogen production concept. And the Department of Energy is supporting other hydrogen projects that are in the planning phases now. So, what does this all have to do and how is it that we're getting all of this  demand? We're really talking about demand not for one or two reactors. This pie is really big. So, it's hundreds, I'll be honest, if not thousands of reactors.

And so let me give you an example of that. We recently pulled our chief nuclear officers, those are folks that are operating today's reactors, and we said, "What are you guys looking at as you look ahead?" And together, they're expecting to add more than a hundred gigawatts of new nuclear to the grid, the bulk of that coming online by 2050. And just for perspective, we have about a hundred gigawatts of nuclear today. So that's talking about doubling the amount of nuclear. Then the Department of Energy came out with their report, their advanced reactor liftoff report, and they see an even greater demand. They believe the US nuclear capacity has the potential to triple to around 300 gigawatts by 2050. All driven by advanced nuclear technologies.

And we're already seeing movement from this, from conversations to commitments. Let's just look at last year. The Tennessee Valley Authority said they could use 20 or more SMRs. Duke Energy in their integrated resource plan that they recently released showed a need for a similar number. Dominion submitted their own plan in Virginia that

13

**NuScale Power 2023 Analyst Day**

included between six and 18 small modular reactors. So, when you look out at the number of builds on the horizon, nuclear is just one of the best bets that there is.

And demand isn't limited to the United States. Demand is really growing around the world because leaders realize that energy security is national security. And if you look over at Europe, I think it's an unfortunate, poignant example of that, with the unfortunate aggression of Russia on Ukraine, and our hearts go out to the Ukrainians, the idea of weaponizing energy and the impact and effect that that's having when Russia shut off the gas supply to Europe. It really makes people take stock of how am I getting that energy? And who am I counting on to get that energy? So, as we look ahead, for example, NuScale is moving ahead with their project in Romania. The Biden Administration, you saw the clip earlier, announced, along with other nations, partners, up to $275 million in support for deploying a NuScale small modular reactor. But elsewhere in Europe, KGHM, which is Europe's largest mining company, is looking to deploy a NuScale technology in Poland. That country has also placed orders for three advanced reactors with more in the works.

Some of the most fervent supports that we have for nuclear has come from Ukraine, a country that really knows the importance of energy and knows nuclear energy very well. And they now know the importance of that energy security, unfortunately, better than anyone. And as they look to their future and when it's time to rebuild in Ukraine, that country plans to add nine new large reactors as the centerpiece of its energy plan. And they also announced plans to develop small modular reactors, which I know NuScale is joining. We have countries across Africa like Kenya and Ghana that are also joining the charge in Ghana. The US recently announced support to establish a regional training hub for small modular reactors. And in fact, I'm headed there later this month with a delegation from the Department of Energy.

And US companies are also establishing exciting new partnerships in Asia. In Indonesia, for example, the United States has agreed to support SMR deployment using NuScale technology. And the pilot includes targeted support from the Department of State, as well as funding from the US Trade and Development Agency. But global demand isn't only about new markets. We're witnessing really a sea change in opinion in countries where nuclear capacity had previously stalled. In the past year, South Korea has announced plans for new nuclear construction and licensed renewals or extending the life of the plants they have. India, where demand for electricity is skyrocketing, raised targets for their nuclear generation capacity and identified the development of SMRs with foreign technology partners as a priority for them. And earlier this year, I attended a G7 event where the United States, the United Kingdom, Canada, Japan, and France, all agreed to work together to strengthen the fuel supply chain and bolster nuclear energy. I was just in Vienna speaking with more international partners on how they can strengthen their nuclear presence. And I'll be back there again next week.

The UK's latest energy strategy includes adding 24 gigawatts of nuclear by 2050, enough to power roughly 18 million homes. And in June, the United States and the UK announced a framework for a 21st century economic partnership, which includes the deployment of advanced and peaceful nuclear technologies. Canada has established tax credits, interestingly, very similar to some of the pronuclear incentives that we did here in the United States. It's been interesting to watch as countries are one upping

14

**NuScale Power 2023 Analyst Day**

each other, trying to ensure that they're getting in the conversation. Those tax credits are already driving demand for both large and small reactors in Canada. Japan is extending and replacing its current fleet and committing to next generation reactors as part of their clean energy mix. That's a complete reversal from the country's decision to completely shut down and phase out nuclear just a little more than a decade ago.

France has also reversed its policy on reducing nuclear capacity. And now they've introduced a plan to build six reactors. And I think you've seen President Emmanuel Macron went so far as to say it's now a nuclear renaissance and the government is considering even more new builds. Sweden just updated its 100% renewable policy to a 100% fossil free policy, which will enable new reactor construction and their decision as part of a broader trend of policies that recognize and fully value nuclear's clean energy production. In fact, just this week we had a Swedish delegation in our offices, and it included Minister Ebba Busch and she is minister of energy and also the deputy prime minister. And they really pointed out that they want more nuclear energy because from a scientific standpoint, that was the best way to achieve Sweden's goals. It's a conclusion that others around the world are also coming to.

And I don't want to pit nuclear against renewables. It's not one or the other. It's and, it's a partnership between nuclear and wind and solar that's going to give us the best solution as we decarbonize. And these countries know that, that by making nuclear part of the centerpiece of those energy systems, that they can get their emissions cut, they can strengthen their energy independence, and they can even save money. And when we say energy security and energy independence, what are we talking about? Because when you put the energy in these cores, you're good to go for 18 months or 24 months, some designs even much longer. And so, you're not counting on a pipeline, you're not counting on a delivery to keep that energy going. And so that's what we're talking about when we talk energy security, you know have it. It's right there.

So, carbon emission credits today, if you look in the European Union are trading at nearly a hundred dollars a metric ton. A carbon price that's that high will absolutely increase the cost to gas-fired electricity pretty significantly, which makes new nuclear even more attractive. In fact, power prices in Europe are often twice what we have here in the United States, and that's in large part because of that carbon cost. This creates really an incredibly strong export opportunity for NuScale and for other vendors that are providing this carbon free technology. So, there's no question that the global demand is going to last. We're seeing it firsthand at NEI. It's just in the last six months, we've had international delegation visits in our office and we host trade missions. We've had 18 different countries come through our offices just in the last six months alone. And in comparison, I would say last year and years past, we might've had three or four international visits in trade missions.

So clearly, again, we're at an inflection point. The only question is how much that the US industry and investors are going to benefit from this demand. What do I mean by that? Well, for us companies, the opportunity is very clear and massive. According to one estimate, revenues for US companies alone could be $1.9 trillion over the next 30 years, $1.9 trillion that the US could benefit by having this US technology exported to other countries. So, US companies are technology leaders. They're absolutely poised to take advantage. There are, again, dozens of SMR projects ongoing and NuScale has received the first design cert from the US Nuclear Regulatory Commission. And so

15

**NuScale Power 2023 Analyst Day**

that paves the way for approval in other countries. NuScale has deliberately developed a supply chain, as John mentioned, through some of their global partnerships and their growth and the growth of the industry as a whole, I think, really offers value that's very obvious.

And so, while this investment opportunity, it's undeniable, US leadership also matters and it matters for geopolitical reasons. The world is really hungry for nuclear energy as we shared. And so, make no mistakes, someone is going to build it. The question is, who is that going to be? So, if the US industry doesn't build it, there are some state-owned enterprises, for example, Russia and China. And you can see right here on this map where any place that you see something colored in, so whether it's green or whether it's blue, it's saying whether that's China or Russia or both. These are places that Russia and China have hard and soft MOUs, infrastructure development and reactors contracted, proposed or under construction. So, make no mistake about it. There are countries that are very interested in deciding how they can be a part of and control energy in other people's countries. So, when nations pursue nuclear power, think about what that does.

Their choice of partner really matters and it matters a great deal because nuclear development forges deep economic and long-term relationships. These relationships can last for 100 years if not more, right? You're going to build it five, six years, you're going to operate it 60, 80, maybe even longer. You're going to decommission it. It's a long-term strategic relationship. So simply put, I would argue the world is safer and more secure when nations who share the highest standards are the preferred partners. So, we not only export our equipment, we export our standards along with our technology. Russia and China don't play by the same rules. They have no qualms about weaponizing energy production. Russia has already showed that through their invasion of Ukraine. I think they've made that abundantly clear. So seeding leadership and nuclear exports to Russia and China would be a strategic disaster for the United States from a safety and security perspective.

So, there is a deep bipartisan commitment to preventing that outcome, but we can't lose ground, right? We have to act. Russia and China are in the process of signing agreements and starting builds around the world. Right now, 22 exported Russian reactors are under construction, including in Egypt, in Hungary, in Turkey, and in Iran. So, it's quite clear that the world is better off when US companies are the go-to partner for nuclear development and private investment in American nuclear technology is a huge part of the solution. So, by investing now and establishing our US companies as suppliers in these key markets, you can really open the door to exponentially greater opportunity down the road and you can be confident that those investments will be aligning with the priorities of the US government. So historic demand, it's here for a reason. We need to build that clean, reliable, affordable energy and we need to help us decarbonize quickly.

So, thanks to NuScale and innovators across the industry, we have this technology to get the job done, and there's no question that the more we build, the better we're going to get. Today. Investors are in a unique position to capitalize on this demand and the world is really building this clean energy system and next generation nuclear is going to be at its core, the market opportunities are nearly endless. By doubling down now on nuclear, you can help shape the industry that's going to help shape the world's energy

**NuScale Power 2023 Analyst Day**

future. Thank you so much and I'm happy to take any questions if you have them.

### Webcast Question

How much financial support will need to come from the US compared to other developed nations to scale SMR globally?

### Maria Korsnick, President and CEO, Nuclear Energy Institute (NEI)

Well, it's a tough question to answer because the designs are all very different and unique. As you heard from Dr. Reyes earlier, some of these designs are going to use light-water fuel, if you will, low enriched fuel. Some are going to use that high assay, low enriched fuel, but I do think that, and if you go back to that DOE report that I mentioned, the advanced reactor liftoff, they're pretty clear that we need to build four or five of the same things to really come down that cost curve.

And from the first time you build it to the fourth or the fifth time, they're really expecting a significant reduction in cost and in schedule. So, I would challenge us, the thing that we have not been doing as a country is building nuclear very much, and so I'd say this new phase is really an opportunity to do that, and the more we do it, the better we're going to get. So again, really hard question to answer in terms of it's going to be X dollars, it's going to be design dependent. But it behooves us as a country and as the government to continue this investment because as you can see, this is simply a launching off point in terms of how many of these things that will need to be built not only here in the United States but around the world.

### Webcast Question

What are some of the most attractive market opportunities abroad in terms of countries fast following the US on SMR deployment?

### Maria Korsnick, President and CEO, Nuclear Energy Institute (NEI)

Yeah. Well, it's interesting. Nuclear is hard to be first, but it's like everybody wants to be second and third, and so you're really seeing that not only here in the United States but abroad. Honestly, I challenge you to maybe just read the headlines just off the top of my head. We've talked about France saying that they want to go ahead and build, the United Kingdom, Romania, Poland, we were just in a trade mission to the Czech Republic. They have an open nuclear tender right now, which should be closing in this month for them to begin their down select process for which design. I'm headed to Ghana as I mentioned in my talk. Any of those countries on the eastern part of Europe, for obvious reasons, many of them, I'll pick Finland as a great example. They were already building a Russian reactor. They have a partially built Russian reactor, and after what they saw happen in Ukraine, they said, "No, I'll leave this partially built reactor. I don't want to do business with you anymore."

Who was in my office this week? Finland. So already you have these countries saying, "I do want to still build nuclear, but I would like a different partner." And very much these countries are looking to the United States. What do they want to know? Are we serious? Okay. "Are you guys serious? Because just a couple of years ago, I remember that you were shutting plants down. So, do I want to do business with you? I want to build that

17

**NuScale Power 2023 Analyst Day**

long-term relationship with somebody that's going to stay in the business." That's why things you're hearing like with NuScale is so important because it's demonstrating we are serious. We are going to get in this business. It's why what we're seeing is investment from our US government is so important because it says, look, they are serious and it's not just going to be this administration.

I have confidence that it's going to also be the next administration. I would say honestly, almost with the exception of Germany, I don't think that there's any country over in Europe that isn't taking a strong look at nuclear. If they have nuclear, now they're extending those plants and wanting to build. That's what the Sweden message was in our offices earlier this week. And there's also countries that don't even have nuclear. Poland is a great example and they're willing to jump in because Poland is a great example. They're really heavily dependent on coal, and they know they have to change and they want to change, but they also want to maintain those jobs and they want to be clean. And bingo, you come right to nuclear, and I just talked about Europe, but Asia and Africa as well. Countries are looking to nuclear. It's actually amazing.

