AVR Decl. Ex. 15
Page 1 of 95



# NuScale Power 2023 Analyst Day

Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 2 of 95

AVR Decl. Ex. 15
Page 2 of 95

# Forward-Looking Statements

This presentation ("Presentation") and any oral statements made in connection with the Presentation do not constitute an offer to sell or a solicitation of an offer to buy any securities.

Certain statements in this Presentation may constitute "forward-looking statements" within the meaning of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements regarding the expectations, hopes, beliefs, intentions or strategies of NuScale Power Corporation (the "Company") regarding the future, including, without limitation, statements regarding plans for research and development programs and expectations regarding revenues and profitability.  In addition, any statements regarding projections, forecasts, or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. Words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that statement is not forward looking. Forward-looking statements are based on current expectations and assumptions that, while considered reasonable by the Company and its management, are inherently uncertain. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risks and uncertainties.

Factors that may cause actual results to differ materially from current expectations include, but are not limited to, general economic conditions and other risks, uncertainties and factors (a) set forth in the section entitled "Cautionary Statement Regarding Forward-Looking Statements and Risk Factors"" in the Company's annual report on Form 10-K for the period ended December 3, 2022, the Form S-1 filed on March 20, 2023 and declared effective on March 23, 2023, the Registration Statement on Form   S-3 filed on June 1, 2023 and declared effective on June 5, 2023, and under similar headings in subsequent filings with the SEC, and (b) associated with companies like the Company that operate in the energy industry. Such differences may result both from actions within the control of the Company, such as capital investments, asset acquisitions, and marketing initiatives, and from actions outside the control of the Company, such as the demand for the Company's products, changes in technology, competition and general economic and market conditions. Nothing in this Presentation should be regarded as a representation that any forward-looking statement set forth herein, or the results of any forward-looking statement, will be achieved. You should not place undue reliance on forward-looking statements in this Presentation, which speak only as of the date they are made and are qualified in their entirety by reference to the cautionary statements herein. The Company does not undertake or accept any duty to release publicly any updates or revisions to any forward-looking statement herein to reflect any change in its expectations or in the events, conditions or circumstances on which any such statement is based. This Presentation does not purport to summarize all of the conditions, risks and other attributes of an investment in the Company.

The information contained in this Presentation was prepared by the Company and/or obtained from outside sources. All information presented in this Presentation with respect to estimates and projections as to future operations are based on material prepared by the Company and involves significant elements of subjective judgment and analysis, which may or may not be correct. Neither the Company nor any of its affiliates assumes any responsibility for the accuracy or completeness of the information contained within this Presentation. This Presentation does not, and if hereafter supplemented, will not, contain all of the information that may be required to evaluate any investment in the Company. The Company makes no representations   or warranties, express or implied, as to the accuracy or completeness of the information contained in this Presentation and nothing herein is, or shall be relied upon as, a representation or warranty with respect to past or future facts or results.

This Presentation includes industry and market data, including forecasts and other forward-looking information, obtained from, among other sources, reports of governmental agencies, industry publications, studies and surveys, and internal company surveys. Such reports, industry publications, studies, surveys, and forecasts generally state that the data contained therein has been obtained from sources believed to be reliable, but that data may be incomplete or inaccurate. Such data has not been independently verified, and the Company makes no representation as to the accuracy or completeness of such data or any assumptions relied upon therein. Finally, while the Company believes its internal research is reliable, such research has not been verified by any independent source.

**Other Items**

This Presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are the property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this Presentation may be listed without the TM, SM, © or ® symbols, but the Company will assert, to the fullest extent under applicable law, the rights of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

You are encouraged to read the Company's reports and other documents filed with the SEC. Such reports and other documents may be obtained free of charge at the SEC's website at www.sec.gov.

This Presentation is based upon work supported by the Department of Energy under Award Number DE-NE0008928. This Presentation was prepared as an account of work sponsored by an agency of the United States (U.S.) Government. Neither the U.S. Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the U.S. Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the U.S. Government or any agency thereof.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 3 of 95

AVR Decl. Ex. 15
Page 3 of 95

# Agenda

**NuScale Power's Vision and Strategy**
John Hopkins, President and Chief Executive Officer — 8:15am

**Unparalleled Technology, Safety and Innovation**
Dr. José Reyes, Co-Founder and Chief Technology Officer

**Nuclear: A Once-in-a-Generation Moment (Q&A)**
Maria Korsnick, President and Chief Executive Officer, NEI

**Capturing Global Commercial Deployment Opportunities**
Clayton Scott, Chief Commercial Officer

**Robust Supply Chain and Services**
Tom Mundy, President, VOYGR Services and Delivery

**Q&A** — 9:45am

**Break**

**Consistent Delivery Through Operational Excellence** — 10:05am
Carl Fisher, Chief Operating Officer

**Primer on NRC Process and Expectations (Q&A)**
Steve Burns, Former NRC Chairman and Commissioner

**Well-Positioned for Global Regulatory Leadership**
Carrie Fosaaen, Vice President, Regulatory Affairs

**Financial Strategy and Outlook**
Ramsey Hamady, Chief Financial Officer

**Q&A** — 11:10am

**Closing Remarks**
John Hopkins, President and Chief Executive Officer

**Technology Demonstration** — 11:30am
Dr. José Reyes, Co-Founder and Chief Technology Officer



AVR Decl. Ex. 15
Page 4 of 95



# NuScale's Vision and Strategy

**John Hopkins**
*President and Chief Executive Officer*

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 5 of 95

AVR Decl. Ex. 15
Page 5 of 95

# Power for All Humankind



**Transformational small modular reactor (SMR)** provider well-positioned as a first-mover and long-term leader



Massive market opportunity to **power decarbonized energy transition, expand reliable energy security, and support process heat applications**



**Poised for long-term profitable growth** and continued near-term commercial deployment due to new customer and strong pipeline opportunities



**Significant technology, regulatory, and operational competitive advantages** will drive sustainable value creation for the world and shareholders

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 6 of 95

AVR Decl. Ex. 15
Page 6 of 95

# NuScale at a Glance (NYSE: SMR)

## Who We Are and What We Do

### Technology Provider

**1st and only** U.S. Nuclear Regulatory Commission (NRC) approved SMR

- ✓ **~$1.6B** cumulative capital invested to date
- ✓ **16 years of R&D** and testing (founded in 2007)

### IP Owner

**686** total patents

- ✓ **505** granted
- ✓ **181** pending trade secrets

### Original Equipment Manufacturer (OEM)

**545** employees with unparalleled experience

- ✓ **~33%** earned Masters in Engineering/Science degrees
- ✓ **~15%** are military veterans
- ✓ **~60%** ages 30-49
- ✓ **~44%** either female or person of color






## NuScale is the Leading SMR Technology Provider and an OEM

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 7 of 95

AVR Decl. Ex. 15
Page 7 of 95

# Strategic Partnership Spotlight | ENTRA1 Energy

## Overview

 Independent energy production company with **45+ years of experience**

 **Robust global pipeline of energy production plants** to be powered by NuScale's SMR Technology

## Partnership

 **Exclusive relationship** as we expand globally

 **Energy production plants are developed and owned by ENTRA1 with NuScale-inside** supplying safe, reliable, 24/7, carbon-free, baseload secured energy to a variety of offtakers/end-users

## End-User Value Creation

 **Single hub solution** to meet growing energy demand

 **Bespoke structures** to meet unique customer needs

## Newest Customer



NuScale is supplying projects with **two 12-module, 924 MWe power plants**

## Partnership Accelerates and Expands Our Technology Deployment

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 8 of 95

AVR Decl. Ex. 15
Page 8 of 95

# Transition Requires Massive Increase in Carbon-Free Capacity Additions for Electricity Needs Alone



## New Nuclear Industry Trends

- **Expected to capture a meaningful portion** of the growth in baseload generation capacity

- SMRs likely to account for about **1/3 of all nuclear new builds**

## How We're Well Positioned

- **SMR first-to-market advantage** with mature regulatory, technology and manufacturing readiness

