# BREAKING: NUSCALE UNDER SEC INVESTIGATION BY ENFORCEMENT DIVISION



JUL 29, 2024 9:28 AM EST BY: Sam Koppelman   Daniel Sherwood   EDITOR: Wendy Nardi

Public records request reveals investigation is "still active and ongoing."

**Hunterbrook Media's investment affiliate, Hunterbrook Capital, does not have a position in $SMR.**

The U.S. Securities and Exchange Commission's Division of Enforcement is conducting an "active and ongoing" investigation into NuScale Power Corp. (NYSE: SMR), a developer of small modular nuclear reactors, according to the SEC's July 24 response to an open records request obtained by Hunterbrook

AVR Decl. Ex. 19
Page 1 of 6

https://hntrbrk.com/nuscale-foia/[10/31/2024 1:14:16 PM]

Media.



The company initially did not respond to Hunterbrook Media's request for comment. After publication, a spokesperson from NuScale wrote in a statement: "We are unaware of any SEC investigation into NuScale or any reason for such an investigation."

In an initial June 27 response to an open records request, the SEC declined to provide information related to

https://hntrbrk.com/nuscale-foia/[10/31/2024 1:14:16 PM]

investigations or inquiries into NuScale's conduct, citing an exemption that protects "records compiled for law enforcement purposes."



That decision was later appealed. In response, the SEC's Assistant General Counsel for Litigation and Administrative Practice wrote that "enforcement staff confirmed the existence of responsive records concerning NuScale Power." But the agency reaffirmed that those documents were exempt from disclosure

as their release "could reasonably be expected to interfere with enforcement activities."

"We have confirmed with Division of Enforcement staff that the investigation from which you seek records is still active and ongoing," the SEC wrote.

The agency also cautioned that its decision "should not be construed as an indication by the Commission or its staff that any violations of law have occurred."

NuScale Power, which has positioned itself as a pioneer in small modular reactor technology, has seen its market capitalization more than triple over the past six months to over $2 billion. The company has been promoting its nuclear power technology as a solution to "meet the rapidly growing needs of data centers and AI" — and has called the plants that would use this technology "near-term deployable."

But after a decade and a half of research and development, NuScale has yet to commercialize any reactors. In its first-quarter earnings report, the company disclosed less than $1.4 million in revenue compared to a net loss exceeding $48 million — and announced a 28% reduction in its workforce. As of March 31, NuScale had $132 million in cash reserves.

As previously reported by Hunterbrook Media, the U.S. Nuclear Regulatory Commission raised significant questions about NuScale's risk mitigation plans for one of its reactor designs. The NRC's inquiries centered on whether NuScale had adequately justified categorizing certain systems as not being "risk significant," a classification that determines the level of regulatory oversight and quality assurance measures applied to these systems.

NuScale had told Hunterbrook these requests for additional information were "routine," claiming it was "misleading to view them as an indicator of a certain outcome."

Approval of NuScale's reactor by the NRC is particularly high-stakes for the company, given that NuScale has indicated it does not anticipate commercializing an earlier, 50-megawatt version of its reactor that was the first SMR to be certified by the NRC.

In its latest 10-K, NuScale stated: "Any potential inquiry or formal investigation from a governmental organization or other regulatory body, including an inquiry from the SEC … could result in a material diversion of our management's time and may have a material adverse effect on our business and results of operations."

**Authors**

Daniel Sherwood joined Hunterbrook from The Capitol Forum, a premium subscription financial publication, where he was an Editor & Senior Correspondent, writing and managing market-moving investigative reports and building the Upstream database. Prior to The Capitol Forum, Daniel has experience conducting undercover investigations into fossil fuel companies and other research. He also served as an Honors Law Clerk in the Criminal Enforcement Division of the EPA. He has a JD from Michigan State University. Daniel is based in Michigan.

**AVR Decl. Ex. 19**
**Page 4 of 6**

Sam Koppelman is a New York Times best-selling author who has written books with former United States Attorney General Eric Holder and former United States Acting Solicitor General Neal Katyal. He helped build Fenway Strategies into one of the preeminent strategic communications firms in the country—with side quests speechwriting for Michael Bloomberg, running the surrogate remarks operation on the Biden-Harris campaign, and co-founding Mayday, which is now one of the leading information providers on how to access reproductive health care in states with bans. Sam has published in the New York Times, Washington Post, Boston Globe, Time Magazine, and other outlets.

