B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT SIGMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUSCALE POWER CORPORATION, JOHN L. HOPKINS, CHRIS COLBERT, ROBERT R. HAMADY, and CLAYTON SCOTT,<br><br>Defendants. | Case No.: 3:23-cv-01689-MO<br><br>**DECLARATION OF JACOB GOLDBERG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

I, Jacob Goldberg, declare:

1.      I am an attorney at Stoel Rives LLP, and I am one of the attorneys representing Defendants.  I am over eighteen years of age.  I am competent to testify about the matters set forth herein and make this declaration based on my personal knowledge.  I submit this Declaration in support of Defendants' Motion to Dismiss Amended Class Action Complaint.

Page 1   -   DECLARATION OF JACOB GOLDBERG IN SUPPORT OF DEFENDANTS'
             MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

123607217.1 0027345-00124

2.      Attached as **Exhibit 1** is a true and correct copy of Defendant NuScale Power Corporation's ("NuScale") U.S. Securities and Exchange Commission ("SEC") Form S-1, dated March 20, 2023.

3.      Attached as **Exhibit 2** is a true and correct copy of NuScale's SEC Form 10-K, dated March 15, 2023.

4.      Attached as **Exhibit 3** is a true and correct copy of the financial news article published on or around March 2, 2023, by Ensales, Inc., titled "Novel UAMPS-NuScale SMR Nuclear Project Gains Participant Approval to Proceed to Next Phase."

5.      Attached as **Exhibit 4** is a true and correct copy of the financial news article published on or around March 2, 2023, by POWER, titled "Novel UAMPS-NuScale SMR Nuclear Project Gains Participant Approval to Proceed to Next Phase."

6.      Attached as **Exhibit 5** is a true and correct copy of the transcript of NuScale's Earnings Call held with investors on March 15, 2023.

7.      Attached as **Exhibit 6** is a true and correct copy of the slide deck presentation given by NuScale that accompanied the Earnings Call held with investors on March 15, 2023.

8.      Attached as **Exhibit 7** is a true and correct copy of the transcript of NuScale's Earnings Call held with investors on May 9, 2023.

9.      Attached as **Exhibit 8** is a true and correct copy of the slide deck presentation given by NuScale that accompanied the Earnings Call held with investors on May 9, 2023.

10.      Attached as **Exhibit 9** is a true and correct copy of NuScale's SEC Form 10-Q for the quarter ended June 30, 2023, which NuScale filed with the SEC on or around August 9, 2023.

123607217.1 0027345-00124

11.      Attached as **Exhibit 10** is a true and correct copy of the transcript of NuScale's Earnings Call held with investors on August 9, 2023.

12.      Attached as **Exhibit 11** is a true and correct copy of the slide deck presentation given by NuScale that accompanied the Earnings Call held with investors on August 9, 2023.

13.      Attached as **Exhibit 12** is a true and correct copy of NuScale's SEC Form 10-Q for the quarter ended September 30, 2023, which NuScale filed with the SEC on or around November 9, 2023.

14.      Attached as **Exhibit 13** is a true and correct copy of NuScale's Press Release issued on October 6, 2023, titled "Standard Power Chooses NuScale's Approved SMR Technology and ENTRA1 Energy to Energize Data Centers."

15.      Attached as **Exhibit 14** is a true and correct copy of the transcript of NuScale's Earnings Call held with investors on October 6, 2023.

16.      Attached as **Exhibit 15** is a true and correct copy of the slide deck presentation given by NuScale that accompanied the Earnings Call held with investors on October 6, 2023.

17.      Attached as **Exhibit 16** is a true and correct copy of the post published on October 19, 2023, by Iceberg Research, titled "NuScale Power ($SMR): A Fake Customer and a Major Contract in Peril Cast Doubt on NuScale's viability."

18.      Attached as **Exhibit 17** is a true and correct copy of NuScale's Press Release issued on November 8, 2023, titled "Utah Associated Municipal Power Systems (UAMPS) and NuScale Power Agree to Terminate the Carbon Free Power Project (CFPP).

19.      Attached as **Exhibit 18** is a true and correct copy of the article published on January 5, 2024, by the Huffington Post titled "Mass Layoffs At Pioneering Nuclear Startup."

I hereby declare that the above statement is true and correct to the best of my knowledge

Page 3   -   DECLARATION OF JACOB GOLDBERG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

and belief and that I understand it is made for use as evidence in court and subject to penalty for

perjury.


DATED:  June 17, 2024


/s/ Jacob Goldberg
JACOB GOLDBERG

123607217.1 0027345-00124