IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SCOTT SIGMAN**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**NUSCALE POWER CORPORATION**, **JOHN L. HOPKINS**, **CHRIS COLBERT**, **ROBERT R. HAMADY**, and **CLAYTON SCOTT**,<br><br>    Defendants.<br><br>*consolidated with*<br><br>**JÉRÔME RYCKEWAERT**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**NUSCALE INVESTOR GROUP**, **NUSCALE POWER CORPORATION**, **JOHN L. HOPKINS**, **ROBERT R. HAMADY**, and **CLAYTON SCOTT**,<br><br>    Defendants. | Case Nos. 3:23-cv-01689-IM & 3:23-cv-01956-IM<br><br>**JUDGMENT** |

Based on this Court's Opinion and Order, ECF 60 and 61, **IT IS ADJUDGED** that Defendants' Motion to Dismiss, ECF 55, is GRANTED, and this case is DISMISSED with prejudice.

DATED this 1st day of July, 2025.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – JUDGMENT