And I think John mentioned in his comments earlier, almost we can't comprehend how big this pie is, and it's because there's so many things simultaneously changing. People talk about our US electricity and you look at a grid that we have today and they say, "When we're going to go through this decarbonization, the first thing you do is electrify." Now they're talking about a grid that's two, three, maybe even four times the size of the grid that we have today, right? That's an almost incomprehensible amount of energy that's going to be needed, but that's just electricity.

And honestly, electricity's the easiest thing to decarbonize. Now you get into the steam systems and you get into some of these manufacturing that need more than just electricity. Some of these steel companies or the chemical companies, they need that much higher energy source, and that's where the hydrogen's going to come in or the high temperature steam is going to come in. And again, that's additional demand, right? Additional demand. And when you need that high thermal steam, et cetera, that's going to have to come from a thermal plant. You're not going to get that from a windmill, right? And that's why we're saying it really needs to be a partnership so that we can answer all of these decarbonization needs.

**George Gianarikas, Canaccord Genuity**

I just wanted to follow up on a point you made when you showed that map of Russia and Chinese influence. You mentioned Finland, but how big is the opportunity for the US to dislodge either of those two countries in some of the areas where they have significant influence already?

**Maria Korsnick, President and CEO, Nuclear Energy Institute (NEI)**

Huge. And that's what I mentioned, $1.9 trillion. That's our opportunity. And that includes going to some of those countries that in fact have had these agreements, let's say that they wanted to go Russian. I think everybody is taking stock now. Russia did just build a reactor in Turkey. They did just build a reactor in Egypt.

And so, it's going forward, but honestly, the United States has a different business proposition. We don't say, "I'm going to build it for you. I'm going to be in your country.

18

**NuScale Power 2023 Analyst Day**

I'm going to operate it for you. It's really mine, but it's in your country." That's not the US proposition. What we say is, "We'd like to work together with you. We'd like you to be a part of operating this. We'll make sure that your folks get the jobs and get the skills to safely operate this. It's a partnership." So, we go in with a whole different message, and again, let's just watch what we all saw happen between Russia and Ukraine. The way that we're talking about doing business with countries is resonating a whole lot more, a whole lot more. $1.9 trillion. That's just between now and 2050.

**Marc Bianchi, TD Cowen**

Yeah, thank you. And good morning. I had a question. Clearly, the current administration's been pro making announcements around wind generation. Obviously, the US federal government consumes a lot of electricity. Is there any talk or thoughts about the US setting nuclear targets in the future of how much consumption of nuclear energy they would like, which could potentially help expand the demand for new nuclear reactors in the US?

**Maria Korsnick, President and CEO, Nuclear Energy Institute (NEI)**

Yeah, absolutely. I'm going to twist that though a little bit. You said, are they going to set targets? I don't necessarily see that as the case where they're going to say, "As a government, I want this much power from nuclear energy," kind of thing. But let's look at it in another way. The Department of Defense, they have a lot of places that need power for the things that the Department of Defense does. Think about the bases that they have in lots of different locations. They're really very interested in nuclear. And part of it is what you heard earlier, and that is what if the grid goes down? Well, if the grid goes down, they still want to make sure that they have power at their places and they want to now make sure that they have power at those places with clean energy.

And so, you heard, I don't know, let's just say in the last several months, an official from the Department of Defense talked about "We might need 150 or so," and in this case, they were talking more micro reacts. And so, they're thinking about that from a very, again, it's a large deployment because that's wonderful from a technology like nuclear. Again, we just got to get good at this. And one of the ways you get good at it is you build a lot of them. So, I would look to some signals that we'll see from the Department of Defense.

Right now, I think they're funding three different micro reactor technologies that they're looking into in different places. But absolutely you're going to see that come forward. And it's not that they're the only ones that would do micros. Micros are something that's maybe 20 megawatts or less, but any kind of remote location, think of on a remote place in Alaska or remote places in Canada. Well, if they're remote, they're kind of hard to get to. So, if you put something there that needs a lot of replenishment for that fuel supply, well that's hard to get it also. Now, if you put something there that doesn't need as much replenishment in that fuel supply, bingo, that works. And so that's why nuclear looks like a great option.

**AVR Decl. Ex. 14**
**Page 19 of 52**

**NuScale Power 2023 Analyst Day**

**Thomas Meric, Janney Montgomery**

Just a question on the overall light-water SMR market. How many designs do you think the market can sustain?

**Maria Korsnick, President and CEO, Nuclear Energy Institute (NEI)**

As I mentioned, this pie is really big. You're asking specifically about light-water technology, but I think you saw in some of these charts just how adaptable and versatile that this technology can be. And so honestly, I think the fact that you're going to have multiple players in this space, whether it's light-water or non-light-water, we should want that honestly, because you want to diversify that supply chain.

And so, some of these designs, like what you saw here, those modules are going to be small enough that they can be factory built. Some other designs that you'll see come out are going to be a little bit larger, and so they'll have some factory construction, but maybe not all. They're all going to have sort of their own maybe pluses and minuses. I think the fact that some of these light-water technologies are going to use the current fuel that we're familiar with is helpful and just from a risk perspective. But I also have confidence that we'll absolutely work through challenges in fuel supply because this market is just too big, it's too hungry. So, people are already coming forward to add capacity on the fuel supply side.

**Scott Kozak, Director of Investor Relations**

Maria, thank you so much. That's all the time we have for questions today.

**Clayton Scott, Chief Commercial Officer**

Okay, well good morning everybody. Glad everybody is here. Bright early. Ready to go. My name's Clayton Scott. I'm the Chief Commercial Officer for NuScale. I'm responsible for the global business, commercial business of the company. I've been with NuScale just a little over a year, and I'm actually kind of liking this building because the last time I was in this building was about a little over a year and a half ago when we were ringing the bell. And let me be more specific. Dr. Reyes was in here, like a kid in a candy store, and he was hammering the bell breaking gavels, causing damage, having a great time. It was a miracle moment for us. So, it was good. And today to be here to talk about where we are, how much we've accomplished, and the great announcement that we put out this morning is exciting.

So having said that, a lot of things have happened. We've put in $1.6 billion into our technology of getting us to where we are from an R&D perspective, from a certification perspective. And we've built this moat around that's really created a foundation that nobody else has really come close to doing. So, I think that is something substantive in the market. We're ready for customers, our readiness, our supply chain readiness, the fact that we have secured predominantly all of our supply chain at one level or another, it provides a lot of confidence for our future customers. Manufacturing. We're pouring, as John said, we're pouring metal. We're actually forging our first six modules today in the factory. And Tom is going to show what I think is a pretty exciting video later on. And you'll see some of that activity happening as it's going. And the other thing we'll talk about a little bit later is the relationship that we've created, this partnership of ENTRA1

20

**NuScale Power 2023 Analyst Day**

that I'll go through the model, which I think is quite significant and different in many ways.

A lot of the things have been discussed in a lot of detail from Dr. Reyes and from John. So, I'm not going to go into a lot of those things in detail. But I think certain elements that you'll continue to hear today, you kind of need to hear because they're important to hear. We have a standard design. We're to be manufactured in a factory. We're the only technology that's certified by the United States Nuclear Regulatory Commission. We have best in class features. When Dr. Reyes designed this reactor, I have to admit it, simple things are the most difficult things to achieve in life.

And I have to say hats off to Dr. Reyes because he's come up with such a simplicity of design that you would go, "Wow, how come nobody else has thought of that?" But it's one of those types of situations where you need that different thinking to come up with these ways that make us first in so many ways from a technology safety improvement perspective, that it really sets us apart in many ways. We have a first mover advantage. We're currently in projects, and we just announced two more opportunities with Standard Power this morning. I'll talk a little bit more about that later. And we continue to work on our regulatory and deployment progress, not only in the United States, but in other countries.

Maria touched on this. John touched on this. The market is huge and it's not going to get any smaller. Population's increasing, energy demand is increasing, and energy demand is different than what we thought. It's not the traditional utilities that, oh yeah, utilities are going to build another plant. It's much different. It's data centers, it's coal plant repurposing, it's ammonia production, hydrogen production, steel producers, industrial heat. It goes on. Everybody needs electricity or process heat, and it's not going to get any less, especially data centers and AI. Every time you look at your phone, you're sucking up power somewhere. That data centers got to stay on 24/7. Their marine concern is four nines. They want reliability and availability 24/7. We as a world can't function it without it. We have to have that. It's critical to our future. We depend on it. Everything we do is related to some type of data download somewhere.

So, this is an incredible market. Coal to nuclear, tremendous amount of coal sites that need to repurpose. And we'll talk a little bit about that later. So, there's a huge market. This market is not just United States. This is the same everywhere. It's a global issue. We need more power; we need more demand. How do we get there? We try to be accelerating to be first, take advantage of our benefits, take advantage of our certification, take advantage of what we can bring based on our existing technology. Deploying where we think is strategic for us to focus and expanding our pipeline new capabilities with our partner ENTRA1. Target customers are large scale industrial manufacturers, major utilities, coal power, refineries, et cetera. Industrials, data centers, as I mentioned earlier.

Also looking for importance is site selection. Trying to find sites that are pre-approved so that we can deploy quicker. Our goal is to be first to the market as best we can so that we can deploy and prove this market, prove this technology. Finding sites that are ready to go gives us an advantage to do so. Demand for capacity at multiple plant configurations was just something I'll talk about a little bit later is that Dr. Reyes touched on it is our flexibility on how we can service different markets, different applications from one site. The IRA is the Inflation Reduction Act, which came out earlier I think

21

**NuScale Power 2023 Analyst Day**

what? This year. And it took some time, I think for people to digest it. It's not a couple of pages. It's a pretty thick thing, pretty complex document. And it took some time for people, I think, to really understand what it means.

And now I think there's a grasp when people know what it means and the fact that they can get 30% tax credit towards building costs, they can potentially get 50% cost reduction. The fact that you can have clean electricity credits, you can get credits for steel, or you can get credits for employment using certain domestic talent. The hydrogen aspects, $3 per kilogram available for 10 years. There's a significant amount of incentive for customers to build. And the key is that as long as they have something in construction prior to 2032, they can take advantage of this opportunity. And this is now starting to generate a lot of interest to us going forward.

Coal repurposing. Jose talked about this a little bit earlier. This is a very unique situation. It's to John's point a while ago as well. This is an opportunity with our EPZ where we can come in and we can put ourselves on that coal site, as you saw in the video at the Doicești site in Romania earlier as well. We can put it on the site. We can repurpose all the people. We can create jobs for the community during construction, during operations.

This is an opportunity that gives you a clean environment, gives you a chance to move people into a brighter future, 60-year life of a plant. It gives them a long-term reassurance that their community is going to survive. This is a big play. Not everybody can do this. And the EPZ really helps us because it allows us to put it right close to the existing infrastructure assets that are needed to connect. This is a big deal. You build a solar farm, what do you do? You create what? 20 jobs, 15 jobs. We come in and we in, we create 270, 280 jobs. It's a big difference. This is something that I think is a game changer for everybody.

Hydrogen, Jose touched on it a little earlier. I mean, I think that's what we've been doing with his analysis on increased temperature and being able to use our heat is something that I think is significant. Our goal is to have a green solution as a heat source to bring the cost factors down of hydrogen production. We all know the cost of hydrogen needs to drop. The target is a dollar a kilogram, but we're trying to get there, trying to figure out how to get there. We're working with different companies on some studies, but this is an exciting future.

And something that we haven't really talked about as I'll mentioned is desalinization. And desalinization is another significant opportunity for us because they need a tremendous amount of heat. And there's a significant part of the world, Middle East, North Africa that need water. And we've been having those discussions and the desalinization and the fact that our plant can both operate wet or dry is a big difference because we're the only technology that can be in a dry air-cooled situation. So, putting us in a desert or putting us in an arid place that needs desalinization sets us apart significantly.

There we go. So, you heard a lot about ENTRA1, so I'm going to kind of spend some time explaining why and what this means. So ENTRA1, NuScale created this relationship about a year ago. And to Maria's point a while ago, you look at China and Russia, how they come in and they take this one-stop shop approach where they come in, they develop, they finance, they build, they own, they do the whole nine yards. Of

22

**NuScale Power 2023 Analyst Day**

course, it's at a big geopolitical position and they have a lot of funding behind them. So, we were thinking, okay, how do we at our level compete? So, what we decided is let's create a relationship with ENTRA1. ENTRA1 is an independent power producer, but they have a historical, where they're an infrastructure company where they've come in and they've rebuilt countries, they've rebuilt Iraq, they rebuilt Kuwait, they rebuilt Turkey, they've built all over the world.