- **Attractive design features** that provide best-in-class flexibility, safety and cost effectiveness

## Established Leader in Capturing Attractive SMR Addressable Market Opportunity

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



# NuScale Can Power a Range of Applications Critical to Energy Transition



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 10 of 95

AVR Decl. Ex. 15
Page 10 of 95

# Many Sectors Still Desperately Need to Decarbonize Energy Consumption

## Total U.S. Greenhouse Gas Emissions by Economic Sector (2021)

Commercial & residential — 13.0%

Agriculture — 10.0%

Industry — 23.0%

Transportation — 29.0%

Electric power — 25.0%

Source: EPA – Sources of Greenhouse Gas Emissions, April 2023

## Key NuScale Capabilities

- **Produce steam** and electricity for industrial applications

- **Provide electricity for heating and cooling** as well as cooking and district heating needs

- **Generate clean hydrogen** for ammonia and other uses

- Contribute electricity to **support U.S. government target of 50% electric vehicle sales by 2030**

## Our Technology Can Provide Solutions to Diverse Set of Energy Transition Needs

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 11 of 95

AVR Decl. Ex. 15
Page 11 of 95

# Significant U.S. Government Support for SMRs to Help Power the Energy Transition

## Funding for NuScale SMR Technology Development

**Development Support**



- To date, DOE has granted awards totaling **$650M+**

**Commercial Project Support**



- **Carbon Free Power Project -** DOE awarded a **10-year ~$1.4B cost share grant in 2020**

- **RoPower** - Multinational public-private partnership to **provide ~$275M to advance deployment**

## Strong Bi-Partisan Support for DOE's SMR Program Since 2014[1]



**$1B+**
in appropriations for SMR specific program

**Other Bi-Partisan Legislation Supporting SMR Deployment**



**ADVANCE Act** introduced to support development and deployment



**International Nuclear Energy Act** reintroduced to encourage harmonization

## Key Inflation Reduction Act (IRA) Provisions

**Provides Significant Tax Credits for Advanced Nuclear, SMRs**

 Loan Guarantee Expansion

 Advanced Energy Project Credit

 Clean Hydrogen Credit

 Coal Plant Repurposing

## Support Highlights the Potential SMRs Have to Provide Energy Solutions

1. Source – Department of Energy Data



Case 3:23-cv-01689-IM   Document 57-15   Filed 11/01/24   Page 12 of 95

AVR Decl. Ex. 15
Page 12 of 95

# Seasoned Management Team is a Key Competitive Advantage



**John Hopkins**
President & Chief Executive Officer



*Since 2012*





**Ramsey Hamady**
Chief Financial Officer



*Since 2023*



**Jose Reyes, Ph.D.**
Co-Founder & Chief Technology Officer



*Since 2007*



UNITED STATES NUCLEAR REGULATORY COMMISSION



**Carl Fisher**
Chief Operating Officer



*Since 2023*



UNITED STATES NAVY



**Clayton Scott**
Chief Commercial Officer



*Since 2022*





**Tom Mundy**
President, VOYGR Services & Delivery



*Since 2012*







**Robert Temple**
General Counsel



*Since 2016*




UNITED STATES NAVY




## Assembled Team with Skills Needed for Next Stage of Development

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 13 of 95

AVR Decl. Ex. 15
Page 13 of 95

# How We Win | Strategy for Long-term Profitable Growth



**Accelerating**
technology and
manufacturing readiness

- **Obtaining swift Standard Design Approval** for 77 MWe design
- Leveraging mature and **extensive partner and supplier ecosystem**
- **Harnessing repetitive factory fabrication** benefits
- **Executing on First-of-a-Kind** technology design



**Deploying**
best-in-class designs and
manufacturing processes

- **Producing modules** for current projects
- **Earning services revenue** before and after commercial operation date
- **Progressing projects with new customers** in global pipeline
- **Establishing best-in-class Nth-of-a-Kind** technology design



**Expanding**
markets, applications and
capabilities

- **Entering new international markets** in Europe, Far East and Africa
- **Engaging to harmonize** global regulatory frameworks
- Capturing **coal-to-clean and industrial hydrogen opportunities**
- Capitalizing on **industrial process heat applications**
- **Leveraging ENTRA1 partnership** to offer tailored customer solutions with accelerated pipeline growth

## Pivoting from R&D Focus to Commercialization and Product Delivery

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 14 of 95

AVR Decl. Ex. 15
Page 14 of 95

# Sustainable Competitive Advantages Fuel Advanced Nuclear Leadership



**Mature Technology & Intellectual Property**



**Operational & Regulatory Excellence**



**Deep Industry Relationships**



**Strategic Partner & Supplier Ecosystem**



**Mission & Safety Driven Culture**



**Seasoned Management Team**

## Driving Long-term Customer and Shareholder Value Creation

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



**AVR Decl. Ex. 15**
**Page 15 of 95**



# Unparalleled Technology, Safety and Innovation

**José N. Reyes, Ph.D.**
*Co-Founder and Chief Technology Officer*

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 16 of 95

AVR Decl. Ex. 15
Page 16 of 95

# NuScale is Mission Driven to Help Solve Key Global Energy Problems

## Mission

Provide scalable
advanced nuclear technology
**to improve the quality of life for
humankind around the world**

## Purpose and Values

**Progress People, Planet, and Prosperity**
through social equity,
environmental stewardship and
economic development

## Key Global Energy Problems

 **Decarbonization**

 **Solar, wind and battery complements**

 **Revitalization of communities**

 **Data processing and AI**

 **Energy security and diversification**

## Well-Positioned to Address the Most Critical Domestic and Global Needs

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



# Technology and Innovation Priorities

 **Mission to improve quality of life** fuels our technological development and innovation

 Poised for sustainable SMR regulatory and commercial leadership due to our **unparalleled design safety features**

 Safety, simplicity, and efficiency of module and plant designs drive **important differentiators from traditional nuclear, renewables and other potential SMRs**

 Well-positioned for application expansion and to **develop new solutions for attractive markets and customers**

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 18 of 95

AVR Decl. Ex. 15
Page 18 of 95

# Our Core Technology | NuScale Power Module™



Containment
Pressurizer
Steam Generators
Reactor Pressure Vessel
Reactor Core

76 ft
15 ft

## Key Specifications

| | |
|---|---|
| **Electrical Capacity** | 77 MWe |
| **Modules per Plant** | Up to 12 (924 MWe) |
| **Design Life** | 60+ years |
| **Fuel Supply** | Existing light water reactor nuclear fuel |
| **Safety** | Walk-away safe |
| **Emergency Planning Zone (EPZ)** | NRC-approved site boundary EPZ |

### Reactor Building Houses NuScale Power Module™, Spent Fuel Pool and Reactor Pool



## Committed to Innovation and Ingenuity

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 19 of 95

AVR Decl. Ex. 15
Page 19 of 95

# Unparalleled Safety and Demonstration

## Proven Light Water Reactor (LWR) Technology

- ✓ 67 years of **civilian and naval operational experience**

- ✓ **Used in more than 350 commercial reactors globally**, and 83 nuclear-powered ships

- ✓ **Natural circulation** with light water pressurized and packaged in a small integral reactor vessel

- ✓ **Well-known, commercially and economically available** low-enriched uranium dioxide fuel