LEGAL DISCLAIMER

© 2024 by Hunterbrook Media LLC. When using this website, you acknowledge and accept that such usage is solely at your own discretion and risk. Hunterbrook Media LLC, along with any associated entities, shall not be held responsible for any direct or indirect damages resulting from the use of information provided in any Hunterbrook publications. It is crucial for you to conduct your own research and seek advice from qualified financial, legal, and tax professionals before making any investment decisions based on information obtained from Hunterbrook Media LLC. The content provided by Hunterbrook Media LLC does not constitute an offer to sell, nor a solicitation of an offer to purchase any securities. Furthermore, no securities shall be offered or sold in any jurisdiction where such activities would be contrary to the local securities laws.

Hunterbrook Media LLC is not a registered investment advisor in the United States or any other jurisdiction. We strive to ensure the accuracy and reliability of the information provided, drawing on sources believed to be trustworthy. Nevertheless, this information is provided "as is" without any guarantee of accuracy, timeliness, completeness, or usefulness for any particular purpose. Hunterbrook Media LLC does not guarantee the results obtained from the use of this information. All information presented are opinions based on our analyses and are subject to change without notice, and there is no commitment from Hunterbrook Media LLC to revise or update any information or opinions contained in any report or publication contained on this website. The above content, including all information and opinions presented, is intended solely for educational and information purposes only. Hunterbrook Media LLC authorizes the redistribution of these materials, in whole or in part, provided that such redistribution is for non-commercial, informational purposes only. Redistribution must include this notice and must not alter the materials. Any commercial use, alteration, or other forms of misuse of these materials are strictly prohibited without the express written approval of Hunterbrook Media LLC. Unauthorized use, alteration, or misuse of these materials may result in legal action to enforce our rights, including but not limited to seeking injunctive relief, damages, and any other remedies available under the law.

HOME
ABOUT US
TERMS OF USE
PRIVACY POLICY

----------------------------------------------------------------------------------------

AVR Decl. Ex. 19
Page 5 of 6

https://hntrbrk.com/nuscale-foia/[10/31/2024 1:14:16 PM]

DISCLOSURES

© 2024 by Hunterbrook Media LLC. All rights are reserved. Use of this website is strictly governed by our Terms of Use. The content herein is furnished to users on an "AS IS" basis without any form of express or implied warranty. For detailed information regarding the handling of user privacy, please refer to our Privacy Policy.

This website may feature forward-looking statements reflecting Hunterbrook Media's current perspectives concerning, inter alia, its operational and investment strategies. Such statements, identifiable by terms including but not limited to "anticipate," "believe," "estimate," "expect," "intend," "may," "plan," "predict," "should," and "will," are inherently speculative and subject to various risks and uncertainties. Consequently, actual results or outcomes may substantially deviate from those projected in these statements. Hunterbrook Media expressly disclaims any obligation to update or revise any forward-looking statements, irrespective of subsequent developments or new information.

We use this platform to share our opinions, research, and any related investment positions held by Hunterbrook Media's affiliates. Positions may change at any time. Descriptions of any investment methodologies and strategies of Hunterbrook Media or its affiliates are indicative and subject to modification at Hunterbrook Media's discretion. Use of Hunterbrook Media's research is entirely at the user's risk. Users shall not use this site for any illegal or prohibited purposes and comply with all relevant local, state, national, and international laws and regulations in their use of this site.

The information presented is current as of the date indicated. No representation regarding the completeness or timeliness of this information is made. This information should not be construed as investment advice or a recommendation of any kind. Some information is sourced from third parties and, while deemed reliable, has not been independently verified, and its accuracy or completeness is not guaranteed. Hunterbrook Media is not affiliated with any sites linked to this website.

This site does not constitute an offer or solicitation to purchase or sell services. Investment in securities and other financial instruments inherently involves significant risk, including the potential loss of principal. Users are advised to undertake their own due diligence and consult professional advisors before engaging in any investment activity. All users and each potential investor must independently evaluate the suitability of any investment opportunity in light of their specific objectives and circumstances, considering both the potential risks and benefits.

By accessing this site, users acknowledge that Hunterbrook Media, potentially in conjunction with Hunterbrook Media's affiliates, may hold positions in securities mentioned herein, potentially yielding significant gains from stock price fluctuations post-publication. Hunterbrook Media reserves the right to transact in these securities post-publication, adopting positions which may be long, short, or neutral, irrespective of initial reporting on positions.

Should any provision of these Terms of Use be adjudged invalid or unenforceable, the remaining provisions shall remain in full force and effect. Third-party site link trademarks belonging to their respective owners. Hunterbrook Media retains copyright on all the text, contents, graphics and trademarks displayed on this site. All the text, graphics and trademarks displayed on this site are owned by Hunterbrook Media.