So, they understand how to do big projects. They understand how to put infrastructure in place, they understand how to finance, they have access to the capital. So having that partnership was key. So, we, NuScale, we provide a reactor. That reactor goes in a reactor building is built by ENTRA1 as a builder owner operator to which offtakes to those various things that John had showed earlier. And the thing that's interesting, or what I think is incredible is that if you have 12 modules, which by the way, most people that we're talking to today are interested in 12 modules, it's a better return on capital. It gives them more flexibility. They understand that as they grow, because they don't have to wait until you put 12. You can put one in and turn it on, put two in, turn it on so you can slowly up to your demand.

But they're thinking, they're like, "Okay, well if I build six, what happens if I need more power? I got to build another one. So, I'll just build an infrastructure for 12 and I'll populate it." That's very unique. Nobody can do that. And on top of that, each one of those have an individual turbine so that you can offtake. So, we can actually service multiple offtakes, not just one. So, if you want some dedicated modules to hydrogen, you can do that. You want some dedicated modules to power, you can do that. And you never shut down as Dr. Jose Reyes mentioned earlier, because when you're refueling one, you've got 11 running, so you never shut down. So, this allows us tremendous flexibility and opportunity and having this relationship, which I'll show a little bit more here, what this means.

I travel with CEO of ENTRA1 globally. We've been working on opportunities in this pipeline and this model is what's missing most places. The key thing is how do you finance it? How do you develop it? Who puts it together? A lot of the companies don't. The industrials don't. They just want the offtake. They want to do a PPA. They don't want to own the plant; they don't want to operate the plant. They just want the power or the heat. A lot of existing utilities, they're not sure on the first one either. They want to de-risk. They kind of like, "Well, if you guys are willing to come in and do a one-stop shop and build and own fine, we'll take a build to own transfer. You guys can build it and then we'll transfer it later." So, this model and I think it's important when you look at this drawing, this green box, that's NuScale, we're the technology.

ENTRA1 provides all the other top row. These are combined, obviously the rest, but this is our focus. But collectively, we provide this one-stop shop that satisfies all of those issues. This is key. And when we go around the planet, it's not just about decarbonization anymore, as everybody's mentioned, it's also energy security. And everybody wants this model because they like the Chinese and the Russian model, but they don't want to deal with China and Russia. So, they need something like this. So, this is what really drove the interest behind this, is to put this together so that we could come in and offer something that took risk off of their concerns.

So collectively, the goal is we commercialize. ENTRA 1 is responsible for commercialization and deploying our technology in a build own operate situation where

**AVR Decl. Ex. 14**
**Page 23 of 52**

**NuScale Power 2023 Analyst Day**

they can build, own IT and operate it under a PPA to the client. They can build own transfer where they'll build it, operations are transferred to the utility company later under a long-term operating lease. Or they'll come in and develop and finance it. And as I said earlier, they're financed backed Western Supply Finance, very strong backing, very strong relationships. And this model is something that I think is what everybody's been looking for and wanting and we're exciting to be offering it.

And today, great news, Standard Power. We've announced this morning that we are going to do two plants, 12 modules, 924 megawatts each. One in Ohio, one in Pennsylvania. And this was because of our abilities to put the plant in the locations because of the EPZ, because of the flexibility of the technology, because of our certification with the NRC. And because of ENTRA1, being able to work with Standard Power under the models we described earlier, brought us this solution. And the fact that Standard Power, they need the power. Like last year, these guys are building data centers. They need it now, and they have the demand. And matter of fact, they're looking long-term at a lot of opportunities. They see the growth, as I said earlier, AI and data centers. It's a tremendous growth pattern for our future.

So, it's a great opportunity. We're excited. Now the good thing is that this is an immediate situation. We're going to start work right away. Actually, Standard Power has already been working substantially on their existing sites that they're working with. So, they're invested. So, we will start immediate work with Standard, and this is an exciting opportunity for the company and it's great to be in this building to talk about it, like I said. So, we're excited to see this move forward.

Again, we have three committed customers. John mentioned CFPP, earlier RoPower, you saw the video, and now today we have the announcement on Standard Power. Clearly, we continue to find further customers and with our partner in ENTRA1, I won't say the number of gigawatts that we have in a pipeline, but I can tell you it's a pretty significant number of gigawatts. We've been traveling around the world. As Maria mentioned, some countries. We certainly, we've been talking in France, we've been talking in Turkey, we've been talking in Morocco, we're in Eastern Europe. All of these countries who have been very interested in what we offer from both being able to put our plants in a dry environment, a normal and wet environment, having the energy security, having the ability to decarbonize their needs is key. Recently, I think, was it last week? I think we were announced as one of the down selects for Great British Nuclear in the UK.

So, we'll run the technologies that will proceed to the next level for evaluation. Ultimately, they're going to pick one or two technologies to populate their country's SMR needs going forward. So that's another exciting opportunity that was announced a few days ago. So, things are moving, as Maria said, the world needs power. And I think everybody kind of, the light bulbs come on, finally. It's like, yeah, this nuclear thing's not bad. It's like, I think clean 24/7. Yeah, it's good. So, I think people are starting to drink the Kool-Aid. So having said that, we have moat, we have deployability, we have big kit, and we have a developer partner and we see growth, and we're excited to be here and look forward to answering your questions later on. I'll turn it over to the next speaker. Thank you.

24

**NuScale Power 2023 Analyst Day**

**Tom Mundy, President, VOYGR Services and Delivery**

Well, thanks, Clayton. Hello everyone. My name is Tom Mundy, and I'm the president of Voyager Services and Delivery. That's the business unit within NuScale responsible for our scope of supply associated with the deployment and the operation of NuScale customer power plants. I've served in multiple leadership roles since joining NuScale in 2012. Before NuScale, I spent 30 years in the US utility business, including in a variety of positions in both existing nuclear plants and new nuclear initiatives. With that, let me begin my presentation.

My team and I are focused on current customer project engagements as we optimize our service delivery and manufacturing capabilities to serve customers globally. This slide summarizes what you'll hear from me today. First, we're focused on driving successful project execution with our current and future customers, which is enabled by the rigor of our program development. Second, we have an established supply chain with a strong partnership model that enhances our ability to deliver for customers. Third, we have a build to print, sourcing philosophy that drives efficient, lower cost equipment and a strong security of supply for new customer orders. Finally, we're well positioned to capture the significant long-term growth opportunity our services capabilities present in the periods before and after commercial operation of our customer power plants.

Okay. As you heard today, we are the only SMR with NRC design approval and the only Western SMR technology that is in production mode of its long lead equipment. My team is organized into three distinct groups to serve our customers, client project management, equipment supplies and services delivery. From meeting rigorous quality assurance and professional certification requirements to comprehensive manufacturing trials, we are well ahead of the competitors in terms of supply chain development and readiness. I want to be clear, what we are doing is not theoretical. Our simplified design and highly efficient manufacturing process capture the benefits of SMR modularity. The module takes a significant amount of work that has typically been performed in the field and moves those activities to the factory floor, taking advantage of repetitive assembly line production, which I'll speak to more in a moment.

The module itself doesn't require any infield construction, erection or fabrication and has been sized to be transportable to the site by truck, rail or barge. Our assembly and delivery model reflects what module, word module, as that term is in SMR was intended to mean enabling us to create enormous value to customers, whereas other SMRs that have simply shrunk down a conventional reactor that is neither modular in design or function. Our design maturity, production readiness and program management execution, all support profitability of current and future projects.

NuScale has received high praise from our customers in how well we've managed our share of project activities and how they've been executed. This has also been the case for the scope of work for the Carbon Free Power Project and the licensing and manufacturing achievements we have made are extremely relevant and reusable to other projects. I'd like to take a moment to provide an overview of our latest developments in our current international project for our customer RoPower. You saw the video that John played earlier this morning, a video presented or prepared by our customer.

25

**NuScale Power 2023 Analyst Day**

In terms of an update for that project, the project activities are going very well. The project has an identified site and the project has completed phase one of what's referred to as the front-end engineering and design work or feed, F-E-E-D, and this phase is just now wrapping up. Funding committed at the G7 leader summit in May, including a multinational public private funding partnership will continue feed work under phase two with a number of planned activities including procurement of long lead materials to completion of the feed work and more. We're preparing to begin phase two feed work, which is expected to formally commence at the end of this month or thereabouts, and we believe our row power project will serve as a model for future international growth and showcases the ability to repurpose coal plant infrastructure for NuScale deployments.

Did that advance? No. Okay. As I alluded to, we have a specific yet important scope of supply associated with the delivery of NuScale power modules. With that supply comprised of our engineered nuclear technology and related equipment. Obviously, the most critical component of that is the NuScale power module and the ancillary equipment that goes with the module. We also provide nuclear fuel bundles, mechanical handling equipment and control systems, and some other pieces of equipment. The power plant structures and the balance of plant equipment is sourced and delivered by our engineering procurement and construction partner on the project. Our contribution to the delivery of NuScale power plants is premised on the equipment and services we have developed with a logical focus on achieving long-term profitable growth derived from activities that are reflective of our core competencies as the original engineered equipment designer and supplier and as a service provider.

We have de-risked our scope of supply significantly through our established ecosystem of suppliers and partners, which were chosen because of their extensive nuclear technology and manufacturing experience and who have been working with our design team for many years to perfect the finished product that is ensuring that the final design can be made by any capable and competent supplier with expected and predictable cost and scheduling performance. It's key to the success of our supply chain delivery. Some SMRs that are not of the light water variety, they contemplate the use of materials or fuel that will require further qualification, development and approval, presenting additional commercialization challenges. Our program is premised on the use of materials and fuel that is well established, approved and readily available. We have spent years getting to this point so that when we place an order, our suppliers are ready to produce what is needed.

The NuScale difference starts with our approach to the relationship we develop and ultimately leverage with suppliers and vendors. These deep relationships are harnessed for operational and financial benefit. In fact, our program supply chain participants are truly vested with several believing in our technology and future so much so they decided to become strategic investors in NuScale. Now that commitment to partner with us for the long haul leads to sharpened pencils when it comes time to bid, because they don't see their contribution limited to a one-off project. They anticipate a steady stream of work, a robust book of business and our pricing, their scope is supplied with that view in mind. The engagement and commitment of our suppliers was showcased at a recent supplier's meeting in August where we had strong participation, engagement and interest from those companies that are currently supporting our program.

**AVR Decl. Ex. 14**
**Page 26 of 52**

**NuScale Power 2023 Analyst Day**

Our build to print approach allows us to scale our sourcing needs should our book of business exceed the current capacity of our existing supplier base. As I mentioned earlier, not all SMRs are truly modular in the context of what this innovation enabled for customer value. Many SMR vendors promote the modular aspect of their program through the use of modular construction techniques. In fact, most modern nuclear plants large and small today including NuScale, utilize modular construction techniques to the extent it makes sense, but such practices don't necessarily counter the effects of lower power output and working against economies of scale. The NuScale design moves expensive and complicated in-field construction activities to the factory floor, maximizing benefit from repetitive assembly line production of the entirety of what's referred to as the nuclear steam supply system and containment all in one package while also maximizing design simplification with a resulting decrease in capital costs and operating costs and therefore also much lower schedule risk in production.

Costs will come down over time as we learn from early production and also by implementing advanced manufacturing techniques that the industry is currently perfecting and we're working with them on that. Our build-to-print philosophy means that any qualified and capable nuclear supplier can produce our equipment, allowing us to expand capacity to meet our book of business and to receive multiple quotes to produce equipment and obtain competitive pricing for our customers. This is another one of the  many differentiators from our competition. Now we've gotten to the favorite part of the presentation, another video. The video that you saw earlier was very exciting to see that station in Romania be decommissioned, the site cleared and ready for construction. We continue to lead the way in manufacturing readiness and execution across the advanced nuclear industry. In April, a significant milestone was achieved as we began forging of the first NuScale power modules. I'd like to share a video that showcases our long lead forging work from our supply chain partner, Doosan Enerbility at their facility in Korea.

What you just saw was the result of forging a large ingot weighing about 272 tons. It's shown in the previous video. This is the forged element that resulted from that ingot down and the weight of this particular element is roughly 56 tons. This is the preliminary machining. This is what's referred to as the integral steam plenum. This component is located at the upper region of the reactor vessel. This will further be refined machined down to about a 24-ton component, but you can see it takes a substantial effort to get that molted steel, produce the ingots to forge and form the ingots down to something like this, then machining and refining. But this is the work that is now undergoing being undertaken at the facilities in Korea.