### $150M+ Expended on State-of-the-Art Test Programs and Demonstrations




## Best-in-Class Data Quality and Risk Assessment Validations

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 20 of 95

AVR Decl. Ex. 15
Page 20 of 95

# Setting SMR Standards for Design Safety and Innovation



## Unlimited Coping Period[1] for Reactors

**Coping Period Comparison:**
Extreme Station Blackout & AC/DC Power Loss

 **Generation II Reactors:** 4-8 Hours with Significant Operator Actions Required ⊗

 **Generation III & III+ Reactors:** Up to 72 Hours with No Operator Actions ⊗

 **ONLY SMR WITH UNLIMITED** NO OPERATOR ACTIONS OR EXTERNAL SUPPORT ✓

## NRC-Approved Site Boundary Emergency Planning Zone (EPZ)

 **Significantly smaller** radius than traditional nuclear

 **"At-the-fence" proximity** to end-users

 **Increased siting flexibility** and decreased operating costs

## Unparalleled Capability and Performance

**"Black-Start" and "Island Mode"**
No grid power or connection required – **first for a nuclear power plant**

**First Responder Power**
Can inject power back into the system to **support grid restoration**

**Highly Reliable, 24/7 Carbon-free**
Clean energy to mission-critical with reliability over the 60-year plant lifetime

# Proven Safety Features Drive Credibility with Regulators and Customers

1. Coping period is defined as time available from loss of all AC power to the safety bus until onset of core damage if no counter measures

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 21 of 95

AVR Decl. Ex. 15
Page 21 of 95

# First-Mover in Providing the Only Viable Zero-Emission Baseload Technology

| Key Criteria | | | | |
|---|---|---|---|---|
| Generation Type | Approx. 2020 U.S. Generation Volume Mix (EIA) | Baseload Capable/ Dispatchable? | Zero-Emission? | Effectively Deployable at Scale? |
| Gas/Oil | 39% | ✓ | ✗ | ✓ |
| Coal | 23% | ✓ | ✗ | ✓ |
| Nuclear: Large Scale | 19% | ✓ | ✓ | ✗ |
| Hydroelectric | 8% | ✓ | ✓ | ✗ |
| Wind | 7% | ✗ | ✓ | ? |
| Solar | 2% | ✗ | ✓ | ? |
| Biomass | 2% | — | ✗ | ✗ |
| Geothermal | <1% | ✓ | ✓ | ✗ |
| **Nuclear: SMR** | - | ✓ | ✓ | ✓ |
| Hydrogen | - | ✓ | ? | ? |
| Fusion | - | ✓ | ✓ | ? |

## SMRs Critical for Faster, Economically Viable Carbon-Free Energy Transition

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 22 of 95

AVR Decl. Ex. 15
Page 22 of 95

# Many Advantages Compared to Large-Scale Nuclear Power





| | Large-Scale Nuclear Power Plant | Why Our 12-Module Design is Better |
|---|---|---|
| Power Output | 1,000-1,600 MWe per reactor | 924 MWe; scalable |
| Size/Siting | >1 sq. mile; 10-mile EPZ | 0.06 sq. mile; EPZ at site perimeter |
| Flexibility | Primarily used for baseload power | Baseload; industrial heat; hydrogen; renewable support |
| Safety | Higher maintenance; active safety systems | Indefinite self-cooling; no AC/DC or added $H_2O$; passive |
| Construction | 8+ years; high-level of customization | ~3 years; standardized, factory-fabricated modules |
| Refueling | 25 days outage; 92% capacity factor | Continuous refueling; 95% capacity factor |

## Creating Value Through Better Siting, Flexibility, Safety and Operating Efficiency

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 23 of 95

AVR Decl. Ex. 15
Page 23 of 95

# NuScale is Years Ahead of the SMR Competition



| Selected Differentiators | NUSCALE™ Power for all humankind | Advantages Over Other LWRs and Non-LWRs[1] | |
|---|---|---|---|
| | | Other LWRs | Non-LWRs[2] |
| Underlying Technology Track Record | ✓ Light water reactor (LWR) (60+ years history) | Same as NuScale | Relatively limited |
| Fuel Supply Infrastructure | ✓ Exists (50+ years history) | Same as NuScale | Does not exist today |
| Manufacturing Infrastructure | ✓ Multiple suppliers for all components | Same as NuScale | Largely in place, but risks exist |
| U.S. NRC Licensing | ✓ Standard Design Approval in 2020 Design Certification in 2023 Second Standard Design Approval Application (SDAA) Accepted in 2023 | None (applications not yet submitted) | None (applications not yet submitted) |
| Coping Period | ✓ Unlimited | Varies (between 7-days and unlimited) | Goal of unlimited |
| Unmatched Capabilities | ✓ Innovations including "black-start," "island mode," off-grid operation, and site boundary EPZ | TBD | TBD |

## Strategic Design Decisions as Important as Regulatory First-Mover Advantage

1. Does not include micro-reactors
2. For example; high temperature gas cooled, molten salt, and fast-reactor technologies

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 24 of 95

AVR Decl. Ex. 15
Page 24 of 95

# Key Competitive Advantage | NRC-Approved Emergency Planning Zone



Pre-determined **protective action plans a must** for large publicly accessible areas

**Williams Power Station (Coal, 650 MW), S. Carolina
Announced retirement date of 2028**

**Strong regulatory advantages**
over other SMRs

- Engaged with NRC on **rule for advanced nuclear emergency preparedness**

- Completed all **requirements to obtain approval (took ~7 years)**

- Process to obtain approval is **rigorous and time consuming**

- **Must have NRC-approved methodology** to achieve site-boundary EPZ



## Only SMR with NRC-Approved Proprietary Method for Calculating Site-Boundary EPZ

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 25 of 95

AVR Decl. Ex. 15
Page 25 of 95

# NuScale is Well-Positioned for Integrated Energy System Solutions

## Enhancing the Power Grid

### Grid Resiliency



- NuScale Power Modules (NPMs) **not impacted by adverse weather**

- On loss of offsite grid, **modules can remain at power** and be available to provide electricity at restoration

### Mission-Critical Facilities



- **Modules can provide highly reliable power** to mission critical micro-grids (e.g., hospitals)

- Capable of supplying **power without external grid connection**

## Energy Transition-Specific Opportunities



### Coal Plant Replacement

- **130+ coal plants** in the U.S., representing ~140+ GW of capacity, are **planned for retirement through 2050**



### Carbon Capture & Sequestration (CCS)

- **Our technology can provide 100% clean power and direct air capture** for energy-intensive CCS facilities



### Data Centers and AI

- Can provide solutions to **support rapid growth in energy needs from machine learning**



### Support for Wind and Solar Development

- **Capabilities well suited to intermittency needs** and conventional renewable support in the face of scale and cost challenges




### Hydrogen Production

- One module can produce **50 metric tons (Mt) of hydrogen per day**



### Water Desalination

- One module can provide **~77M gal of clean water per day**

## Going Beyond Baseload Electricity

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 26 of 95

AVR Decl. Ex. 15
Page 26 of 95

# NuScale Steam Production Can Satisfy Key Industrial Applications

*Graphic adapted from "International Atomic Energy Agency, Opportunities for Cogeneration with Nuclear Energy, 2017, with additional data and input from industry*

**Accelerating** power and heat generation

- **Generate 250 MWt of thermal power via superheated steam** (12-module generates 3 GWt)

- Yield ~500K lbs. of steam/hour at **1500 psia/500°C (2400 psia/650°C being evaluated)**

**Deploying** solutions to new opportunities

- **Study with Shell Global to assess hydrogen production** using NuScale integrated system

- DOE announced award with Oakridge National Lab to perform **study for major U.S. petrochemical with goal to produce scalable process heat**

**Expanding** value from design advantages

- **Site boundary EPZ minimizes heat-loss** from transport process

- NuScale Power Module **not impacted by corrosion from extremely high-temperatures**

## Capable of Providing Scaled Process Heat Without Using a High-Temp Reactor



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 27 of 95

AVR Decl. Ex. 15
Page 27 of 95

# Technology and Innovation Priorities

 **Mission to improve quality of life** fuels our technological development and innovation

 Poised for sustainable SMR regulatory and commercial leadership due to our **unparalleled design safety features**

 Safety, simplicity, and efficiency of module and plant designs drive **important differentiators from traditional nuclear, renewables, and other potential SMRs**

 Well-positioned for application expansion and to **develop new solutions for attractive markets and customers**

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 28 of 95

AVR Decl. Ex. 15
Page 28 of 95





# Nuclear: A Once-in-a-Generation Moment

## Maria Korsnick
*President and Chief Executive Officer, NEI*



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 29 of 95

AVR Decl. Ex. 15
Page 29 of 95







# 24/7
## Clean Energy Generation

# 0
## Carbon Emissions

# ~100K
## Permanent Jobs

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.