Looking forward to the end of the year, we'll continue to make progress on the production of the NPMs and the development of the remainder of equipment within our scope of supply. The completion of this work is sequenced with our customer project plans for timely transition to manufacturing and procurement activities that will ensure on-time delivery of our product. We are indisputably ahead of the peers in this critical respect. As we start ramping up the manufacturing of our NuScale power modules and other equipment, it will mark a significant transition from planning to execution of our product delivery capability.

I'll wrap things up by highlighting the services we provide to our customers throughout the entirety of our customer project and the 60-plus year life of the plant, which we

27

**NuScale Power 2023 Analyst Day**

believe creates considerable value for our shareholders. The chart here actually shows the continuum of work that occurs by year prior to commercial operation beyond commercial operation. This is a fairly conservative view to take into consideration a variety of regulatory regimes, customer capability, a greenfield site, et cetera. Most of the activities that you see here before COD would occur roughly six to five years prior to commercial operation. Now looking at NuScale's revenue model for the first three to four years, NuScale provides services to customers to assist in the establishment of its operational program training and licensing of the plant, as well as startup testing and commissioning of the power modules and related equipment.

Many of these services are already being delivered to our first customers. In parallel to these service delivery activities in the period prior to commercialization, we're receiving revenue associated with the sourcing of the equipment, including progress payments made in connection with the production of the NuScale power modules that occurs over a several year period. In the period following commercial operation, we'll be providing an assortment of support to our customers. While the level of support varies with the nuclear operational capability of the customer, we expect to provide services to assist customers in support of safe and efficient operations, including support with maintaining an assortment of regulatory programs, ongoing and requalification training, refueling and spare parts management.

Some of this support is premised on the use of a proprietary computerized system that we've developed. It's known as the NuScale Operations Platform, which will enable our customers to save on their O&M costs through reliance on NuScale, under a shared service model. Given the more than 60-year life of the power plant, we believe our service revenue has a very long tail providing a large and predictable and profitable long-term revenue opportunity.

Okay. Lastly, I want to leave you with a few of the thoughts with which I started today. We are leveraging the practices tools and project control systems under our existing and well-developed program office. The focus of my organization is on delivering work scope, on budget and on schedule. Our mature program enables us to provide customers with cost estimates that are based on well- defined information and not just preliminary concepts. NuScale is much further along than competition due to the status of our licensing and commercialization program and the distance grows every day.

I'd also like to dispel the notion that regulatory approval means you're ready to go. It's just not the case. Much more funding and effort is needed following regulatory approval to be able to commence manufacturing and construction. There's a huge body of information that needs to be produced. In our case, $1.6 billion or more has been invested to get to the point where we are. All of that now is in our rear-view mirror as evidenced by the commencement of production of long lead equipment and real and ongoing customer projects. Lastly, we have a very exciting opportunity via our services solutions, many of which are already being provided to customers today. With that, I welcome my colleagues back up to the stage so that we can take some questions. Thank you.

**Sameer Joshi, H.C. Wainwright**

Congratulations on all the progress that you have made and good luck for the future. A lot of us talk today but not much about fuel and spent fuel, the supply, safety and security

28

**NuScale Power 2023 Analyst Day**

of those two things. Can you elaborate on that?

**John Hopkins, President and CEO**

This gentleman came from 30 years with Framatome, so he is definitely our fuel expert. Clayton.

**Clayton Scott, Chief Commercial Officer**

I think Jose can add some stuff, but the key thing is that we are using traditional fuel, HALEU fuel, so it's not something new. It's something that's been used in, I would say, a good majority of the existing conventional reactors today. From a used fuel perspective, I don't think it should be called waste because it's not appropriate. From that side of it, our site has the ability to put a storage facility or a storage pad on site, which is about an acre that can hold our fuel for the life of the plant 60 years. Actually, we can hold it close to 100 years in keeping it in dry cast containers.

Basically, when our fuel comes out, it goes into our fuel pool, stays in there for five years, and then from that point it goes into a dry cast storage and the dry cast storage can be sat outside and can be sat there for many years. After that, in US, then the Department of Energy has an obligation to take that fuel and take it to their repositories or to their vitrification plants, etc. Other countries, we basically have the same philosophy, but then we follow whatever regulatory or waste management program that they have in their countries. If they don't, they have a lot of time to put something in place. There are also opportunities where reprocessing between France and bringing it back to other countries is something that we also can look at, and this is something that we've had in discussions. Jose, I don't know if you want to add anything to that.

**Dr. Jose Reyes, Co-Founder and Chief Technology Officer**

No, I think you did a good job covering that. It's 0.8 acres that we're looking at to score. All of the used fuel for the 60-year life of the plant. We're talking about a very, very small footprint, and dry cast storage is best practice in industry in the United States today. I agree with everything Clayton was saying there.

**Tom Mundy, President, VOYGR Services and Delivery**

Can I add to that? We have an approved fuel from our certification. It's based on Framatome's latest version of the relationship with Framatome, but it's currently available Framatome fuel essentially that they produce today for the existing fleet. It's been reviewed and approved by the US Nuclear Regulatory Commission for use in our reactors as well. We have a readily available fuel supply. If the customer has the enrich uranium product available, they could actually place orders for finished fuel bundles today. They're well positioned on the fuel supply element of our program.

**George Gianarikas, Canaccord Genuity**

You spent a lot of time discussing this ground swell of opportunity and a lot of discussions that you're having around the deployment of nuclear. I'm wondering what any bottlenecks are. I mean, is it a cost discussion? Is it an evaluation of different technologies that are happening? I'm curious as to what's coming up in your customer

29

**NuScale Power 2023 Analyst Day**

conversations.

### John Hopkins, President and CEO

I would just start. When I came into this industry, I guess 11 years ago now, at the time I was working with an EPC, we were doing offshore wind, we're doing PV, solar, fossil plants. When I came into it, I didn't have the appreciation how difficult industry is, and I was told, "You'll never get through the NRC. You'll never get on a federal facility in the waste issue." Today, it's more what I hear more than anything else, because we knocked down all those roadblocks, it's commercial viability, our ability to ensure that we're on schedule and on cost. As we talk about today, that's the critical importance of having this supply chain as a technology provider. If I build a plant, there's the owner's cost, there's a contractor's cost, there's my cost, and that's delivering of these modules to the plant.

I'm very comfortable with our existing supply chain. When we mentioned Doosan and Samsung and IHI in Japan, they have excess capacity. We went out and looked at their facilities and they were building up and gearing up for the large renaissance that never occurred in this country. Their ability, and they're not looking at a one-off sale, they're looking at a holistic view of new skill going global and they're going to be a strategic partner for us and therefore they're willing to sharpen their pencils and give us very competitive rates.

### Clayton Scott, Chief Commercial Officer

Yeah. I guess, well, I would just add in general, one of the challenges that you're asking about is not in my backyard, which I think has changed a lot. We're finding now today that it's a different view. People have a much different view of acceptance around nuclear. The younger generation thinks nuclear is much different than what the older generation came from. I think we're seeing that globally. It's not just in the US. The whole acceptance of wanting to do this, and to John's point, that's not really the prime part of the discussion anymore. It's about how fast can you put this up. The dynamic is changing.

### Marc Bianchi, TD Cowen

Congratulations on the project announcement today. I'm curious what extra steps are involved for that to be in a final investment decision position. If we compare it to what we've seen with amps, there's this cost estimate series that you're going through, there's subscription levels, there's other sort of milestones that need to be met for that to move forward, what are the milestones for this too... For it to come online?

### Clayton Scott, Chief Commercial Officer

Thanks for the question. But no, the demand is already taken for right, so they already have, it's a behind the grid situation for predominantly most of that use and whatever's not behind the grid, they'll obviously dump to the market, but right now the demand is taken forward at both facilities. Now we'll go through our immediate process of working with their ARE, doing our early works agreements and getting our licensing process, et cetera going forward.

**AVR Decl. Ex. 14**
**Page 30 of 52**

**NuScale Power 2023 Analyst Day**

Then from the financial perspective, they have their monies that is set aside and spoken for at certain levels. Obviously, ENTRA1 is a component of bringing in some of that bigger capital that's going to be needed after you do the feed. But as of right now, when you look at both standard power and ENTRA1 combined, and when you look at their resource of capital, they seem to have actually, I would say, almost an abundance, because they're well satisfied on both sides. As you know, it's not an immediate deployment of capital. It's over a process of time, but it's a very robust model that I can see from what I've been doing in my diligence as a company, looking for them as a positive customer and the fact that they have a demand already taken is a big plus.

**John Hopkins, President and CEO**

Like I said before, I applied Wall Street, the funding behind this is all US based capital coming from major institutional. The message is resonating, and that's why we believe this model is so important for us to take us forward.

**Marc Bianchi, TD Cowen**

Great. I just want to follow up with on the ENTRA1 relationship. My memory's a little foggy, but I thought there was some sort of an agreement with floor around marketing NuScale power modules. Maybe that was a Western agreement, maybe it was a right of refusal, but could you just remind us what that is and how ENTRA1 fits into that? Is floor involved in the projects or how should we think about that relationship?

**John Hopkins, President and CEO**

The CEO of ENTRA1 had a joint venture agreement with Fluor about 10 years ago, predominantly for reconstruction of Iraq and areas in the Middle East, and it was Fluor and some other majors that were included within that joint venture. What happened at that time, the timing, that's when the start of the Arab Spring. Security concerns and that came together, but we retained that relationship over the years. He's known the Bush Group for quite some time. I've known him, and so it's always been there. We got together over a year ago and started discussion about how would this model work. We strategically went in, did the white room, and Ramsey knows intimately about the process itself.

**Clayton Scott, Chief Commercial Officer**

I mean, we have an exclusive opportunity to present Fluor to the owner, but the owner at the end of the day ultimately has the final decision on who they want to decide to move forward. ENTRA1 Standard power as an owner, I think we've presented that. They've expressed now Fluor could or may not be part of that ultimate solution that's up to them.

**John Hopkins, President and CEO**

What I like about this deal too is we have limited resources with a NuScale, so our ability to vet quickly and focus in, instead of doing a shotgun where we get a mile wide, an inch deep, here we're looking at specific opportunities and going in and offering energy solutions to customers that really have a need, and that's how this materialize.

31

**NuScale Power 2023 Analyst Day**

They have a huge need. There's huge opportunities and data centers. We think AI is going to be more than anybody can handle, quite frankly, and they're helping us do that, allowing them to go in and put the deal together. We bring our asset to the job site.

**Marc Bianchi, TD Cowen**

That's great. Just one more on this whole project while I've got it. The DOE cost share that goes to the CFPP project. We saw with X-energy and their ARDP money that was able to be transferred to a different project with DOE. Is that dynamic possibility here?

**John Hopkins, President and CEO**

I was with DOE two days ago having these types of discussions that it's not only that. I think what's really important to us too is that, if need be, we could relocate those modules as well, but we are in those discussions.

**Scott Kozak, Director of Investor Relations**

Thank you. That's all the time we have for this Q&A. There'll now be a five-minute break and then we'll resume.

**Carl Fisher, Chief Operating Officer**

Welcome back everybody. I trust everyone had a great break. I'm Carl Fisher. I joined NuScale this summer as the new chief operating officer. I will tell you a bit about myself, my role, and the long-term value my team and I expect to create within the operations function at NuScale.

First, a bit about myself. I spent decades in the nuclear industry, with past positions at Framatome and Duke Energy, both domestically and internationally. My time in the field began in the United States Naval Nuclear Propulsion Program.

Key themes under my purview include, first, as an organization, we have achieved tremendous operational success thus far, and we remain focused on delivering for our customers as we pivot from where we are currently to commercialization. Second, our focus on safety, quality, and performance, results in our ability to consistently deliver best in class engineering and licensing expertise. This in turn drives our industry leadership, and will continue to do so. Third, we have processes and tools in place to ensure that the manufacturing of our modules proceeds efficiently and effectively. Since I've been in the seat, my team and I have identified near-term and low hanging fruit opportunities that create company- wide operational value as we pivot to commercialization. And finally, the standardization NuScale will offer to our customers in terms of plant design, constructability, supply chain and delivery, are a tremendous benefit in terms of predictability, timeliness, and cost-effectiveness.

I will start with our philosophy and how this drives our pursuit of operational excellence. It centers around our relentless focus on safety, quality, performance, and delivery for our customers and our stakeholders. Our pursuit of excellence in these areas will fuel our success with customers, regulator, and supplier partners. As John and Dr. Reyes mentioned earlier, our culture sets us apart, and it's one of the main reasons I personally wanted to join this company. We are ensuring best in class nuclear and industrial principles are being implemented across everything we do. Safety is at the

32

**NuScale Power 2023 Analyst Day**

heart of any decision we make. It is our top priority, and sets the foundation for everything else. The engineering talent we have at NuScale is remarkable, and we continue to ensure we attract and retain the best engineering and customer service talent.