 

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 30 of 95

AVR Decl. Ex. 15
Page 30 of 95

# "**Carbon-free nuclear power** is an absolutely critical part of our decarbonization equation."



**Jennifer Granholm**

Secretary

U.S. Department of Energy

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.

 

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 31 of 95

AVR Decl. Ex. 15
Page 31 of 95



# 200+

**Nuclear related** bills across the country

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.




Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 32 of 95

AVR Decl. Ex. 15
Page 32 of 95




**300 gigawatts by 2050**

**Today**

**3x**

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 33 of 95

AVR Decl. Ex. 15
Page 33 of 95



Allies are deepening their nuclear energy **commitments.**

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.

 

AVR Decl. Ex. 15
**Page 34 of 95**

# Global Demand Is Growing

Currently operating
nuclear power

Considering, planning,
or starting nuclear
power programs




Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 35 of 95

AVR Decl. Ex. 15
Page 35 of 95

# Russian and Chinese Influence

**Russia**

**China**

**Both**

**Includes hard and soft MOUs, infrastructure development, and reactors contracted, proposed, or under construction. Excludes countries that have since renounced Russian and Chinese partnership.**

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.





Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 36 of 95

AVR Decl. Ex. 15
Page 36 of 95



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 37 of 95

AVR Decl. Ex. 15
Page 37 of 95

# Q&A

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.




**AVR Decl. Ex. 15**
**Page 38 of 95**



# Capturing Global Commercial Deployment Opportunities

**Clayton Scott**
*Chief Commercial Officer*

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 39 of 95

AVR Decl. Ex. 15
Page 39 of 95

# Business Development and Pipeline Priorities



Ready with **certified, approved and deployable technology**



**Delivering for customers through readiness advantages** to support their near- and long-term deployments



Manufacturing first NuScale Power Modules (NPMs) for customers with **clear strategy to capture near-term commercial opportunities**



**Partner, developer, builder, owner, finance model developed with ENTRA1 partnership** to accelerate plant deployments

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 40 of 95

AVR Decl. Ex. 15
Page 40 of 95

# Blazing the Trail to Commercialization

## Well-Positioned to Compete

✓ **Standard design** with scalable size and output

✓ **Best-in-class product features** for customers

✓ **First-mover advantage** in highly coveted U.S. and international markets

✓ Ongoing relative **regulatory and deployment progress**



## Positioned as SMR Technology Market Leader Over Near- and Long-term

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 41 of 95

AVR Decl. Ex. 15
Page 41 of 95

# How We Win | Commercial Go-to-Market Strategy

## Massive Addressable Market (16K+ GW)

Coal to Nuclear **(RoPower)**

Data Centers/AI **(Standard Power)**

Hydrogen Production **(Shell)**

Ammonia Production **(Ukraine)**

Steel Producers **(Nucor)**

Industrial Process Heat **(Oakridge)**

Baseload Electricity **(CFPP)**

Desalinization **(Aquatech)**

Direct Air Capture

Mission Critical Power

## Strategy to Capture Market Share

 **Accelerating** first-to-market advantage benefits

 **Deploying** specific targeting strategy to focus on what we do best

 **Expanding** pipeline with new applications and capabilities

## Targeted Customers

**Key Prospect Opportunities**

- Large-scale **industrial manufacturers**
- **Major utilities that include SMRs** in their integrated resource plan (IRP)
- **Coal** power plants, **oil** refineries, **chemical** plants and **data centers/AI**

**Attractive Characteristics**

- **Strong site selection readiness** with clear path to site approval
- **Demand and capacity for multiple plant configurations**, leveraging our design standardization

## Well-Positioned for New Customer Acquisitions as Only Near-term Deployable SMR



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 42 of 95

AVR Decl. Ex. 15
Page 42 of 95

# Inflation Reduction Act (IRA) Provides Significant Support for Advanced Nuclear and Incentivizes Plant Construction to Occur by 2032

 **30% tax credit towards the building cost** of carbon-free advanced nuclear power plants

 **Potential 50% cost reduction for building an SMR** at former coal sites

 **Clean Electricity Tax Credits**

- **30% ITC** (investment tax credit)
- **Technology-neutral** tax credits
- Start in **2025** and phased out in **2032**[1]
- **10% bonus** for eligible facilities[2]
- **10% bonus** for domestic content

 **Loan Guarantee Expansion**

- DOE's Loan Programs Office can employ up to **$40B in additional loan authority**
- **Additional $3.6B** to cover loan guarantee costs

 **Clean Hydrogen Credit**

- **$3/kg-H2 PTC** for qualifying facilities
- Must begin **construction before 2033**
- Available for **10 years**

 **Advanced Energy Project Credit**

- **30% ITC** for qualifying manufacturers producing clean energy components
- **$10B extension cap, with $4B** to be located in energy communities

## Nuclear to Receive Federal Support Previously Only Available to Renewables

1. Or when CO2 emissions from electricity production are 75% below 2022 levels
2. In certain communities, e.g., coal plant communities

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 43 of 95

AVR Decl. Ex. 15
Page 43 of 95

# Coal-to-Clean Energy Transition Expected to Accelerate

## Insights from the U.S. DOE Coal-to-Nuclear Report[1]:

- **Construction cost savings are between 15 – 35%**
  for a nuclear power plant to be built on a coal power plant site

- **80% of 394**
  active and recently retired coal plant sites are candidates to host SMRs

- **$275M in new economic activity; 92% increase in direct tax revenues** per plant, including 650 permanent jobs

- **The IRA places advanced nuclear on a level playing field**
  with other zero-carbon generation sources

- Additional tax incentives are available for
  **projects in energy communities where coal mines or coal-fired power plants have closed**





## Repurposing of Retired Coal Plants Represents Significant Opportunity for NuScale

1. U.S. DOE, "Investigating Benefits and Challenges of Converting Retiring Coal Plants into Nuclear Plants, 2022 H.R.5376
-117th Congress (2021-2022): Inflation Reduction Act of 2022

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 44 of 95

AVR Decl. Ex. 15
Page 44 of 95

# Well-Positioned to Monetize Hydrogen Opportunity

## Massive Opportunity

**95%** of the world's hydrogen is being produced using fossil fuels, especially natural gas

50 tons of hydrogen per day **avoids ~460 tons of $CO_2$ emissions/day; 168K tons/year**[1]

## Ukraine Clean Fuels from SMRs Pilot Project

- **U.S./Ukraine public-private partnership announced** at COP27 with participation from Japanese and Korean industry
- **Will assess and demonstrate the use of NuScale's SMR technology** for commercial-scale production of hydrogen and ammonia
- Will produce **~0.5 metric tons of hydrogen/day and ~3 metric tons of ammonia/day**

## Enabling Decarbonization Across Many Sectors



## Our SMR Produces ~2.1kg of Hydrogen/Hour Without Carbon Emissions

1. Compared to hydrogen produced from natural gas

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 45 of 95

AVR Decl. Ex. 15
Page 45 of 95

# ENTRA1-NuScale Model | One Stop Shop-Single Hub

**NuScale Power LLC (Technology Provider/ OEM) provides Nuclear Power Modules (NPMs) to ENTRA1 (Developer/Owner) to be installed in reactor building of ENTRA1 energy plants**



## ENTRA1

**ENTRA1 Energy LLC (Developer/Owner) is an Independent Energy Producer utilizing the NuScale SMR Technology and NuScale standard plant design for its energy plants**



**Energy Production Plants are developed and owned by ENTRA1 with NuScale-inside supplying safe, reliable, 24/7, carbon free, baseload, secured energy to a variety of offtakers/end-users**