As Tom mentioned, together with our strategic partners, who are committed to our shared success, we have established a quality assurance framework that emphasizes standardization and simplification to achieve cost efficiencies. This enables us to produce our deliverables consistent with the plan the first time. Our customers are well-served by NuScale's commitment to rigorous analytical measurements and continuous improvement. We are focused on delivering a consistent experience, and our engineering and licensing advantages enable us to execute on schedule and cost promises. NuScale's advanced development, design certification, and talent separate us from the competition.

After spending a few months in the seat observing and learning, I'd like to share our top strategic priorities. These specific initiatives under my purview will feed continued development and growth. Combined with the top of the house focus areas I mentioned on the last slide, these priorities will feed the growth, production, and delivery plans you heard about from Clayton and Tom.

One, the manufacturing program and plant design we have in place position us well to accelerate deployment of our first of a kind plant, and we have sustainable strategical advantages to optimize our cost structure.

Two, we anticipate substantial potential to optimize our processes and design by swiftly applying learnings throughout the organization. This will benefit NuScale's operations, engineering, project management, and quality assurance. The resulting standardization will produce an nth of a kind power module that is cost-effective and delivers a predictable process for our customers. And just as important, we can avoid producing a series of Oneth of a kind deliverable and the costs associated with that.

Nuclear has already been acknowledged as a cost competitive form of clean baseload energy. We have strong inherent benefits from the shelf design, components, and inputs. We're going to deploy best practices from past first of a kind project to drive first of kind optimization and significant reductions for customers as we move from first of a kind to nth of a kind.

Standardization is our focus. The extensive work we have put into our design and planning, as well as assessing manufacturing and material needs, position us to reap cost reduction as we optimize our nth of a kind cost for long-term standardization. We can do this by leveraging unique enablers, such as standard design and exceptional program and project management functions, which leverage our very mature de-risked supply chain, as Tom mentioned. We will also do this through our licensing progress and strategy, which Carrie will cover later.

We will continue to put customers first in everything we do. We know in great detail what they need from a construction and operational perspective. We believe our enablers will help them minimize CapEx, maximize output, operate safely, flexibly, and profitability. Importantly, we are confident that execution will enable us to deliver at a competitive and predictable cost compared to other low carbon options, all the while consistently providing unmatched safety, reliability, and resiliency that I and others have

33

**NuScale Power 2023 Analyst Day**

mentioned earlier.

We have come a long way on the strength of the strategic investment and are poised to drive sustainable operational competitiveness over the long term.

With that, I'll recap my key comments. Again, we are pivoting to a commercialized state of operation. Our philosophy, investments, and strategic focus are key differentiators, and we are further separated from competitors by support from our supplier chain partners, who are fully committed to NuScale's success, because they understand that this isn't about one single project, but a long series of opportunities tied to construction of NuScale plants throughout the US and all over the world. Our focus on safety, quality, and performance will remain relentless. We have strategies, processes, and tools to ensure we continue our manufacturing and deployment momentum. Lastly, we plan to further optimize and standardize for customers to deliver on time and on budget.

And now it is my pleasure to welcome Mr. Steve Burns, former chairman of the NRC. Steve, the floor is yours.

**Steve Burns, Former NRC Chairman and Commissioner**

Great. Thanks. I'm glad to be here today. I made this trip up to New York just to tell you a little bit about who I am. I graduated from law school from George Washington University in DC in 1978 and started working at the NRC then and was a career employee there from 1978 to 2012. During that time, I took a number of roles, a lot of that, as a lawyer at the NRC, you're working closely with the technical staff. I wound up retiring in 2012 as the general counsel. I had also worked as the chief of staff to former chairman Kenneth Carr, who was one of the first sailors on the Nautilus in the 1950s.

I was the head of legal affairs at the OECD Nuclear Energy Agency in Paris from 2012 to '14. This is a multinational body. The interesting thing is at the time, because Russia actually became a member, 90% of the operating capacity in the world, the countries were members of the OECD. I was appointed by President Obama as a commissioner in late 2014, and was the chair of the agency from 2015 to '17. And stayed on until close to the end of my term in 2019.

I'm currently serving as the Chair of the International Atomic Energy Agency's International Nuclear Safety Advisory Group, which advises the Director General on issues on nuclear safety. And I'm a senior visiting fellow at Third Way, a center-left NGO, and they've had a big commitment to looking toward deployment of advanced nuclear as a way of addressing climate change.

So let me talk about the regulatory process. Private use of nuclear energy and technology is an industry which I would call born regulated. That is basically, until 1954, after President Eisenhower's Atoms for Peace speech, in order to be able to deploy nuclear technology and get the nuclear fuel, you needed government permission. And that's what the '54 act did.

Originally, the Atomic Energy Commission was the agency responsible both for promotion and  regulation of nuclear power and nuclear energy deployment. But the NRC was formed in 1975 to take on those regulatory responsibilities for nuclear facilities, reactors, as well as radioactive materials. And this is the idea of assuring independence. The objectives of the NRC under the act are essentially to provide reasonable assurance, not absolute assurance, reasonable assurance of adequate

34

**NuScale Power 2023 Analyst Day**

production of public health and safety and the common defense in its security.

Again, the NRC is an independent agency for you. For those of you in investment community, if you think about the Securities and Exchange Commission, it's the same type of thing. It does not report through a cabinet department. It directly reports to the president. There are five presidentially appointed commissioners at the NRC who serve staggered terms subject to confirmation by the Senate, and the president alone designates the chair. And again, for the idea of independence, no more than three commissioners can be the members of the same political party. The NRC has about 3000 career employees covering its various regulatory functions. Just to emphasize again, the five commissioners and an independent inspector general are the only presidential appointees within the agency. Let's go on.

Let's talk about NRC's engagement in the international sphere. We've heard a lot this morning from Maria and John and Jose and others in terms of the engagement in the international sphere, and I want to emphasize that even though the NRC is a regulator within the US, it has a lot of engagement overseas through the international organizations such as the IAEA and the OECD Nuclear Energy Agency, which are the major international organizations in the field. It has bilateral agreements with 45 countries worldwide, and then has a program called the International Regulatory Development Partnership, through which some 16 countries that are engaged in new or expanding nuclear power programs are supported by the NRC.

The NRC is widely respected internationally. It's often called the gold standard in regulation. And it is involved in multilateral and bilateral efforts to improve the regulatory process for greater harmonization and cooperation on SMR development. For example, the IAEA has what it's called the SMR Regulators Forum. And more significantly on a bilateral basis, the NRC and the Canadian regulator have a memorandum of cooperation in which they're sharing information and cooperating as both countries look at reviews of new technologies. And I think this is a very important effort that's going on between Canada and the US.

Newcomer countries such as we're seeing in Eastern Europe and other places will look at the experience of mature regulators when they're considering designs, and particularly as those regulators consider approval or adoption of the design. And I think that's a real advantage for NuScale, which has achieved design certification or the design approvals from the NRC.

If we're looking at ways of improving the regulatory process, to focus back in again on how regulation is undertaken. NRC has been focusing on enhancing its readiness and capacity to license SMRs and advanced technologies. For example, it developed a vision and strategy for improving the regulatory and technical readiness. Some of this, I will have to say, when I was on the commission as this was going on, this was sort of with an eye on what a lot of the engagement with NuScale was at the time. Because NuScale was really, in the last decade or so when the SMR and the advanced reactors starting to really emerge again, was really the leader down the slope, if you will. And so that really, I think helped.

The NRC is engaged in its licensing modernization project to develop a more technology inclusive, risk informed, performance-based approach for assessing applications. It's issued guidance on pre- application engagement. That means before

35

**NuScale Power 2023 Analyst Day**

you actually put your application in, talk to the NRC in terms of what are the topical areas that you need to make sure to address. Because some of the technology is going to deviate from the standard criteria, so how do you look at that in terms of do you need exemptions or do you need to do other things? We've heard some things about the uniqueness of the NuScale technology, and part of that engagement was important for them.

The NRC is looking at its emergency planning and its security review requirements to act in the SMR context. And as we've heard, I think a good achievement for NuScale is this endorsement of its technical basis for determining the smaller size of the emergency planning zone, or EPZ, for their facilities, again, going from the 10-mile EPZ zone, which was established after Three Mile Island accident in the early 1980s, to a closer site boundary or something close to that.

And I think the NRC has also become more transparent on review schedules. Part of that is under the impetus of the Congress. There was a statute passed I think shortly before I left the commission in early 2019, called the Nuclear Energy Innovation and Modernization Act, often referred to as NEIMA, under which the NRC is required to issue a new regulation to improve the licensing pathway. This is if you really get down nerdy into this, if you hear about Part 53, that's what this thing is. The thing about it is that new regulation doesn't mean all stops for SMRs or advanced reactors. It's just meant to be a way of thinking about this more technology inclusive approach, but it doesn't undermine the ability to use the current licensing processes, which we'll talk about in a second here. And in fact, most, I would say reactor developers who are ready to go down the path and certainly NuScale did this because it was ready beforehand, are looking at the Part 50 or the Part 52 approach. So, we'll talk about what that means in a moment.

One of the other things I would say with respect to human resources is NRC has done, I think, a fairly good job of trying to organize its staff to prepare for new reactor licensing, it's important for applicants to communicate with the NRC and helping for that planning and that resource application, but there are human resource challenges at the NRC. You've got an aging workforce; 33% I think are eligible for retirement. And there's competition given this, the new growth and interest in nuclear competition to recruit staff. But the NRC does have authorities that allow it to incentivize the recruitment and there's some legislation, I think we saw some picture of the notation of the Advance Act that's in the Congress that would assist them.

NRC also has cooperative programs with universities that can assist in the development of entry-level staff. You can basically incentivize a new graduate to come to the NRC, get scholarship coverage and all that, and then there's an obligation that they need to stay with the agency at least a few years and all. The one thing I'll say on the human resources, there was a very recent general accountability office report I think issued in July that acknowledge NRC progress in its human resources development and monitoring, but said that, the NRC needs to do a little bit better job in benchmarking its overall effectiveness in this area.

So, let's talk a little bit more about the licensing process. When I talk about Part 50 and Part 52 and when I talk about that, again, if you want to get a little lawyerly or geeky on this, what that refers to is a portion of the code of federal regulations where the NRC standards are embodied. Just like any agency that issues regulations, they're published

36

**NuScale Power 2023 Analyst Day**

in the official US government publication, the Code of Federal Regulations. So historically there was a two-step process in Part 50, it goes back to the 1950s where an applicant for a facility, a particular site has to get a construction permit and then an operating license.

The advantage was viewed as that the two-step approach did allow some deferral of final design details to the operating license evaluation. But about 30 years ago, a little over 30 years ago, the NRC adopted what's called 10 CFR Part 52 to encourage standardization, greater standardization, and improve efficiency and certainty in the licensing process. This was actually considered some of the lessons learned from the Three Mile Island reviews in terms of getting a better handle on the licensing process.

Part 52 allows for issuance of a combined license that authorizes construction, and provisionally authorizes operation. However, basically, except for Vogtle 3 and 4 in Georgia that have recently, one recent come online, I think 4 is about to come online or very shortly, all the plants in the United States had been licensed under the two-step process. But if you look at the timing is before Vogtle all but one of those plants were licensed by the mid-1990s and the exception was Watts Bar Unit 2, which had been deferred by Tennessee Valley Authority and came online I think about 2015.

One of the things that we would say is that basically for Vogtle, it experienced a good overall licensing process. And there were lessons learned that came out of that. But again, particularly as it got to the point that it was ready for operation, that actually went very smoothly and very quickly and that sort of showed where the combined license is. Now, what I've talked about right now is about getting the license for the facility, the particular site. But one of the other things that Part 52 did is what NuScale has taken advantage of, and that is Part 52 went beyond site licenses to provide for a newer approach that focused on getting the approval of designs. So, it provides for what we call a design certification, which is sort of the highest level and that's what NuScale has done with its facility.

And that design certification is actually adopted as a rule, a formal rule, and is binding on the agency and for the period of time for which it's issued, which I think 15 or so years, 15 to 20 years, I maybe slightly off on that timing, but it also provides for a step that gets you staff approval called a Standard Design Approval, which is what they're going for now with respect to the US 460, the 77 megawatt unit, and that can build on the design certification. It isn't a matter of going back to square one, it's taking what has been done, what the NRC has approved. Addressing what the changes are, the significance of those changes, and seeking then that design approval.