OIL REFINERIES

HYDROGEN PRODUCTION

DATA CENTER/AI

DESALINATION

MISSION CRITICAL FACILITIES

WIND

NUSCALE PLANT

## Strategic Partnership to Accelerate NuScale's Commercial Growth



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 46 of 95

AVR Decl. Ex. 15
Page 46 of 95

# Providing a Single Hub Solution to Meet Growing Consumer Energy Demand

**Exclusive Global Strategic Partner for Commercialization and Development of Energy Plants with NuScale SMR Technology**



**ENTRA1 Provides Bespoke Structures to Meet the Unique Needs of Energy Consumers and Purchasers**

### Build, Own, Operate (BOO)

**ENTRA1 owns and operates with energy sold under a long-term power purchase agreement (PPA)** to an off-taker and to the spot market after the PPA term

### Build, Operate, Transfer (BOT)

ENTRA1 owns, but operations are **transferred to a utility company under a long-term operating lease**

### Development and Financing

ENTRA1 develops and finances, while a plant is **owned and operated by a utility company**

**ENTRA1 entitled to developer fee and royalties** throughout plant life

## ENTRA1 Has Robust Global Pipeline of Energy Plants, Powered By Our Technology

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



# Already Leveraging Partnership to Drive Module Sales Growth

## Targeted Customers

 StandardPower

### Key Prospect Opportunities

- Large-scale **industrial manufacturers**
- **Major utilities that include SMRs** in their integrated resource plan (IRP)
- **Coal** power plants, **oil** refineries, **chemical** plants and **data centers/AI**

### Attractive Characteristics

- **Strong site selection readiness** with clear path to site approval
- **Demand and capacity for multiple plant configurations**, leveraging our design standardization

### Data Center Energy End-User

- **Infrastructure-as-a-Service (IaaS) solutions provider** to advanced data processors

### How We Won the Business

- Regulatory and manufacturing **readiness to align with timing needs**
- **Design and capacity to supply 1.8K+ MWe need for selected sites** via 2 12-module, 924 MWe power plants
- **ENTRA1 provided solutions** to de-risk projects

## Model Provides Repeatable Platform to Scale Our Technology

 

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 48 of 95

AVR Decl. Ex. 15
Page 48 of 95

# Leveraging Domestic and International Presence as First Commercially Available SMR Technology

**3** committed customers[1]

CARBON FREE POWER PROJECT — RoPower — StandardPower

**15+** committed to proceed with new nuclear

**120+**
total customer leads

**Current Pipeline**

Europe
25+

North America
70+

Asia
10+

Africa
5+

## Robust Global Project Pipeline With Strong Long-term Growth Potential

1. As of 10/6/23, Contracted customers include Utah Associated Municipal Power Systems (UAMPS), RoPower Nuclear S.A. and ENTRA1 through Standard Power

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.


NUSCALE — Power for all humankind

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 49 of 95

AVR Decl. Ex. 15
Page 49 of 95

# Business Development and Pipeline Priorities

 Ready with **certified, approved and deployable technology**

 **Delivering for customers through readiness advantages** to support their near- and long-term deployment needs

 Manufacturing first Nuclear Power Modules (NPMs) for customers with **clear strategy to capture near-term commercial opportunities**

 **Partner, Developer, Builder, Owner, Finance model developed with ENTRA1** to accelerate pipeline growth

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



**AVR Decl. Ex. 15**
**Page 50 of 95**

# Robust Supply Chain and Services

**Tom Mundy**
*President, VOYGR Services and Delivery*

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 51 of 95

AVR Decl. Ex. 15
Page 51 of 95

# Current Customer Project Engagement and Supply Chain Priorities

 Departmental restructuring and rigorous program management ensures **all current and future projects are managed for profitability**

 **Established supply chain emphasizing long-term partnership** enhances our ability to deliver for customers

 "Build-to-print" supply chain philosophy ensures **security of supply and an ability to ramp up production to meet customer orders**

 Strong long-term financial profile from **providing recurring services and delivering NuScale Power Modules**

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 52 of 95

AVR Decl. Ex. 15
Page 52 of 95

# The Only North American SMR in Production Mode

## 3 Dedicated Teams to Support Profitable Growth

**Client Management** for customer engagement
**Supply Chain** for equipment
**Services** for additional revenue opportunities

| Quality Assurance | Manufacturing Program |
|---|---|
| Supplier Readiness | Manufacturing Trials |

- ✓ Established **quality assurance and manufacturing programs**
- ✓ Received American Society of Mechanical Engineers "N" Stamp; **important verification of design and manufacturing capabilities**
- ✓ Implemented teams to drive **services growth and efficiency in design, manufacturing, testing, and turnover integration processes**
- ✓ Made necessary **component supplier investments**
- ✓ Completed full scale **NPM manufacturing trials**

## Efficient, Repeatable Manufacturing Process



**Ingot melt and forging**



**Pressure vessel & component manufacturing**



**Pressure vessel & component transportation**



**Piping, valves, sensors & cables to pressure vessels**

**Manufactured in the factory and delivered to the customer site**

## Strong Program Management Drives Consistent Delivery of Modules and Services

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 53 of 95

AVR Decl. Ex. 15
Page 53 of 95

# Customer Projects Update | CFPP and RoPower

## NuScale Positioned to Lead in U.S. SMR Deployment



- **Utah Associated Municipal Power Systems (UAMPS)** is end-user for 6-module power plant

- Successfully prepared a high-quality design certification application culminating in the **first SMR NRC design certification**

- Completion, submittal and NRC docketing of a **Standard Design Approval Application for a NuScale 77 MWe module**

- **First ever Limited Work Authorization (LWA)** submitted; preparing to submit Combined Operating License Application (COLA)

- Completion of **standard plant design**

- Start of **manufacturing of the first 6 NuScale Power Modules**

- Developing **level 2 cost estimate**

## NuScale Positioned to Lead in European SMR Deployment

  

- Deployment of a **6-module plant in Doicesti at the site of a retired coal plant**

- **U.S. Trade and Development Agency awarded a grant** for front-end engineering and design (FEED) work

- In May 2023, the Biden administration announced a multinational **public-private partnership that intends to provide ~$275M to advance deployment of NuScale's SMR**

  - Commitments were made by entities from the **U.S., Japan, Republic of Korea and the UAE**

- **Funding to support project activities** ranging from procurement of long lead materials to completion of FEED work and more

- **Received Romanian regulatory approval of Licensing Basis**, which is another key milestone on the path towards commercial operation

# Effectively Managing Our Scope of Work as We Establish Global SMR Leadership

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 54 of 95

AVR Decl. Ex. 15
Page 54 of 95

# Established, De-Risked Manufacturing Ecosystem Prepared to Deliver





**NuScale Power Modules™**

**Fuel Assemblies**







| Control Systems | Module Protection System | Sensors and Instrumentation | Reactor Building Crane |
|---|---|---|---|





## Mature Supply Chain Efficiently and Reliably Supports Commercial Deployment

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 55 of 95

AVR Decl. Ex. 15
Page 55 of 95

# Supply Chain Strategic Priorities

 **Accelerating** program participation

 **Deploying** repetitive factory fabrication

 **Expanding** advanced manufacturing capabilities

**Establishing deep relationships** with array of competent suppliers for designs and components

- **August 2023 suppliers meeting** attended by 20+ suppliers currently supporting commercialization program

- Suppliers have **demonstrated ability to manufacture designs**

Leveraging standard design to employ **repetitive assembly line capabilities**

- Investments and manufacturing trials for **efficiency, scalability**

- **No high-cost** custom site needs

- **Not reliant** on purpose-built factories

Evaluating advanced methods to **drive cost and timing optimization**

- Further **reduction in overall costs and production schedules**

- Capable of quickly and reliably adding capacity through **"build-to-print" design and production process**