That design approval is significant because again, it's binding on the NRC staff. And in terms of going forward and if it's referenced with respect to a specific license application. And again, that's the advantage of the design cert or the standard design approval is they can be referenced in site-specific licenses and you don't go through the review of the design all over again. You have to have the site- specific license because you have to deal with basically how the plant is run, what the management, quality assurance, maintenance, various types of things like that, environmental review, things like that. But the standardization that you can achieve through the design certification or approval is very important. Again, this SDA provides staff approval of sort of a formal rule, but still of great significance.

**AVR Decl. Ex. 14**
**Page 37 of 52**

**NuScale Power 2023 Analyst Day**

In terms of experience with Light Water versus Gen IV designs, all operating nuclear power plants in the US are light-water reactors. All seven NRC-issued design certifications have been for light-water reactors, the NuScale being one with in effect a small modular unit. But if you think of other things like the Westinghouse AP1000, more recently, the Korean APR-1400, those are all light-water reactors. And although there is some early experience with non-light-water reactor designs, often referred to as Gen IV designs, consideration of those different technologies requires additional focus on their design aspects as well as the regulatory framework for the fuel. For example, the halo fuel, which has been referenced.

And even if aiming for near-term deployment, advanced reactor designers at this stage have tended to pursue the Part 50 process basically largely to allow them to tinker with the design as they build the safety case that they need to get approval from the regulator. And as I've noted, Part 50 allows you to do that deferral of some design details to the operating license stage, but there are some risks in that in terms of where you kind of finalize it. And question is what do you need to do?

Well, in seeking a license or design approval, you have to be prepared to provide substantial information to among other things show how the design will meet the technical standards and the regulations and implementing guidance or how it is good if the regs or this guidance don't quite fit what you're doing.

And that includes assessment of deviations or an applicability of technical criteria such that a determination can made that an exemption is permissible or the standard should not be applied. NuScale has had the advantage of completing, again, the regulatory process and obtaining the design certification.

My assessment is that NuScale is very effectively engaged with the NRC. I know when I was still a commissioner I used to meet with, they dropped in on commissioners to tell them where they were and where they're going. But I think they did an excellent job in terms of their communication, both the NRC and NuScale in effect issued lessons learned-type reports, I've sort of given a general reference there, that examine the lessons learned from the design certification review. And certainly, there are areas of improvement probably on both ends, but NRC in particular credited NuScale's contribution to a number of best practices such as the pre-application engagement to familiarize NRC with the design, development of a list of challenging issues that helped, again, the conversation. Use of topical reports focused on particular subject areas.

And I think NRC considered those lessons learned in addressing its improvements as it goes forward for other licensing, the overall licensing process. And with that, I'd be happy to answer some questions.

**Marc Bianchi, TD Cowen**

Thanks. That's a good overview on Part 50 and Part 52. So NuScale has chosen to go Part 52 and it seems like the better way to go, but there are others that are electing to go Part 50. Why would you choose to go Part 50 if Part 52 is available?

**Steve Burns, Former NRC Chairman and Commissioner**

Well, I think what it is for NuScale I think for them is they had the design, they were prepared to go through the process design, get the design approved, and then they can

38

**NuScale Power 2023 Analyst Day**

leverage that in terms of customers who may be in the United States citing at a particular place, and you don't have to go through the design again. The Part 50 process, what it allows, and that's why you're seeing, I think a lot of the advanced reactor, the non-light-water technologies go through it is it allows you to sort of get down the path, but there may be some open questions that get deferred until the operating licensed stage, and this is the way it was in the 1950s. It was actually of some controversy, actually one of the few cases that ever went to the Supreme Court came out of whether or not that was a legitimate way of acting.

But again, the idea is that you have most of the design, but there might be certain design issues that need to be resolved and would have to be resolved at the operating license stage. So, if you're the developer or basically the applicant for, because it's going to be for an application at a particular site. If you're going down that path, some of the risk is how certain are things if you've got sort of the open issues, but in effect, you've also put on the table, "We think it's going to work fine. We need to address this, that, and the other." And then to get in effect the construction permit to go forward.

### Ryan Finks, B. Riley

You touched on it a little bit, but with all the advanced reactor designs expecting to apply over the next couple of years, do you think the NRC has the capacity to review those in a timely manner or we might see longer timelines for those companies given the number that's expected?

### Steve Burns, Former NRC Chairman and Commissioner

Yeah, I think they have the capacity. I won't say that there aren't challenges because the challenges will be you get the staffing there, you get the funding support from the Congress to do it, and where are you on the path? One of the things that the NRC does do, and partly this relates to because it has to ultimately collect fees, is that they're ahead of where you go into the budget process. So, I can't remember, they're almost ready to start 2025 in terms of the budget development and they will reach out, say, "Hey, who's coming in here or expects to come in here and try to get a license from us?" And then that helps frame the scheduling and looking at that.

And they've also been, I think a lot better in terms of trying to be transparent about what they see as a licensing schedule. But I won't say it doesn't mean there can't be sort of bumps along the road as we go down it.

### Thomas Meric, Janney Montgomery

Steve, Thomas Meric, I want to dig into Part 53 a little bit more. I've got a couple of questions here. So maybe just first, what do you think the biggest changes are needed specifically as we think about passive safety measures? And then update everybody on timing for that when we should expect comments and proposals and final language?

### Steve Burns, Former NRC Chairman and Commissioner

Yeah. Well, my own reaction, which is I think a reaction to others I know I think heard out of NEI and some of the other NGOs and all is that there are other things that have been sort of stuck into the staff's working draft of the proposed rule that really don't need to be there or really are beyond just trying to make this the technology-neutral regulation and

39

**NuScale Power 2023 Analyst Day**

things like what is it, the facility safety program? Yeah, it's like an additional program even though this is the type of stuff that's already considered. It's certain ways of how a probabilistic risk assessment might be used or not used in it, the use or addressing as low as reasonably achievable as a radiation exposure standard, even though that's usually something that you focus on in terms of operations. So those are the types of things that have been the more, I would say, sort of high-level things that have been challenging in it.

The draft is in front of the commission for a vote in terms of whether to go into the formal publication requirements in the federal register as a proposed rule. You've got a couple votes now that are not happy with where they are. I think the chairman, Hanssen and Mr. Crow have not voted, but I've gotten some indication. I'm not sure at least even the chair is really happy with all of the stuff that's in it. So again, in terms of timing, the legislation said they had till 2028 to adopt the rule. If the commission tried to accelerate that, my guess is you're probably going to have another, it may be another six months depending on what the outcome is here and before you actually get something out to the Federal Register for public comment.

**Thomas Meric, Janney Montgomery**

Super helpful. And as we think about that down the line, what's maybe a blue-sky scenario for licensing timelines for Gen IV reactors? If everything goes well, everybody's happy.

**Steve Burns, Former NRC Chairman and Commissioner**

Yeah. Well, again, I think part of it's going to depend on what's the route you take. I think what you're seeing a lot of is you're seeing, actually, I think you're starting to see a push down from what was the 42- month schedule for some of these reviews back to more like maybe a three year, maybe a little less. I have to admit, it's going to be a little bit of wait and see until how we get through it. What the good thing is that if you look at the NRC website and you look at some of the review schedules is they're fairly ambitious from the standpoint, so that you're not talking about a 10-year review. You're talking about what maybe if you've got the two phases, like a five-year review and all.

And again, remember if you're going the two-step process, you've got to get that CP. You don't have to completely construct; it doesn't have to be ready to turn on when you go in for that operating license because you want to actually do that a little before. So, there's some overlap there, but it gets down. So, I do think you're seeing some effort to push that down. And again, part of it is we need to see them get through that.

And again, to NuScale's credit, I think on both sides we wanted to do it a little quicker, but again, I think it was an opportunity for lessons learned to how do you get this a little bit better? And again, I would emphasize this communication and identification of key issues as important, as a foundation even to help you get that completed application in and then going on the work from there.

**Sameer Joshi, H.C. Wainwright**

Just on that very topic of lessons learned with SMR having gone through the process, is your expectation that folks may actually move through more quickly given they've sort of

40

**NuScale Power 2023 Analyst Day**

plowed the road and processes have been adjusted a little bit?

## Steve Burns, Former NRC Chairman and Commissioner

I think so because I think part of it is there is pressure on the agency to do that, to be more, not precise, but more focused on what the review is and the need to move through that and to get basically decisions made. You can't sort of just say, "We'll get it to one day." I hate to say back, a long time ago, 40-plus years ago, I remember talking to somebody either on the staff and he said, "Well, this is like Gallo One, if you remember this guy, there is no wine before it's time." And you kind of go, "What? That means we are just sitting here circling around and doing this stuff? No, that's unacceptable." It was frankly unacceptable back then, but it's an attitude chain, and what I think I see is in terms of how the NRC is trying to position itself is that it is focused and trying to be transparent in getting through those reviews and having the results done. Okay. That's it. Yeah. Good.

## Carrie Fosaaen, VP, Regulatory Affairs

Thanks, Steve. And hello everyone. I'm Carrie Fosaaen, NuScale's vice president of regulatory affairs. I have responsibility for all our domestic and international licenses, relationships, and activities related to nuclear regulation for NuScale and to support our customers. My expertise is in advanced reactor licensing, and since I joined NuScale in 2015, I've led several developments of the major licensing applications. Overall, I have 13 years of experience in the nuclear industry, including previously serving in regulatory affairs for Xcel Energy, which helps give me a perspective from our customer's needs.

Today I'll further expand on regulatory dynamics with the NRC and other key global nuclear regulators. I'm excited to share why we're exceptionally positioned for continued licensing success with regulators and our customers. I'll start with my key messages. First, NuScale's proven track record of achieving regulatory first in the small modular nuclear reactor industry. Next, I'll speak to some of our efforts to leverage our leadership position in the US to advance nuclear regulatory maturity and acceptance globally. I'll then discuss why our approach to industry regulation gives us an edge throughout the process of obtaining commercial licensing and approval. Finally, I'll wrap things up with how we plan to continue to be a global SMR licensing trailblazer.

As you've heard from my colleagues, NuScale is the first and only SMR to receive design approval from the US Nuclear Regulatory Commission. As Steve just covered, the new NRC maintains rigorous safety standards and globally is considered the gold standard nuclear regulatory body. As a result, the NRC has significant influence and offers important support to nuclear regulatory agencies all over the world.
We're particularly proud of the speed and efficiency with which our team accomplished our regulatory approval. We did it in 42 months. That's the fastest the NRC ever provided for a certified design, which I think is both indicative of our safety and innovation.

And I'll provide a quick comparison. The previous design certifications for the large light-water reactors Steve discussed, those were on the order of six to nine years, so that was a significant improvement in the approval process. The swift and timely regulatory execution is something that our customers expect, and it's something we continue to push. As Clayton mentioned, our first mover advantage gives us an edge as we enter

41

**NuScale Power 2023 Analyst Day**

our commercialization and deployment phase. For our landmark design certification application, we invested over $500 million into maturing the design and completing the licensing activities. And as an outcome, we received unmatched validation of our technology that we're already building upon with our next application with the NRC.

So, we've successfully applied lessons learned from our design certification to our next round of licensing goals with our standard design application. In fact, the NRC has already accepted our next application for review and we're currently in that process now. The updated design featuring the 77-megawatt electric modular reactor supports a wider range of capacity requirements for our customers. The fundamental aspects of our operated design, most notably our safety case, have already been approved in our design certification application, which sets a stage for a much shorter review time with this application. We expect a 24-month review, which is as short as it gets in this industry.

Importantly, we're still on a great pace relative to our customer needs, and as Jose discussed, we're several years ahead of our SMR peers who've not yet submitted their applications to the US NRC. We're confident in the timely approval of our 77-megawatt electric design, leveraging the foundations with our 50-megawatt design as approval as the foundation.

Having said that, nuclear licensing is a relatively intense process. Typically, the reviews take longer than other types of large energy infrastructure projects. We're leveraging our experience, testing, validation, and mature design to expedite the review request to the regulator. In addition, we hold a significant advantage in that the fuel we use in our plant is already commercially available, already widely utilized, and very familiar to regulators like the NRC. All of this has resulted in strong progress towards our commercialization goals, and we have a clear roadmap ahead of us for our operated design and continued licensing progress with our customers.

As an example, Carl and I are focused on continued licensing success for row power. We recently received Romanian regulatory approval for our licensing basis document for that project, which is another key milestone on the path to commercialization and operation. Our leadership status in the US and broader regulatory advantages support global adoption, and we've earned our seat at the table with global regulators to streamline and harmonize regulatory processes.