## "Build-to-Print" Philosophy Drives Ability to Quickly Scale New Customer Orders

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 56 of 95

AVR Decl. Ex. 15
Page 56 of 95




NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 57 of 95

AVR Decl. Ex. 15
Page 57 of 95

# Strong Financial Profile from Services Provided and Delivering NuScale Power Modules

## Select NuScale Services

 = Revenue Timing

| | T-8 | T-7 | T-6 | T-5 | T-4 | T-3 | T-2 | T-1 | COD | T+1 | T+2 | T+3 | T+4 | T+5 | → |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licensing & Support | ▓ | ▓ | ▓ | | | | | | | | | | | | |
| Startup & Testing | | | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | | | | |
| Initial Training | | | | ▓ | ▓ | ▓ | | | | | | | | | |
| Nuclear Equipment Inspection & Testing | | | | ▓ | ▓ | ▓ | ▓ | | | | | | | | |
| Fuel Supply, Handling & Refueling Services | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | → |
| O&M Engineering Program Mgmt. | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | → |
| Requal Training Services | | | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | → |
| Design Engineering Mgmt. | | | | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | → |
| Procurements & Spare Parts Mgmt. | | | | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | → |

## Expecting to Create Services Value for All Customers

**Revenue Source**
- Diversified suite of services including **licensing support, testing, training, fuel supply and program management**

**Competitive Advantage**
- Developed and controlled **design and licensing basis**

**Cash Revenue Timing**
- Full 60+ year **plant life plus pre-COD services**

## Recurring Revenue Model Begins ~8 Years Pre-COD and Spans 60+ Year Plant Life

Note: COD stands for Commercial Operation Date

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 58 of 95

AVR Decl. Ex. 15
Page 58 of 95

# Current Customer Project Engagement and Supply Chain Priorities

 Departmental restructuring and rigorous program management ensures **all current and future projects are managed for profitability**

 **Established supply chain emphasizing long-term partnership** enhances our ability to deliver for customers

 "Build-to-print" supply chain philosophy ensures **security of supply and an ability to ramp up production to meet customer orders**

 Strong long-term financial profile from **providing recurring services and delivering NuScale Power Modules**

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 59 of 95

**AVR Decl. Ex. 15**
**Page 59 of 95**

# Q&A

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 60 of 95

AVR Decl. Ex. 15
Page 60 of 95

# Break

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



**AVR Decl. Ex. 15**
**Page 61 of 95**



# Consistent Delivery Through Operational Excellence

## Carl Fisher
*Chief Operating Officer*

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 62 of 95

AVR Decl. Ex. 15
Page 62 of 95

# Operational Excellence and Readiness Priorities



**Operational excellence philosophy fuels execution** as we transition from R&D to commercialization



**Our focus on safety, quality, performance and delivery** drives regulatory and program management leadership



Technology, data, and processes are employed to **ensure customer projects are performed efficiently, on schedule and on budget**



We are well-positioned to **offer products and services to our customers**

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 63 of 95

AVR Decl. Ex. 15
Page 63 of 95

# Operational Excellence Journey to Fuel Commercial Success

## Safety

- Effectively applying **nuclear and industrial safety principles**

- Differentiated culture is a **competitive advantage**

- **Safety-first, value-added** investment mindset

## Quality

- **Commitment to producing deliverables consistent with plan the first time**, underpinned by rigorous analytical measurement

- **Key learnings deployed in virtuous cycle of** continuous improvement

- **Strategic, mature supply chain and partnerships** with shared commitment to quality

## Performance

- Attracting and retaining **top-tier engineering talent**

- **Efficiency and flexibility** at any site

- **Processes simplified and standardized** in development of Nth-of-a-Kind (NOAK) plant that positions customers for timely and consistent execution

### Best-in-Class Delivery

## Focus on Safety, Quality and Performance to Drive Sustainable Value Creation



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 64 of 95

AVR Decl. Ex. 15
Page 64 of 95

# Progress to Date and Operational Priorities Going Forward

## Progress to Date

- **Unmatched development and readiness** for SMR deployment

- **Industry-leading certification** and progress with regulators

- **Well-positioned** to develop scalable, flexible, standardized plant design

## Operational Priorities Enabling Business Development and NPM Delivery

 **Accelerating** First-of-a-Kind (FOAK) module advantages from established fuel source and supply chain ecosystem

 **Deploying** manufacturing trials and other key learnings and tools to ensure confidence in delivery plan

 **Expanding** capabilities to deliver best-in-class NOAK module

## Clear Initiatives to Support Business Growth and Manufacturing Efficiency



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 65 of 95

AVR Decl. Ex. 15
Page 65 of 95

# Strong Benefits from "Off-the-Shelf" Design Components and Inputs



**Extensive, de-risked technology maturity for FOAK elements**

- **Strong engineering and licensing advantages** before customer construction starts



**Mature supply development that uses conventional fuel and materials**

- **Power module is factory fabricated** to improve efficiency and timeliness



**Substantial investment in pre-project planning with ability to rapidly apply lessons learned**

- Meaningfully **reduced capital risk for customers**



**Standard NOAK design advantages to drive lower operating and maintenance costs**

- **Experienced Engineering, Procurement, Construction (EPC) partners** also give customers delivery confidence

## Delivering Quality and Performance With Competitive FOAK and NOAK Designs

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 66 of 95

AVR Decl. Ex. 15
Page 66 of 95

# Operational Excellence and Readiness Priorities



**Operational excellence philosophy fuels execution** as we transition from R&D to commercialization



**Our focus on safety, quality, performance and delivery** drives regulatory and program management leadership



Technology, data, and processes are employed to **ensure customer projects are performed efficiently, on schedule and on budget**



We are well-positioned to **offer products and services to our customers**

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



**AVR Decl. Ex. 15**
**Page 67 of 95**



# Primer on NRC Process and Expectations

**Steve Burns**
*Former NRC Chairman and Commissioner*

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 68 of 95

AVR Decl. Ex. 15
Page 68 of 95

# NRC's Origin, Purpose and Structure

### Origin and Purpose

- The NRC was formed in 1975 to take the Atomic Energy Commission's role in **regulating of both nuclear facilities and radioactive materials**

- Under the Atomic Energy Act, the NRC's objectives in regulation are **to provide "reasonable assurance" of "adequate protection" of public health and safety and the common defense and security**

### Structure

- **NRC is an "independent" agency** – it reports to the President, not through another cabinet department
- The five Presidentially appointed commissioners lead the agency, which **has about 3,000 employees covering its various functions**



**NRC Headquarters
Rockville, Maryland**

**NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.**



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 69 of 95

AVR Decl. Ex. 15
Page 69 of 95

# NRC Engagement in the International Sphere

- NRC is active in the **IAEA and OECD Nuclear Energy Agency**

- **NRC has bilateral agreements with 45 countries world-wide** and supports some 16 countries that are engaged in new or expanding nuclear power programs

- **NRC is involved in multilateral and bilateral efforts** to improve the regulatory process and encourage greater harmonization

- **Newcomer countries will look to the experience of mature regulators like NRC** with approval of designs



**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 70 of 95

**AVR Decl. Ex. 15**
**Page 70 of 95**

# Improving the Regulatory Process



- **NRC has focused on enhancing its readiness and capacity** to license SMR and advance reactor technologies



- NRC has focused on improved organization and communication, but **faces some human resource challenges such as an aging work force**



- Although many of these efforts were self-initiated, NRC is also **required by law to promulgate a new rule to address licensing of new technologies**



- NRC has authority to incentivize staff recruitment and retention, but **has been encouraged to improve benchmarking of its efforts**



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 71 of 95

AVR Decl. Ex. 15
Page 71 of 95

# The Licensing Process | "Original" Part 50 and "Newer" Part 52 Approaches

- Under the two-step process in 10 CFR Part 50, **an applicant must obtain a construction permit and then an operating license for a facility**

  - The two-step approach **allows deferral of some of the final design details until the operating license evaluation**

- Issued 10 CFR Part 52 in 1989 to provide for a **combined license (COL) to authorize construction and operation of a plant to improve efficiency and certainty in the process**