So why does streamlining the regulatory process matter to us? Well, the short answer is regulatory maturity is just as important of a factor for nuclear advancement as the need for clean energy and energy security. We're active in harmonization efforts collaborating with key industry advocacies worldwide. As an example, I serve as the chair of the SMR licensing task force for World Nuclear Association's CORDEL, whose mission is to drive regulatory harmonization worldwide. We also provide important input to the International Atomic Energy Agency in the development of the SMR guidance for the industry, which is ultimately adopted by many regulators as the foundation for the regulatory framework.

We've supported engagements with regulators in Romania, Poland, Canada, and Ukraine as examples to support the growth abroad where regulators really appreciate the mature design and our ability to leverage our NRC engagements. We've also engaged with the UK regulator and incorporated feedback into our latest design and SDA application to the NRC. We actually believe this will help facilitate seamless future

42

**AVR Decl. Ex. 14**
**Page 42 of 52**

**NuScale Power 2023 Analyst Day**

deployment in the UK and maintain that standardization. We're pushing licensing standardization to key regulatory decision makers. Widespread adoption of a standard design will reduce deployment costs and schedules and provide an easier path to technology scalability.

While the NRC regulatory process is well established, I understand it's not well understood by everyone, so I'd like to spend some more time simplifying important considerations in the process. Managing licensing and other project risks does not stop once you obtain design approval. In fact, the NRC remains heavily involved throughout construction, operation, and throughout the end of the life of the plant. In addition to the design approval, as Dr. Reyes alluded to, there's stringent regulatory work required to demonstrate various individual methodologies associated with the design. And we've already made those investments. In fact, we have almost 20 topical reports either approved or in approval now. Our SMR peers have not made that similar investment.

The NRC also has to approve site-specific features in the site license such as buildings and support systems. Our approach to standardization makes simplifying, satisfying these adjustments relatively easy to accomplish with less time and less cost. Regarding construction and operation approvals, we believe our chosen approach, which I'll cover in a little bit more in a second, is strongly supported by our design maturity. The licensing experience we've already garnered has given us a strong foundation to streamline future submissions and approvals with additional customers. And history has shown that having a mature NRC standard design is critical to avoiding costly regulatory and construction risks that typically occur with immature designs.

Blame has often been placed on the US NRC for such project failures or delays, but the track record actually suggests that premature designs for project management and incomplete supply chains are really the primary driver of the deployment mishaps. We've strategically de-risked our design in all of these regards, especially when compared to non-light-water SMR designs, and this puts us in a great position to execute on our chosen commercialization path.

I'd like to dispel any confusion about our chosen licensing path, Part 52. While there are both advantages and disadvantages for both Part 50 and Part 52 pathways, we believe Part 52 best matches our strengths and strategy and best sets our customers up for success. As a reminder, per Part 52, a combined operating license is both the construction permit and the operating license application, which is the single-step process Steve just discussed. That means once our design is licensed, it will be licensed to operate before it's even built. In comparison, the older Part 50 process, which you just learned about, involves two steps, the construction permit and a preliminary safety report, and then licensing process later in the construction to approve plant operations. And that occurs once the plant is built.

This opens the plant owner to risks that the plant operations could be delayed possibly significantly after it's already been built. Many don't know this, but Part 52 was actually created in response to industry to address these vulnerabilities and the field and construction dynamics associated with delays I alluded to previously. We're pursuing Part 52 given our design standardization and maturity, and those de-risks the project profile from both a construction and operating license perspective. Any design can be conceivable on paper, but customers and regulators know that efficient construction and operation are vital factors to commercial success. We're confident our process will

43

**NuScale Power 2023 Analyst Day**

overcome any temporary advantage gained by pursuing Part 50 in order to start construction as early as possible.

I'd like to give you a simple visual comparison of the two pathways, and this is built off historical data. This shows you where unexpected costs can arise in the Part 50 process despite the shortcuts the path provides for commencing construction activities on nuclear aspects. These risks including higher potential for costly delays from immature design and licensing litigation on top of a second Part 50 required hearing, we believe the Part 52 process puts the customer first. So that's the comparison particularly given the capital at stake. There are no shortage of examples demonstrating that getting the shovel in the ground as fast as possible on large projects is actually not the most efficient path to a successful project. NuScale's approach minimizes these risks while prioritizing our customer regulatory approval and setting up supply chain partners for success. Part 52 is a more holistic, long-term view we believe will drive successful deployments in a timely and cost- effective manner and increase customer confidence. It's also a shorter path to commercial operation.

We have a clear strategy to continue to drive our success via part 52. Our recent experience with the development of a first of a kind limited work authorization is yet another example of our work to support more aggressive deployment schedules for our customers by allowing customers to proceed with non-nuclear site preparation activities earlier in the process. We plan to continue to accelerate review and approval timelines, deploy the necessary resources to preserve our standard design advantage, and expand on our already deep working relationships with global regulators. We believe we're well positioned for continued strategic execution and our approach to regulatory affairs drives long-term commercialization.

So, to summarize, we've proven to be an advanced nuclear trailblazer, and again, NuScale is the only SMR developer to have received NRC approval. We believe in a balanced approach to domestic and international regulatory harmonization and our global regulatory efforts in relationships are vital to our commercial success. Our strategic approach and decisions regarding the NRC approval process give us an edge in achieving safe, efficient, scalable design that is both de-risked from a regulatory and operational challenge perspective. Relative to other SMRs, we believe we're best positioned to overcome any perceived challenges. Finally, we have a clear strategy to drive stakeholder value, both short and long-term, and we'll continue to focus on supporting customer needs, rather than taking shortcuts which transfer the risk to our customers and can have costly ramifications. With that, I'll now turn it over to our new CFO, Ramsey Hamady, for an overview on our financial outlook. Ramsey?

**Ramsey Hamady, CFO**

Thank you, Carrie. Hello everyone. I'm Ramsey Hamady. I'll start by saying that what you've heard today embodies why I chose to join this mission-driven organization. I'm the chief financial officer of NuScale. I'm the newest joiner to the executive team. I'm proud to be responsible for financial leadership, risk management, and capital markets engagement. As with every NuScale employee, I answer to our investors. I'm delighted to have the opportunity to address analysts and shareholders today. The importance of NuScale technology cannot be overstated. Through our partnership ENTRA1 NuScale, we're able to seamlessly serve the needs of American oil and gas, utilities, heavy

44

**NuScale Power 2023 Analyst Day**

industry, semiconductor, and AI for clean, sustainable, reliable baseload power, as well as addressing needs for energy security of particular importance in the EU. I'm thrilled to support NuScale as it enters its exciting growth phase.

A bit of my background, like many of you here today, I have a long Wall Street history with the world's leading financial institutions. I last stood here in this building 30 years ago as an intern for what was Paine Webber at the time, now UBS. Later, I worked as a bond trader for Lehman Brothers, and finally as an investment banker for JP Morgan, the world's leading financial institution. I'm delighted that the most important global financial institutions today have embraced our mission and chosen to support the ENTRA1 NuScale partnership. Finally, today, to be clear, I am not prepared to offer financial guidance or projections. Rather, I'm here to discuss core themes, illustrate components of our revenue model, and offer a glimpse of near-term financial objectives. With that being said, let me start with how NuScale makes money.

So, NuScale is a developer and integrator of SMR Technology. Our revenue model is to make money by selling NuScale power modules, licensed technology, and supply services. As John had mentioned in his first presentation, NuScale is not builder or developer of energy infrastructure projects. NuScale does not finance energy projects. We don't operate energy plants and we don't sell energy. NuScale develops and integrates technology. Our revenue model is to make money by selling NuScale power modules. All that's good news for our investors, because we believe for all the reasons discussed today, NuScale's in a great position to make a lot of money, where the sole U.S. NRC design certify and near-term deployable SMR technology, our exclusive global partnership ENTRA1 NuScale has enabled and accelerated our commercialization process by de-risking power users, such as standard power. Today, NuScale maintains a healthy balance sheet as a comfortable position to continue to raise capital as we maintain a conservative liquidity reserve while we advance our projects.

NuScale has always been and today remains a responsible steward of investor capital. While recent entrants spend investor money chasing unproven technologies, NuScale invests shareholder capital in commercialization, design finalization, supply chain readiness, all in support of actual ongoing production and real revenue generating cash producing contracts. Our balance sheet is healthy. We ended the third quarter with cash of 197 million, approximately 79 million of that in cash collateralized LCs, and 118 million unrestricted cash. We have performed in line with our budget expectations. We're working diligently to advance through development stages of our current contracts and secure new ones, and will note that during this time as a matter of financial prudence and conservatism, we'll continue to actively engage capital raising and capital markets fundraising.

So, to date, as you've heard before, we've invested over 1.6 billion to develop our world-class SMR technology, and ultimately to de-risk our customers. Having successfully achieved U.S. NRC design approval, near-term R&D spend is now focused on Voyager 12 design finalization as Carrie had just discussed, as well as addressing opportunities related to commercial scale hydrogen production, desalinization, and other process heat applications, amongst other items. While NuScale will always remain the world's leading innovator in SMR technology, we anticipate a near-term reduction in R&D investment as we continue to cross critical

**AVR Decl. Ex. 14**
**Page 45 of 52**

**NuScale Power 2023 Analyst Day**

milestones years ahead of our competitors. Scale anticipates SG&A expenses will grow modestly through 2026 as we focus more on sales and delivery of products and services.

So, as we discussed earlier, we generate cash and revenue from three sources, first, the sale and delivery of NuScale power modules, also from upfront licensing fees, and lastly, from services provided. For our primary revenue source, the sale of NuScale power modules, there is no revenue recognition until vessels are delivered. I think this is an important concept to touch on. Cash is collected as we produce modules, and the financial impact of that is that customer orders are reflected in a balance sheet between cash, work in progress, and deferred revenues. Revenues are later recognized for NuScale when goods are transferred to the customer, as per accounting standards. The key takeaway here is that NPM orders generate cashflow and gap revenue's recognized only when NPMs are delivered, as we can see here. Depending on customer and site readiness, NuScale may earn cash and revenues for services that can span many years pre-COD and extend for the 60-year life of the project.

As NuScale commercial operations mature, more frequent deliveries will result in consistent revenue and income recognition. So, for analysts in the crowd, we will have lumpy revenues in the first few years. It doesn't mean we're not receiving cash; we receive cash when we receive orders for NPMs, we spend that cash, we invest in our supply chain, and when NPMs are delivered from NuScale to our customers, we recognize revenues. As we have more consistent deliveries of NPMs, we'll have more consistent revenues. I think we'll try and find a way to communicate that more effectively so investors can see how much cash is coming in and how we can smooth our revenues out.

So let me recap. Oh, pardon me. I think this is interesting to see partnership with strategic shareholders. NuScale's strong support from strategic shareholders across the globe is a testament to the critical importance of the work that we do, and also demonstrates strong conviction from leading industry players and the commercial potential of our world-class technology. I know a lot of our strategic partners are listening to this presentation. We're grateful for their support. They've been with us for a long time and continue to stay with us. I'm going to go quickly to a recap slide. I know that we're about an hour over.

So, to recap, NuScale develops and integrates technology. Our revenue model is to make money by selling NuScale power modules. Our exclusive strategic global partnership ENTRA1 NuScale has enabled and accelerated our commercialization process by de-risking power users. Finally, NuScale maintains a healthy balance sheet and is a comfortable position to continue raising capital as we maintain a conservative liquidity profile, while we advance our projects and approach cashflow positive operations. I couldn't be more excited to be here. I couldn't be more excited about the work that we're doing. And with that, I'll welcome my colleagues back on stage. I think we have some questions to take.

**Sameer Joshi, H.C. Wainwright**

Samir again. Just a clarification on the design certification. Is it site agnostic and subsequent sites need only incremental approval?

AVR Decl. Ex. 14
Page 46 of 52

**NuScale Power 2023 Analyst Day**

### Carrie Fosaaen, VP, Regulatory Affairs

Yeah, so the design certification and our standard design approval currently under review are site agnostic. So, they use a bounding profile to make sure they're deployable on a wide range of sites. So, every deployment will require a small amount of work for site specific aspects.

### Live Audience Follow-up Question

Would that be 24 months or 12 months?

### Carrie Fosaaen, VP, Regulatory Affairs

So, we're currently negotiating that with the NRC, so I can't give you a timeline. But we are looking to have more aggressive timelines, as we've already pursued in our standard design approval.

### Live Audience Follow-up Question

Okay. And then, just changing tracks, I know the ENTRA1 agreement is exclusive. Is it mutually exclusive from both sides?