- **Except for Vogtle 3 & 4, all U.S. operating power reactors to date** have been licensed under the two-step Part 50 process; all but one licensed under Part 50 came into operation, but took until the mid-1990s

  - **Vogtle experienced rapid, successful operating license** process



**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 72 of 95

AVR Decl. Ex. 15
Page 72 of 95

# Providing for Design Review Under Part 52

- Part 52 also provides for **design certifications and standard design approvals (SDAs) that can be referenced in site-specific applications**

- **NuScale successfully pursued a design certification (DC) for the US600 design**, which ultimately led to adoption of an NRC rule certifying the design

- Building on the DC, **NuScale is seeking an SDA for the US460 to "uprate" the module's capacity from 50 to 77 MWe**

- **The SDA would provide NRC staff approval of the design** – a step short of a formal rule, but still with great value





Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 73 of 95

**AVR Decl. Ex. 15**
**Page 73 of 95**

# NRC Experience with LWRs Versus Gen IV Designs

- **All operating nuclear power plants in the U.S. are "light water" reactors (LWRs)** that use "normal" water as a coolant and neutron moderator

- All 7 design **certifications to date have been for LWRs**

- **NuScale has had the advantage of completing the regulatory process** in obtaining the design certification for the US600

- Although there is some early experience with non-LWR designs (often called Gen IV designs), consideration of these different technologies (e.g. molten salt, high temperature gas reactors, fast reactors) **requires additional NRC resources and focus on their design aspects as well as the regulatory framework for their novel fuel source (i.e., HALEU)**



**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 74 of 95

AVR Decl. Ex. 15
Page 74 of 95

# NuScale has Effectively Engaged the NRC



- **Both NRC (March 2022 report) and NuScale (February 2021 letter) examined lessons learned** from the design certification review



- **NRC credited NuScale's contribution to a number of best practices reflected in the review**:

  ✓ **Pre-application engagement** to familiarize NRC with the design

  ✓ Development of **a list of "highly challenging issues"**

  ✓ **Use of topical reports and provision of a regulatory gap analysis** for unique areas of the design

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 75 of 95

**AVR Decl. Ex. 15**
**Page 75 of 95**

# Q&A

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



**AVR Decl. Ex. 15**
**Page 76 of 95**



# Well-Positioned for Global Regulatory Leadership

## Carrie Fosaaen
*Vice President, Regulatory Affairs*

Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 77 of 95

AVR Decl. Ex. 15
Page 77 of 95

# Regulatory Licensing and Harmonization Priorities

 Proven advanced nuclear leadership with a **history of achieving regulatory firsts**

 **Balanced approach** to domestic and international regulatory harmonization

 **Expertise drives successful regulator engagements** and strategies to preserve the design and keep projects on schedule

 **Clear short-term initiatives and long-term strategy** that put customer value creation first

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 78 of 95

AVR Decl. Ex. 15
Page 78 of 95

# First to Achieve Key U.S. SMR Licensing Landmark



**Completed Design Certification Application (DCA)**
for 12-module (50 MWe) design in December 2016

**Docketed for review** by U.S. Nuclear Regulatory Commission (NRC) in March 2017

**Received Standard Design Approval** (SDA) in September 2020

**NuScale Power Makes History as the First Ever**
SMR to Apply and Receive U.S. Nuclear Regulatory Commission Design Approval and Design Certification



**Unmatched Validation & Regulatory Navigation**

- **12,000+** pages
- **14** topical reports
- **>2 million** labor hours
- **>800** people
- **>50** supplier/partners to-dates
- **$500M+ invested** to support design and licensing

## Rigor and Resources for Continued Regulatory Execution

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 79 of 95

AVR Decl. Ex. 15
Page 79 of 95

# SDA Application for 77 MWe Module Accepted for NRC Review

**Well-Positioned to Earn Second Design Approval Before Other SMRs Achieve First**

- Design features 77 MWe (250 MWth) module, which produces **more power out of the same NPM the NRC previously approved**

- **NRC accepted for formal review** on July 31

- **Streamlined, 24-month review schedule** established for approval

- Expected 2025 approval strongly **aligned with customer timing needs**



## Safety Case and Important Elements from Prior Certification Unchanged

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 80 of 95

**AVR Decl. Ex. 15**
**Page 80 of 95**

# Unrivaled Licensing Progress

## Sustained Advancement…

- **Regulatory expertise developed over 15 years**, which provided critical testing, validation, and regulatory know-how
- Industry-leading readiness and standardization enables **regulators to seamlessly approve design and construction**
- **Received NRC approval of methods to assess plant safety** and control room staffing level
- Demonstrated manufacturing and supply chain development which **benefit from regulatory confidence in already approved inputs**
- Design **flexibility and scalability facilitates global** regulatory adoption

## …And a Clear Roadmap to Execute for Customers

| Year | |
|------|--|
| **2023** | **NRC Begins Review of 77 MWe SDA** |
| **2024** | **Leveraging Prior Approval for Swift Review** |
| **2025** | **NRC Approval of 77 MWe SDA** |
| **2026+** | **Ongoing Customer Licensing Support** |

## Positioned for Ongoing Leadership in Highly Regulated Industry

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 81 of 95

AVR Decl. Ex. 15
Page 81 of 95

# Harmonization Initiatives Help Streamline Global Deployment

## How We Support



- CORDEL program **driving global harmonization path**
- **NuScale a leader for licensing task force** to help progress global advanced nuclear regulatory maturity

- **Advanced nuclear licensing guidance** advice and development

## Developing Strong Regulatory Relationships

> Leveraging NRC design approval through **bilateral agreements with mature regulators**



Romania      Poland      Canada      Ukraine

> **Engaged with UK Office of Nuclear Regulation** to more easily apply for future deployment



United Kingdom

> **Promoting standardization** through U.S. licensing leadership to support swift and efficient deployment

## NuScale's U.S. Leadership Can Accelerate International Regulatory Process

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 82 of 95

AVR Decl. Ex. 15
Page 82 of 95

# Leveraging Design Maturity and Licensing Expertise

| Additional NRC Approval Requirements | Key NRC Considerations | Competitor Work Required | NuScale Work Required |
|---|---|---|---|
| **Methodologies** | Must demonstrate **methods for features like safety-case, control room staffing, EPZs, etc.** | **Heavy** | **None** Safety features and EPZ methodologies already approved and are 100% reusable as we scale |
| **Buildings & Support Systems** | Must demonstrate **proposed site-specific requirements** | **Heavy** | **Light** Minimal changes needed site-to-site |
| **Construction & Operation** | Must receive **license to construct & operate each plant** <br><br> Must satisfy **site-specific environmental requirements** | **Heavy** | **Light** Work for first COLA submission can streamline ~50% of work required for all future COLA approvals |

## Minimizing Regulatory and Construction Risks

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 83 of 95

AVR Decl. Ex. 15
Page 83 of 95

# Executing on Part 52 Licensing Pathway

## Part 50 Pathway

**Advantages**

- **Shorter construction wait period and customers finance** design and construction

**Disadvantages**

- Subject to **design re-reviews and rigid construction plans**
- **Costly demo plant** prototype
- Construction permit **doesn't give a safety finding**
- **Required second public hearing** after Operating License Application

## Part 52 Pathway

**Advantages**

- Mature, **certified design**
- **De-risked** construction

**Disadvantages**

- Construction **must wait until design approval is obtained**
- **Higher regulatory costs** pre-construction

## Part 52 Ideal for Customers

**Created from Industry Experience**

- Aims to deal with well-understood **long-term risks associated with Path 50**
- **Requires design maturity** which is a key strength for NuScale
- **Speaks to our holistic view** of development which regulators and costumers appreciate