### Clayton Scott, Chief Commercial Officer

No, it's not mutually exclusive from both sides, but ENTRA1 has developed a pipeline that's very significant and we are the power producer in every instance in that pipeline. I don't anticipate ENTRA1 going out and either using conventional, nuclear, or gas circle, or anything of that nature.

### Marc Bianchi, TD Cowen

So, I understand you guys don't want to provide any outlook on cashflow, but maybe we could talk through some of the moving pieces, as it relates to 2024. So, my understanding is there's some uncertainty around appropriations, but you guys still have an R&D cost share, I think, coming to you. Could you talk about the low end and the high-end expectation for that? I realize that there's a lot of uncertainty there, but just so that we could understand the boundaries around that. And then, any other moving pieces as it relates to 24 that you could talk to, would be great.

### Ramsey Hamady, CFO

Sure. I wouldn't be able to comment as much on appropriations. I think what we would hope to see is about... I'll throw a very specific number, but we're looking to see about 66 million from the government in 2024 with us, with NuScale. I think the remarkable thing here is that, first we have our S3, so we have a shelf registration now. We have our ATM facility in place. And I think, if it's advantageous and if the timing is right, we can employ our ATM facility. But NuScale, we've been in a fortune position. The company hasn't had an issue raising capital. I think, we've had some very supportive shareholders, we have some very supportive banks, we have some very supportive research analysts, and all of that has made for a very positive situation.

And so, I don't want to just take a step back, Marc, and say, "Well, it's fluid." As we

47

**NuScale Power 2023 Analyst Day**

approach this, we're very conservative about it. We hope to get government money in. We're not reliant on it. I think that we have enough contracts in place that we'll have revenue coming up and we should be in a very comfortable position. We watch it closely, but it's not like we have our backs to the wall on this.

**John Hopkins, President and CEO**

And, to your point, we worked really hard last year, Marc, as I mentioned, on working both sides of the aisle. So, when a house mark came out, we had quite a bit of money. And actually, when the Senate marks come out, if it holds, then we're actually more money than we asked for. So, that's how supportive the government's been.

**Marc Bianchi, TD Cowen**

Okay, great. And then, the slide that you showed on the cash profile for year six ahead of the project, if I take this ENTRA1 project that you've got, if I look back at some of the material's you guys provided when you did the merger, the initial analyst day, it looked like maybe a 12-module project would have around $300 million of revenue opportunity for you guys, not including services beyond. Is the right way to think about it that 300 million, whatever the margin is on that, you're going to get 40% of that in the next couple of years, like 2024, because that would be six years ahead of delivery for that project, right?

**Ramsey Hamady, CFO**

I don't know that 300 million is the right... I'm not quoting prices on our projects.

**Marc Bianchi, TD Cowen**

Yeah, just that if the project isn't going to be COD in 2029, then you should be getting 40% of the cashflow in 2024?

**Ramsey Hamady, CFO**

Yes. Yes. And that's right. That's exactly right. And that's exactly what I was trying to illustrate. I think maybe the quantum of numbers is off for 300 million on a 12-module project. That's not the right frame. And that's not the right scope. That'd be much more than that.

**George Gianarikas, Canaccord Genuity**

Question for Dr. Reyes. You had a slide in the  very beginning that talked about the breakdown of nuclear, the demand from 2020, I think, to 2050, and a certain market share for SMRs. And I'm curious as to whether or not you could share your thoughts on how that's going to break down, the percentage of winds for gen four, how successful that will be versus light water reactors. Thank you.

**Dr. Jose Reyes, Co-Founder and Chief Technology Officer**

Yeah, I'm familiar with the slide that was actually on John's presentation. Yeah, so I'm going to turn it over to John. But, it's a very conservative chart that's showing there

48

**NuScale Power 2023 Analyst Day**

about...I'll give it to John.

### John Hopkins, President and CEO

The numbers I showed on that pie chart was for electricity. What we don't know is like Maria had commented about for other applications that I'm seeing more and more hydrogen if it comes to fruition, ammonia production, etc. So, how big this market is, I just continue to see the groundswell continue to build, because of the reasons stated, energy security. I'm in Eastern Europe a lot. The interest thing about that too, we talk about first of a kind, when I'd first go over pre-Ukraine and talk to Czech Republic and others, they would say, "Well, we're probably looking at operational dates in early- 30s to mid-35s, 2035. Now when I go over there, post-Ukraine, "How soon can you get them in the ground?" So, Romania, they're looking at a COD 2029, they need to order long lead items now. I just came back from there, and they're in the process of looking at it within a short period of time, they'll order more modules for their given plants.

### George Gianarikas, Canaccord Genuity

My question was more about technology breakdown. Not to talk about competition. Which technologies do you see proliferating more over time?

### Dr. Jose Reyes, Co-Founder and Chief Technology Officer

Certainly. In terms of what we can do with our technology, the process heat, I think, is a major development for us to provide high temperature and high-pressure steam. So, this type of scalable reactor design is uniquely well-suited for a range of applications which we haven't seen for nuclear in the past. So, I really do believe that small modular reactor in particular, our scalable design, is going to be a very large player in that.

### John Hopkins, President and CEO

But honestly, we hope that these other reactors, because of the market size I stated earlier, they need to come to fruition and come forward. If we're going to go out and compete against state-owned enterprises, I don't want to be the only one in the industry that's publicly traded. We need to be able to have more information and more data to help support. So, none of them have yet have submitted their design survey, as you heard over and over. And how fast they're going to go through that? If it's a part 50, part 52. And, I think it'll be different for the non-white waters as the commissioner stated, additional resources may be required to understand if it's a sodium fast or a pebble bed versus a light water. And GEH is one that I hear a lot of, that they have an existing EBWR that now there's a shrunk down version. But, my litmus test, it took us 42 months to get through it. I don't see anybody doing it faster than that. We were the quickest ever to do it. And so, maybe it happens, but there is no such thing as NRC light. I mean, it's rigorous.

### Thomas Meric, Janney Montgomery

Follow on question to that, just in the sense of industrial heat applications and gas cold fast reactors. A, how do you think your quality of steam, of temperature and pressure compare to gen four reactors? And then, B, should we expect other reactors to get the

49

**NuScale Power 2023 Analyst Day**

EPZ similar to yours and see just do some of the more advanced designs and have a different EPZ?

**Dr. Jose Reyes, Co-Founder and Chief Technology Officer**

Those are great questions. I'll start with the EPZ first. I mentioned it took us seven years to get that methodology approved by the NRC. And I'll give you my secret here. Part of the secret of this is we have a very small core. So, we're able to passively cool our plants. And so, we're 250 megawatts thermal.

When you start going to cores of 1000 or 2000 megawatts thermal, there's a big challenge to try to get that source term confined and keep it within the boundary of the site boundary. So, part of that is developing a methodology which will describe your source term and the ability to calculate that accurately for the NRC. In terms of temperatures, the advantages that we're seeing now, and again, we just made this announcement back in March, working with oil and gas and steel and chemical companies, what is attractive right now is the fact that our modules will work at conventional reactor temperatures. So, these are 300 degrees or less.

We can send that steam then to a commercially available steam compression system, which will do work on our steam, pressurize that, and also increase temperature to about 500 degrees C. And so, as we talk to different oil and gas and chemical companies, this is now in the range of interest to them. More importantly, the quantity of steam. We're able to produce 500,000 pounds of steam per hour at these high temperatures and higher pressures. But, because of our proximity to the end user, we have less heat loss. So that's a big factor. We're able to transport that even though it's at 300 degrees C, we compress it, and pressurize it at the site. So, all of our high temperature materials are after that compressor. So, it reduces wear and tear on our reactors in terms of high temperature materials, high temperature and high-pressure stresses that you'd place on your reactor. So, we see multiple advantages to that, but it also opens it up for all light water reactors. This is a commercially available compression system. So now, other light water reactors can actually play a role in that decarbonization process for the chemical plants.

**Ryan Finks, B. Riley**

John, you spoke about some of the challenges earlier to CFPP, to the extent that you can, could you provide any updates around COD timing or anything we should be looking for in the near term on that project?

**John Hopkins, President and CEO**

The COD still remains the same at 2029 timeframe. It's just more about meeting with the customer and get them... As I said, there's three buckets of cost. The owner's cost, EPC cost, and my cost. I know my cost is well in line of what it should be. If you look at a general configuration of manufacturing and offsite, 30% in the factory, 70% in the field. And so, what we're doing with the customer is trying to enhance that project and figure out, can we do a better job on streamlining and get back to schedule.

**AVR Decl. Ex. 14**
**Page 50 of 52**

**NuScale Power 2023 Analyst Day**

### Ryan Finks, B. Riley

That's helpful. And then, congratulations on the standard power announcement. Could you just talk about your confidence in securing another two customers this year as your goal was to secure three more?

### John Hopkins, President and CEO

Well, I'll speak for myself. Again, as I said before, I don't want to get a mile wide each day and an inch deep. This whole ENTRA1 thing, it's going to be a ground-breaker, in terms of our ability to better focus and vet projects and then bring that... Somebody mentioned earlier about the capacity of a Russian net. They come in, they do a wraparound financing or whatever. We have that opportunity now. And, as I mentioned before, what excites me having come out of the process-oriented businesses, if I go talk to Microsoft or Amazon, they don't necessarily want to own the asset, they just want 24/7 reliable energy. So, if I can go and offer them an energy solution to provide build, own, operate. We will never be an operator, but you get a legitimate operator. Build, own, transfer.

And not only is that model here, but we're seeing it in Europe. The other area I like, as I mentioned earlier, you go into areas, Eiseman, Louisiana, Baytown, Texas, you've got a multiple of these process plants in close proximity to one another. So again, you build that thing outside the fence line and offer the... If it's hydrogen energy that they want or electricity energy, because our modules are scalable. So, you can have two or three provide an energy for desalinization, two or three provide energy for electricity, and they like that model. You bundle 12 of them, you're at a gigawatt size, 924 megawatts.

### Ramsey Hamady, CFO

I think it's also worthwhile mentioning that when we spoke about having three new customers in 2023, we had two projects that were each six modules. Two Voyager 6s. Right now, what we announced with Standard Power and with ENTRA1 is two different sites, each site with 12 modules, just from the idea of scaling and increasing our sales pipeline. That's a very substantial increase on what we have outstanding today. I hope that we get many more projects. I hope we get more projects this year. But I think we can consider today a great win. If I look to see how the markets reacted, at some point we were up 21.2% today. I think the investment public sees this as a great win. So, we're very happy with the performance we had today.

### Clayton Scott, Chief Commercial Officer

And, I'll just add, KGHM and Poland is another customer that we're looking to move to the next level this year, which is one of the considerations. And the other thing is it's October 6th, there's still time.

### Scott Kozak, Director of Investor Relations

This concludes our Q&A session. John has some concluding remarks before we do the technology demonstration.

**AVR Decl. Ex. 14**
**Page 51 of 52**

**NuScale Power 2023 Analyst Day**

**John Hopkins, President and CEO**

I guess, to conclude, as we demonstrated today, we've moved from R&D to delivery. We've hired skill sets to deliver on our commitments and we are all laser focused on meeting or exceeding our objectives.

I come from a world where you only known your last project. You can say one "aw shucks" can wipe out 10 "attaboys". We have continued to deliver on key milestones that instill confidence in our customers, regulators, and our members and our employees. The renewed interest in nuclear and SMRs globally is remarkable, and NuScale is uniquely positioned to capitalize on this opportunity. I really believe that. Or we all believe that. I'm incredibly proud of my colleagues and you heard from today and our entire team of employees and partners, the milestones that we have achieved over the past 16 years, thanks to this gentleman, has been truly astonishing. We are going to keep pushing as hard as we can to commercialize our technology in order to achieve our mission of improving the quality of life for all mankind, humankind.

It's going to be an exciting journey and for those of you who are invested or tracking us, you'll continue to see more revolutions and advancements in this critical mission. I thank you again for joining us here today. And for those with us in person, I hope you enjoy the demonstration that Dr. Reyes will show over there. I was just in Ukraine. We mentioned these E2 centers. These are actual controlling simulators that are in our NuScale plant. We have six universities now that have incorporated with their training system. We just put them in Polytechnica in Romania at the university. When I was just there, Secretary Carey and the Romanian Prime Minister were sitting at the modules doing dynamic simulations of various events. And so, we're looking to put them elsewhere in the world. We got one proposed in Korea, hopefully in Japan coming up. So, we actually have our control rooms in major universities, where engineering students are learning how to run a NuScale technology powered plant. It's pretty cool.

**AVR Decl. Ex. 14**
**Page 52 of 52**