## Operational Efficiency Facilitates Long-term Deployment

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.    84



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 84 of 95

AVR Decl. Ex. 15
Page 84 of 95

# Our Strategy and Approach is Very Familiar to NRC and Avoids Costly Potential Delays from Immature Designs



**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 85 of 95

AVR Decl. Ex. 15
Page 85 of 95

# Short-term Initiatives Support Long-term Regulatory Strategy

## 2024 Initiatives

**NRC Issuance of SDA**

- **Utilize approved design** certification as foundation
- **Provide justification** for design changes
- **Optimize license content** with focus on safety and de-risking

**Leveraging Experience and Know-How**

- **First-of-a-Kind Limited Work Authorization (LWA) allowed us to start a construction early**, supporting part 52 decision, and produced new information and capabilities to further expedite future approvals
- **Combined Operating License Application (COLA)** preparation experience for new customers



## Long-term Strategy

 **Accelerating** review and approval times by producing high-quality regulatory applications

 **Deploying** resources to preserve design advantages and maintain standardization

 **Expanding** strong working relationships with regulators via demonstrated understanding of design, requirements, and unparalleled safety

## Well-Positioned for Continued Regulatory Leadership

**NuScale Nonproprietary |** Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 86 of 95

AVR Decl. Ex. 15
Page 86 of 95

# Regulatory Licensing and Harmonization Priorities



 Proven advanced nuclear leadership with a **history of achieving regulatory firsts**

 **Balanced approach** to domestic and international regulatory harmonization

 **Expertise drives successful regulator engagements and decisions** to preserve the design and keep projects on schedule

 **Clear short-term initiatives and long-term strategy** that put customer value creation first

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



**AVR Decl. Ex. 15**
**Page 87 of 95**



# Financial Strategy and Outlook

**Ramsey Hamady**
*Chief Financial Officer*

Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 88 of 95

AVR Decl. Ex. 15
Page 88 of 95

# Revenue Model and Financial Overview



**NuScale makes money by selling NPMs – NuScale does not build power plants nor sell power**



**ENTRA1 is NuScale's exclusive global strategic partner for commercialization and development of power plants utilizing NPMs**



**NuScale maintains a healthy cash position, and will continue to raise capital as we turn the corner from R&D to commercialization**



**NuScale's recently signed agreement for 24 modules will continue to drive the company towards cash flow profitability**

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 89 of 95

AVR Decl. Ex. 15
Page 89 of 95

# Current Financial Position

| | Q3'23 Cash In | Q3'23 Cash Out |
|---|---|---|
| | ~$54M —($18M)→ ~$72M | |
| | 6/30/23 | 9/30/23 |
| Total Cash Balance | ~$215M | ~$197M |
| Restricted Cash Balance | ~$60M —+$19M→ ~$79M | |

**Strong, Debt-Free Balance Sheet Enables Access to Multiple Sources of Capital**

Note: 9/30/23 cash balance and restricted cash balance are preliminary figures



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 90 of 95

AVR Decl. Ex. 15
Page 90 of 95

# Engaging a More Balanced Allocation of Capital

## Expected Spending Breakdown[1]



SG&A   R&D

**2023E**

~69%

~31%

**2026E**

~45%

~55%

## Strategic Priorities

 Having already achieved US NRC design approval, NuScale R&D spend through 2026 focuses on VOYGR-12 & specific use cases

 Even with reduced R&D spend compared to prior years, NuScale continues to lead SMR innovation with our VOYGR technology

 NuScale intends to increase SG&A spend through 2026 as we enter new markets and grow our business

## Investments in Sales and Marketing Supports Commercialization

1. Excludes cost-share awards

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 91 of 95

AVR Decl. Ex. 15
Page 91 of 95

# NPM Sales | Cash Generation Versus Revenue Recognition

**Per 12-Module Plant ($M)**



Chart: Cash Income vs. U.S. GAAP Revenue

| | Cash Income | U.S. GAAP Revenue |
|---|---|---|
| Year 1 | 39% | 5% |
| Year 2 | 24% | 2% |
| Year 3 | 16% | 1% |
| Year 4 | 10% | 17% |
| Year 5 | 11% | 69% |
| Year 6 | 0% | 5% |
| Final Cash vs. GAAP | 100% | 100% |

■ **Cash Income**  ■ **U.S. GAAP Revenue**

## Cash Inflows Generated Early in Cycle While Revenue Recognized Later

NuScale Nonproprietary | Copyright © 2023 NuScale Power, LLC.

Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 92 of 95

AVR Decl. Ex. 15
Page 92 of 95

# Partnership with Strategic Stakeholders

| | | |
|---|---|---|
| US Government | | The US Government, through the DOE, has granted NuScale awards totaling $650M+ |
| Fluor Corporation | **FLUOR** | Fluor, a leading American EPC firm, is NuScale's largest shareholder and a preferred provider of EPC services |
| Nucor Steel | **NUCOR** | Nucor, a leading steel manufacturer and North Americas largest recycler, seeks to power Nucor Electric Arc Furnace Steel Mills with clean power from NuScale SMRs |
| Japan NuScale Innovation (JBIC, JGH, IHI) | **JBIC** **JGC** **IHI** | Japan Bank for International Cooperation, is a Japanese public financial institution and export credit agency<br><br>JGC is a leading Japanese EPC firm with a strategic interest in providing support to NuScale<br><br>IHI provides heavy manufacturing and is a preferred provider of containment vessels and steel composite walls |
| Chubu Electric Power | **CHUBU Electric Power** | Chubu, a major Japanese power utility, recently announced a direct investment in NuScale |
| Samsung C&T | **SAMSUNG SAMSUNG C&T** | Samsung C&T is a leading global construction and engineering firm with a strategic investment in NuScale |
| Doosan Enerbility | **DOOSAN** | Doosan Enerbility is a Korean heavy industrial company, currently manufacturing our NuScale Power Modules |
| GS Energy | **GS Energy** | GS Energy is a Korean integrated energy-specialized holding company, which supports deployment of NuScale powered plants, including regional delivery options |

## Continued Support and Investment in the Success of NuScale

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM     Document 57-15     Filed 11/01/24     Page 93 of 95

AVR Decl. Ex. 15
Page 93 of 95

# Revenue Model and Financial Overview

 **NuScale makes money by selling NuScale Power Modules – NuScale does not build power plants nor sell power**

 **ENTRA1 is NuScale's exclusive global strategic partner for commercialization and development of power plants utilizing NPMs**

 **NuScale maintains a healthy cash position, and will continue to raise capital as we turn the corner from R&D to commercialization**

 **NuScale's recently signed agreement for 24 modules will continue to drive the company towards cash flow profitability**

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM      Document 57-15      Filed 11/01/24      Page 94 of 95

AVR Decl. Ex. 15
Page 94 of 95

# Q&A

**NuScale Nonproprietary** | Copyright © 2023 NuScale Power, LLC.



Case 3:23-cv-01689-IM    Document 57-15    Filed 11/01/24    Page 95 of 95

AVR Decl. Ex. 15
Page 95 of 95

# Closing Remarks

**Strong Momentum in Nuclear and Massive Opportunity for NuScale**

**Strong and growing global support for nuclear**
- Policies and global dynamics accelerating interest

**Nuclear is the only viable clean baseload power** available to address the massive global need for 16K+ GW of carbon-free generation

**Strategic Partnerships with Supply Chain Partners Experienced in Nuclear**

**Established ecosystem of strategic partnerships** who are experienced in nuclear, with continued government support

**First-to-Market Advantage**

**Years ahead of the competition**
- Only advanced nuclear technology with U.S Nuclear Regulatory design certification; $1.6B invested to date
- No competitor has submitted for NRC approval; Submission to approval process takes at least 3 years

**Asset-Light with Recurring Revenues**

**Capital light model focused on technology sales and recurring services**
- Competitive moat supported by robust IP portfolio, mature designs and committed manufacturing partners

**Established and Licensed Fuel Supply**

NuScale SMR Technology operates with **proven, approved, conventional LWR fuel**

**Robust Business Development Pipeline**

**120+** prospective customers around the world

## NuScale is a Compelling Investment Opportunity

